# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

In re:

APPOINTMENT OF THREE JUDGE           Case No. 1:18-cv-357
PANEL PURSUANT TO
28 U.S.C. § 2284(a)

## ORDER

This matter is before the Court upon the request of the Honorable Timothy S. Black, District Judge of the Southern District of Ohio, to appoint a three-judge panel in the matter designated as *Ohio A. Philip Randolph Institute, et al. v. John Kasich, et al.*, Case No. 1:18-cv-357. Having reviewed the request for a three-judge panel, Chief Judge R. Guy Cole, Jr. finds that the request is well taken, and that a three-judge panel is warranted under 28 U.S.C. § 2284.

Wherefore, Chief Judge Cole hereby designates the Honorable Karen Nelson Moore, Circuit Judge of the Sixth Circuit Court of Appeals, and the Honorable Michael H. Watson, District Judge of the Southern District of Ohio to serve with the Honorable Timothy S. Black in this matter. The provisions of 28 U.S.C. § 2284(b)(2) and (3) shall apply. This designation shall remain in full force and effect for the duration of the proceedings in Case No. 1:18-cv-357. The Clerk of this court is directed to forward a copy of this order to the Clerk of the United States District Court for the Southern District of Ohio for entry on the docket.

                                         BY ORDER OF THE COURT

                                         Deborah S. Hunt, Clerk

Entered this 1st day of June, 2018.