```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

| | |
|---|---|
| . . . . . . . . . . . . . . . . . . | |
| OHIO A. PHILIP RANDOLPH INSTITUTE, et al., | . Case No. 1:18-cv-357 |
| Plaintiffs, | . ***Telephonic Status Conference*** |
| - v - | . |
| RYAN SMITH, et al., | . Friday, July 13, 2018 |
| | . 10:30 AM |
| Defendants. | . Cincinnati, Ohio |
| . . . . . . . . . . . . . . . . . . | |

                              - - -

                    TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE TIMOTHY S. BLACK, JUDGE

<u>APPEARANCES</u>:

For the Plaintiffs:

| | |
|---|---|
| FREDA J. LEVENSON, ESQ. (present by telephone) American Civil Liberties Union  of Ohio Foundation 4506 Chester Avenue Cleveland, Ohio  44103 | THERESA J. LEE, ESQ. EMILY R. ZHANG, ESQ. (present by telephone) Americal Civil Liberties Union   Foundation 125 Broad Street, 18th Floor New York, New York  10004 |
| ROBERT D. FRAM, Esq. (present by telephone) Covington & Burling LLP One Front Street, 35th Floor San Francisco, California  94111 | MICHAEL C. BAKER, ESQ. (present by telephone) Covington & Burling LLP One CityCenter 850 Tenth Street, NW Washington, DC  20001 |

For the Defendants Secretary of State Jon A. Husted, Ryan Smith and Larry Obhof:

                    STEVEN T. VOIGT, ESQ.
                    (present by telephone)
                    Ohio Attorney General's Office
                    Constitutional Offices Section
                    30 East Broad Street, 16th Floor
                    Columbus, Ohio  43215

*Proceedings recorded by stenotype; transcript produced by computer-aided transcription.*

```
 1  APPEARANCES (Continued):

 2  For the Defendants Ryan Smith and Larry Obhof:

 3                          PHILLIP J. STRACH, ESQ.
                            (present by telephone)
 4                          Ogletree, Deakins, Nash, Smoak & Stewart,
                              P.C.
 5                          4208 Six Forks Road, Suite 1100
                            Raleigh, North Carolina  27609
 6
    Law Clerk:              Jeremy D. Smith, Esq.
 7
    Court Reporter:         Luke T. Lavin, RDR, CRR
 8                          Potter Stewart U.S. Courthouse
                            100 East Fifth Street, Room 103
 9                          Cincinnati, Ohio  45202
                            Telephone:  (513) 564-7500
10
                                   - - -
11
```

```
 1                    P R O C E E D I N G S
 2       (In chambers at 10:30 AM.)
 3            THE COURT:  Good morning.  This is Judge Timothy Black
 4  on the record in the civil case of Randolph versus, I think
 5  it's, Smith, et al.  We have a number of people on the line.
 6       Is the court reporter present?
 7            THE REPORTER:  Yes, Judge.
 8            THE COURT:  Thank you.
 9       Do we have counsel for plaintiff on the line?
10            MS. LEVENSON:  Yes, Judge.  Freda Levenson, ACLU of
11  Ohio.
12            THE COURT:  Good morning.
13            MS. LEVENSON:  Good morning.
14            THE COURT:  Others on behalf of plaintiff, or are you
15  by yourself?
16            MS. LEE:  Theresa Lee of --
17            MS. LEVENSON:  I believe I'm --
18            MS. LEE:  Theresa Lee of the ACLU, also for plaintiff.
19            THE COURT:  Good morning.
20            MS. LEE:  Good morning, Judge.
21            THE COURT:  Anybody else on the line?
22            MS. ZHANG:  Your Honor, Emily Zhang, also with the
23  ACLU.
24            THE COURT:  Good morning.
25       Are there others on the line on behalf of plaintiff?
```

```
 1            MR. BAKER:  Mike Baker with Covington and Burling on
 2   behalf of plaintiff.
 3            THE COURT:  Good morning.
 4       Anybody else on behalf of plaintiff?
 5       (No response.)
 6            THE COURT:  Very well.
 7       On behalf of the defendants?
 8            MR. STRACH:  Good morning, Your Honor.  This is Phil
 9   Strach, Ogletree, Deakins, on behalf of the legislative
10   defendants.
11            THE COURT:  Good morning.
12            MR. STRACH:  Good morning.
13            THE COURT:  Other defense counsel?
14            MR. VOIGT:  Yes, Your Honor.  Steve Voigt on behalf of
15   all defendants.
16            THE COURT:  Good morning.
17            MR. VOIGT:  Good morning.
18            THE COURT:  Anybody else on the line on behalf of
19   defendants?
20       (No response.)
21            THE COURT:  My law clerk --
22       Go ahead.  Is there somebody on the line?
23            MR. VOIGT:  I was just going to say no, Your Honor.
24            THE COURT:  Very well.
25            MR. BAKER:  Your Honor, this is Mike Baker of
```

1  Covington. I think we're waiting on maybe one more person:
2  Rob Fram.
3              THE COURT: On behalf of whom?
4              MR. FRAM: I'm here. Rob Fram, Covington and Burling,
5  for the plaintiffs.
6              THE COURT: Okay. Has everybody on the phone, except
7  for me and my law clerk, entered their appearance? Anybody who
8  hasn't, please speak up.
9       (No response.)
10             THE COURT: Okay. My law clerk, Jeremy Smith, is on
11 the line. I am as well. I'm calling in.
12      A brief statement. The materials you have sent in appear
13 magnificent. You've accommodated the Court's need to start the
14 trial on March 4, and I like the notion that you're going to
15 continue the expedition by shortening the appeal, the time to
16 file an appeal, and both sides apparently agree on that. So
17 from my perspective, we've got a calendar. It's approved.
18      I need a little time to make sure that the other two judges
19 are available for the final pretrial conference and the hearing
20 date that you have suggested, and I hope they're available. I
21 think they are, but just give me a little flex on that. Beyond
22 that, I think we've got a calendar.
23      What else do we need to address, or any clarifications or
24 any questions of me? First, from the plaintiffs' perspective?
25             MS. LEVENSON: No, Judge. Thank you very much. We're

```
 1  very glad that we were able to agree on the schedule, and thank
 2  you for allowing us the time to work it out.
 3              THE COURT:  Of course.
 4      Anything on the legislative defendants' counsel's list of
 5  things to harass me about today?
 6              MR. STRACH:  No, not -- not today, Your Honor.  I'm
 7  going to save that for later.
 8              THE COURT:  Very well.  You've fully disclosed that to
 9  me.
10      The Ohio attorney general, is there anything else you wish
11  to address today?
12              MR. VOIGT:  No, Your Honor.  Thank you.
13              THE COURT:  Okay.  Well, we've got a calendar.  You're
14  going to give me a little flex on the final pretrial conference
15  date and time, but we will proceed ahead and docket a calendar
16  order today that reflects your agreed calendar, which is a
17  credit to you.
18      So is there anything else we ought to discuss today?  From
19  the plaintiffs' perspective?
20              MS. LEVENSON:  Not from our perspective, Judge.
21  Thanks.
22              THE COURT:  From any defense counsel?
23              MR. STRACH:  No, Your Honor.
24              THE COURT:  Very well.
25              MR. VOIGT:  Umm --
```

```
 1            THE COURT:  Yes?
 2            MR. VOIGT:  Yeah.  This is Steve Voigt.  I just wanted
 3   to note that we were able to file the pro hac vice motions for
 4   Mr. Strach and Mr. McKnight from Ogletree, Deakins, and we
 5   deposited the checks, the required checks, yesterday with the
 6   court.  So I think that that filing is now complete.
 7            THE COURT:  I agree, and we'll act on it promptly.
 8            MR. VOIGT:  Thank you.
 9            THE COURT:  Anything else from the defendants'
10   perspective?
11       (No response.)
12            THE COURT:  Law clerk Mr. Smith, is there anything
13   that I've overlooked that we ought to mention?
14            THE LAW CLERK:  No, Judge.
15            THE COURT:  Very well.  This is an extraordinary
16   conference.
17     I think we're ready to adjourn and docket your calendar
18   order.  One last time, anybody else got anything they want to
19   bring to the Court's attention at this time?
20       (No response.)
21            THE COURT:  Hearing no response, we've done what we've
22   done, and it's a credit to you.  So I am going to docket your
23   calendar order, and at this moment I'm going to thank you all
24   for calling in timely and adjourn.
25       So thank you for your good work, counsel.  Thank you for
```

1  calling in timely today, and we will docket your calendar
2  order.
3      Thank you, take care, and goodbye.
4          MR. VOIGT:  Thank you.
5          MR. STRACH:  Bye, Judge.
6          MS. LEVENSON:  Thank you.  Bye-bye.
7      (Proceedings concluded at 10:35 AM.)
8                          - - -
9                    C E R T I F I C A T E
10         I, Luke T. Lavin, RDR, CRR, the undersigned, certify
11 that the foregoing is a correct transcript from the record of
12 proceedings in the above-entitled matter.
13
14                              s/Luke T. Lavin
                                Luke T. Lavin
15                              Official Court Reporter
16
                                - - -
17
18
19
20
21
22
23
24
25