IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Ohio A. Philip Randolph Institute**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **Ryan Smith**, Speaker of the Ohio House of Representatives, *et al.*, <br><br> Defendants. | Case No.: 1:18-cv-00357-TSB <br><br> Judge Timothy S. Black <br> Judge Karen Nelson Moore <br> Judge Michael H. Watson <br><br> Magistrate Judge Karen L. Litkovitz |

**PROPOSED INTERVENORS REPUBLICAN CONGRESSIONAL DELEGATION, OHIO VOTERS, AND REPUBLICAN PARTY ORGANIZATIONS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs submit, as supplemental authority, an order of the three-judge court in *League of Women Voters of Michigan v. Johnson,* U.S. District Court, Eastern District of Michigan, Case No. 2:17-cv-14148, denying leave to intervene to two members of Michigan's state legislature to defend the state's legislative districts in that case. The *Johnson* court's opinion was grounded chiefly in concerns about the separation of powers under Michigan state law as to the propriety of executive-branch and legislative-branch officials each defending Michigan legislation in the courts. None of the Intervenor Applicants are members of the Ohio General Assembly, and Ohio's legislative districting plan is not challenged in this case.

Dated:  August 15, 2018

Respectfully submitted,

**BAKERHOSTETLER LLP**

*/s/ Patrick T. Lewis*
Patrick T. Lewis (0078314)
*Trial Attorney*
Email: plewis@bakerlaw.com
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
(216) 621-0200 / Fax (216) 696-0740

Robert J. Tucker (0082205)
Email: rtucker@bakerlaw.com
200 Civic Center Drive, Suite 1200
Columbus, OH  43215-4138
(614) 228-1541 / Fax (614) 462-2616

Katherine L. McKnight(*)
Email: kmcknight@bakerlaw.com
Richard B. Raile(*)
Email: rraile@bakerlaw.com
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5403
(202) 861-1500 / Fax (202) 861-1783
(*) pro hac vice motions pending

*Counsel for Intervenor Applicants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served via electronic filing upon all counsel of record in this case.

/s/ Patrick T. Lewis
Patrick T. Lewis (0078314)
*Counsel for Intervenor Applicants*

013253.000001 4837-0072-6896

2