**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

_____

OHIO A. PHILIP RANDOLPH
INSTITUTE, *et. al*

      Plaintiffs,

v.

RYAN SMITH, Speaker of the Ohio
House  of Representatives, *et al.*

      Defendants.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:18-cv-00357-TSB-KNM-MHW

Judge Timothy S. Black
Judge Karen Nelson Moore
Judge Michael H. Watson
Magistrate Judge Karen L. Litkovitz

## <u>PROPOSED AGENDA FOR STATUS CONFERENCE</u>

1. The applicability of the constraints set forth in the Rule 26(f) Report to Intervenors;

2. The form of the fee report; and

3. Timing of Plaintiffs' Document Productions.

      Defendants and Intervenors have informed Plaintiffs that they object to the first two agenda items as premature for the Court's consideration.  Agenda item #3 was added at the request of Defendants.  While Defendants have not raised this issue in any meet and confer communications and have failed to identify any specific issues they have regarding the timing of Plaintiffs document production, Plaintiffs are quite willing to discuss this item today with the Court.

August 31, 2018                            Respectfully submitted,

T. Alora Thomas
Dale E. Ho
Theresa J. Lee
Emily Rong Zhang
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
athomas@aclu.org
dho@aclu.org
tlee@aclu.org
erzhang@aclu.org

Paul Moke (0014099)
Cooperating Attorney for ACLU of Ohio
Wilmington College*
1252 Pyle Center
Wilmington, Ohio 45177
Tel.: 937-725-7501
paul.moke@gmail.com
* Institutional affiliation for the purpose of
identification only

Kyunghoon John Woo**
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel.: (424) 332-4800

*/s/ Freda J. Levenson*, trial attorney
Freda J. Levenson (0045916)
American Civil Liberties Union of Ohio Fdtn.
4506 Chester Avenue
Cleveland, OH 44103
Tel.: (614) 586-1959
Facsimile: (216) 472-2210
flevenson@acluohio.org

Robert Fram
Nitin Subhedar
Jeremy Goldstein
Alexia Romero
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Tel.: (415) 591-6000
rfram@cov.com
jgoldstein@cov.com
nsubhedar@cov.com

Michael Baker
Perrin Cooke
Peter Rechter
Isaac Wood
Robert Day**
Kaitlyn Demers**
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
mbaker@cov.com
pcooke@cov.com
prechter@cov.com
iwood@cov.com

*Attorneys for Plaintiffs*
***pro hac vice application pending*

**CERTIFICATE OF SERVICE**

I, Michael Baker, hereby certify that this Proposed Agenda was served upon all counsel of record in this case via ECF.

*/s/ Michael C. Baker*

Michael Baker