**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | | |
|---|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | Case No. 1:18-cv-357 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | Judge Karen Nelson Moore |
| **GOVERNOR JOHN R. KASICH,** et al. | : | Judge Michael H. Watson |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**
**GOVERNOR JOHN R. KASICH AND SECRETARY OF STATE JON A. HUSTED**

Now comes Associate Assistant Attorney General Ann Yackshaw (0090623) and enters her appearance as co-counsel on behalf of Defendants Governor John R. Kasich and Secretary of State Jon A. Husted.

Defendants request that copies of all pleadings, orders, correspondence and other communications be directed as indicated below.

    Respectfully submitted,

    MIKE DeWINE
    Ohio Attorney General

    *s/ Ann Yackshaw*
    STEVEN T. VOIGT (0092879)
    NICOLE M. KOPPITCH (0082129)
    ANN YACKSHAW (0090623)
    Assistant Attorneys General
    Constitutional Offices Section
    30 East Broad Street, 16th Floor
    Columbus, Ohio 43215
    Tel: 614-466-2872 | Fax: 614-728-7592
    steven.voigt@ohioattorneygeneral.gov
    nicole.koppitch@ohioattorneygeneral.gov
    ann.yackshaw@ohioattorneygeneral.gov

    *Counsel for Defendants Governor John R. Kasich*
    *and Secretary of State Jon A. Husted*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

*s/ Ann Yackshaw*
ANN YACKSHAW (0090623)
Associate Assistant Attorney General