# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.* ) ) ) Plaintiffs, ) ) v. ) ) RYAN SMITH, Speaker of the Ohio House of Representatives, *et al.* ) ) ) Defendants. ) ) | No. 1:18-cv-00357-TSB-KNM-MHW <br><br> Judge Timothy S. Black <br> Judge Karen Nelson Moore <br> Judge Michael H. Watson <br> Magistrate Judge Karen L. Litkovitz |

## PLAINTIFFS' NOTICE OF DISCLOSURE OF PROPOSED REMEDIAL MAP

Pursuant to the joint schedule submitted to the Court on July 12, 2018 (ECF No. 39), Plaintiffs disclosed their proposed remedial map to Defendants and Intervenors today. The map was produced to Defendants and Intervenors in the form of a block equivalency file, which identifies each proposed congressional district by census blocks and can be loaded into mapping software to depict the proposed map, and an image of the proposed remedial map. The image of the proposed remedial plan is submitted to the Court as Exhibit A to this Notice.

September 28, 2018

T. Alora Thomas-Lundborg
Dale E. Ho
Theresa J. Lee
Emily Rong Zhang
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
athomas@aclu.org
dho@aclu.org

Respectfully submitted,

*/s/ Freda J. Levenson*, trial attorney
Freda J. Levenson (0045916)
American Civil Liberties Union of Ohio Fdtn.
4506 Chester Avenue
Cleveland, OH 44103
Tel.: (216) 472-2220
Facsimile: (216) 472-2210
flevenson@acluohio.org

Paul Moke (0014099)
Cooperating Attorney for ACLU of Ohio

1

tlee@aclu.org
erzhang@aclu.org

Robert Fram
Nitin Subhedar
Jeremy Goldstein
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Tel.: (415) 591-6000
rfram@cov.com
nsubhedar@cov.com
jgoldstein@cov.com

Kyunghoon John Woo**
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel.: (424) 332-4800
jwoo@cov.com

Wilmington College*
1252 Pyle Center
Wilmington, OH 45177
Tel.: 937-725-7501
paul.moke@gmail.com
* Institutional affiliation for the purpose of identification only

Michael Baker
Perrin Cooke
Peter Rechter
Isaac Wood
Robert Day**
Kaitlyn Demers**
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
mbaker@cov.com
pcooke@cov.com
prechter@cov.com
iwood@cov.com
rday@cov.com
kdemers@cov.com

*Attorneys for Plaintiffs*
*\*\*pro hac vice* application pending

**CERTIFICATE OF SERVICE**

I, Freda J. Levenson, hereby certify that this Notice of Disclosure of Proposed Remedial Map was served upon all counsel of record in this case via ECF.

*/s/ Freda J. Levenson*
Trial Attorney for Plaintiffs
