# EXHIBIT A



Ohio U.S. House — Proposed Remedial Plan