# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:18-cv-357 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | Judge Karen Nelson Moore |
| **RYAN SMITH, et al.** | : | Judge Michael H. Watson |
| | : | |
| Defedants. | : | |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE TO MOTION FOR ADMISSION PRO HAC VICE FOR DEFENDANTS RYAN SMITH, SPEAKER OF THE OHIO HOUSE OF REPRESENTATIVES AND LARRY OBHOF, PRESIDENT OF THE OHIO SENATE

Defendants hereby give notice of Amended Certificate of Service to their *Motion for Admission Pro Hac Vice for Defendants Ryan Smith, Speaker of the Ohio Houses of Representatives and Larry Obhof, President of the Ohio Senate*.

The certificate of service attached to *Motion for Admission Pro Hac Vice for Defendants Ryan Smith, Speaker of the Ohio Houses of Representatives and Larry Obhof, President of the Ohio Senate* erroneously indicated it was filed electronically and served on October 24, 2018. I hereby certify that on October 25, 2018, *Motion for Admission Pro Hac Vice for Defendants Ryan Smith, Speaker of the Ohio Houses of Representatives and Larry Obhof, President of the Ohio Senate* was filed electronically. Notice of this filing was sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing was served by e-mail or facsimile upon all

parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system

    Respectfully submitted,

    MIKE DeWINE
    ATTORNEY GENERAL

    *s/ Steven T. Voigt*
    STEVEN T. VOIGT (0092879)
    NICOLE M. KOPPITCH (00892129)
    ANN YACKSHAW (0090623)
    Assistant Attorneys General
    Constitutional Offices Section
    30 East Broad Street, 16th Floor
    Columbus, Ohio 43215
    Tel: 614-466-2872 | Fax: 614-728-7592
    steven.voigt@ohioattorneygeneral.gov

    *Counsel for Defendants Secretary of State Jon A. Husted, Ryan Smith, and Larry Obhof*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

    *s/ Steven T. Voigt*
    STEVEN T. VOIGT (0092879)
    Principal Assistant Attorney General