### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 1:18-cv-357** |
| | : | |
| **v.** | : | **Judge Timothy S. Black** |
| | : | **Judge Karen Nelson Moore** |
| **GOVERNOR JOHN R. KASICH, et al.** | : | **Judge Michael H. Watson** |
| | : | |
| **Defendants.** | : | |

## NOTICE TO THE COURT

The Ohio Attorney General and E. Mark Braden hereby notify the Court and the Parties that they will not be appealing this Court's Order (Doc. 121) compelling production of certain documents to the Plaintiffs. Therefore, documents produced in response to that Order no longer need to be designated "Attorneys' Eyes Only."

MIKE DEWINE
Ohio Attorney General

*s/ Tiffany L. Carwile*
TIFFANY L. CARWILE (0082522)
  *\*Lead Counsel for Braden Subpoenas*
ANDREW FRASER (0097129)
BRIDGET C. COONTZ (0072919)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
tiffany.carwile@ohioattorneygeneral.gov
andrew.fraser@ohioattorneygeneral.gov
bridget.coontz@ohioattorneygeneral.gov

*Counsel for the Ohio Attorney General and*
*Non-party witness E. Mark Braden*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

*s/ Tiffany L. Carwile*
TIFFANY L. CARWILE (0082522)
Assistant Attorney General