**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 26, 2018

Ms. Pramila A. Kamath
Bricker & Eckler
9277 Centre Pointe Drive
Suite 100
West Chester, OH 45069

Mr. Patrick T. Lewis
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114

Mr. Paul F. Moke
Wilmington College
1252 Pyle Center
Wilmington, OH 45177

Mr. Alexia M. Romero
Chambers of Hon. R. Guy Cole, Jr.
85 Marconi Boulevard
Suite 255
Columbus, OH 43215

Mr. Steven T. Voigt
Office of the Attorney General
30 E. Broad Street
16th Floor
Columbus, OH 43215

Re: Case No. 18-4258, *Ohio A. Philip Randolph Inst, et al v. John Kasich, et al*
Originating Case No. : 1:18-cv-00357 : 1:18-mc-00031

Dear Counsel,

  This appeal has been docketed as case number **18-4258** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the

Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's Office by **January 9, 2019**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

        Appellant:    Appearance of Counsel
                           Civil Appeal Statement of Parties & Issues
                           Disclosure of Corporate Affiliations
                           Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:     Appearance of Counsel
                           Disclosure of Corporate Affiliations
                           Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's Office for assistance.

                                            Sincerely yours,

                                            s/Karen S. Fultz
                                            Case Manager
                                            Direct Dial No. 513-564-7036


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 18-4258

OHIO A. PHILIP RANDOLPH INSTITUTE; LEAGUE OF WOMEN VOTERS OF OHIO; LINDA GOLDENHAR; DOUGLAS BURKS; SARAH INSKEEP; CYNTHIA LIBSTER; KATHRYN DEITSCH; LUANN BOOTHE; MARK JOHN GRIFFITHS; LAWRENCE NADLER; CHITRA WALKER; RIA MEGNIN; ANDREW HARRIS; AARON DAGRES; ELIZABETH MYER; TERESA THOBABEN; CONSTANCE RUBIN; HAMILTON COUNTY YOUNG DEMOCRATS; TRISTAN RADER; NORTHEAST OHIO YOUNG BLACK DEMOCRATS; BETH HUTTON; THE OHIO STATE UNIVERSITY COLLEGE DEMOCRATS

        Plaintiffs - Appellees

GOVERNOR JOHN R. KASICH, In his official capacity; JON HUSTED, Secretary of State, in his official capacity; LARRY OBHOF, President of the Ohio Senate, in his official capacity; RYAN SMITH

        Defendants - Appellees

v.

REPUBLICAN NATIONAL COMMITTEE; ADAM KINCAID; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE

        Movants - Appellants

 and

STEVE CHABOT, et al

        Intervenors