**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 03, 2019

Mr. Paul F. Moke
Wilmington College
1252 Pyle Center
Wilmington, OH 45177

Mr. Jason Brett Torchinsky
Holtzman Vogel Josefiak Torchinsky
45 N. Hill Drive
Suite 100
Warrenton, VA 20186

Re: Case No. 18-4258, *Ohio A. Philip Randolph Inst, et al v. John Kasich, et al*
Originating Case No. : 1:18-cv-00357 : 1:18-mc-00031

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc: Mr. Phillip Michael Gordon
　　Ms. Pramila A. Kamath
　　Mr. Patrick T. Lewis
　　Mr. Richard W. Nagel
　　Mr. Alexia M. Romero
　　Mr. Shawn Toomey Sheehy
　　Mr. Steven T. Voigt

Enclosure

No. 18-4258

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jan 03, 2019
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, et al., | ) ) ) |
|     Plaintiffs-Appellees, | ) ) |
| v. | ) ) |
| GOVERNOR JOHN R. KASICH, In his official capacity, et al., | ) ) ) |
|     Defendants-Appellees, | ) ) |
| REPUBLICAN NATIONAL COMMITTEE; ADAM KINCAID; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, | ) ) ) ) |
|     Movants-Appellants, | ) ) |
| STEVE CHABOT, et al., | ) ) |
|     Intervenors. | ) |

O R D E R

The appellants move to expedite the briefing and decision in this appeal, proposing a briefing schedule and indicating that the plaintiffs-appellees agree to that schedule.

The motion to expedite is GRANTED to the extent that the briefing schedule is expedited such that the appellants' opening brief is due January 4, 2019; the plaintiffs' response and any other appellee brief is due January 11, 2019; and the appellants' reply brief is due January 15.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk