IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives,** *et al.*<br><br>**Defendants.** | No. 1:18-cv-00357-TSB-KNM-MHW<br><br>Judge Timothy S. Black<br>Judge Karen Nelson Moore<br>Judge Michael H. Watson<br>Magistrate Judge Karen L. Litkovitz |

## PLAINTIFFS' MOTION TO EXCLUDE
## THE TESTIMONY AND REPORTS OF DR. DOUGLAS JOHNSON

Plaintiffs in the above-captioned case (collectively, "Plaintiffs") respectfully move this Court to grant their motion to exclude the testimony and reports of Dr. Douglas Johnson.

Plaintiffs concurrently submit the accompanying Memorandum in Support of Plaintiffs' Motion to Exclude the Testimony and Report of Dr. Douglas Johnson and the Declaration of Emily R. Zhang in Support of Plaintiffs' Motion to Exclude the Testimony and Report of Dr. Douglas Johnson and exhibits thereto, all of which are hereby incorporated within this motion by reference.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion to exclude.

1

January 18, 2019

T. Alora Thomas-Lundborg
Dale E. Ho
Theresa J. Lee
Emily Rong Zhang
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
athomas@aclu.org
dho@aclu.org
tlee@aclu.org
erzhang@aclu.org

Robert Fram
Nitin Subhedar
Jeremy Goldstein
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Tel.: (415) 591-6000
rfram@cov.com
nsubhedar@cov.com
jgoldstein@cov.com

Kyunghoon John Woo**
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel.: (424) 332-4800
jwoo@cov.com

Respectfully submitted,

*/s/ Freda J. Levenson*, trial attorney
Freda J. Levenson (0045916)
American Civil Liberties Union of Ohio Fdtn.
4506 Chester Avenue
Cleveland, OH 44103
Tel.: (216) 472-2220
Facsimile: (216) 472-2210
flevenson@acluohio.org

Michael Baker
Perrin Cooke
Peter Rechter
Robert Day
Kaitlyn Demers
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
mbaker@cov.com
pcooke@cov.com
prechter@cov.com
rday@cov.com
kdemers@cov.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Freda J. Levenson, hereby certify that this Motion in Limine was served upon all counsel of record in this case via ECF.

*/s/ Freda J. Levenson*
Trial Attorney for Plaintiffs
