## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

**OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.*

**Plaintiffs,**

**v.**

**LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives,** *et al.*

**Defendants.**

No. 1:18-cv-00357-TSB-KNM-MHW

Judge Timothy S. Black
Judge Karen Nelson Moore
Judge Michael H. Watson
Magistrate Judge Karen L. Litkovitz

## PLAINTIFFS' MOTION TO EXCLUDE
## THE TESTIMONY AND REPORTS OF DR. THOMAS L. BRUNELL

Plaintiffs in the above-captioned case (collectively, "Plaintiffs") respectfully move this

Court to grant their motion to exclude the testimony and reports of Dr. Thomas L. Brunell.

Plaintiffs concurrently submit the accompanying Memorandum in Support of Plaintiffs'

Motion to Exclude the Testimony and Report of Dr. Thomas L. Brunell and the Declaration of T.

Alora Thomas in Support of Plaintiffs' Motion to Exclude the Testimony and Report of Dr.

Thomas L. Brunell and exhibits thereto, all of which are hereby incorporated within this motion

by reference.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion to

exclude.

January 18, 2019                                    Respectfully submitted,

                                                    */s/ Freda J. Levenson*, trial attorney
T. Alora Thomas-Lundborg                            Freda J. Levenson (0045916)
Dale E. Ho                                          American Civil Liberties Union of Ohio Fdtn.
Theresa J. Lee                                      4506 Chester Avenue
Emily Rong Zhang                                    Cleveland, OH 44103
American Civil Liberties Union Foundation           Tel.: (216) 472-2220
125 Broad Street, 18th Floor                        Facsimile: (216) 472-2210
New York, NY 10004                                  flevenson@acluohio.org
Tel.: (212) 549-2500
athomas@aclu.org
dho@aclu.org
tlee@aclu.org
erzhang@aclu.org

Robert Fram                                         Michael Baker
Nitin Subhedar                                      Perrin Cooke
Jeremy Goldstein                                    Peter Rechter
Covington & Burling LLP                             Robert Day
One Front Street                                    Kaitlyn Demers
San Francisco, CA 94111                             Covington & Burling LLP
Tel.: (415) 591-6000                                850 Tenth Street, NW
rfram@cov.com                                       Washington, DC 20001
nsubhedar@cov.com                                   Tel.: (202) 662-6000
jgoldstein@cov.com                                  mbaker@cov.com
                                                    pcooke@cov.com
Kyunghoon John Woo**                                prechter@cov.com
Covington & Burling LLP                             rday@cov.com
1999 Avenue of the Stars                            kdemers@cov.com
Los Angeles, CA 90067
Tel.: (424) 332-4800
jwoo@cov.com

                                                    *Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I, Freda J. Levenson, hereby certify that this Motion in Limine was served upon all

counsel of record in this case via ECF.

*/s/ Freda J. Levenson*
Trial Attorney for Plaintiffs
