# APPENDIX D

**APPENDIX D: Plaintiffs' Live Witnesses**

1. Marcia Fudge

Plaintiffs anticipate that Ms. Fudge will provide testimony about the treatment of the Eleventh Congressional District in the 2011 redistricting.

2. Christopher Glassburn

Plaintiffs anticipate that Mr. Glassburn will provide testimony about the negotiations between Democrats and Republicans regarding H.B. 369.

3. Nina Turner

Plaintiffs anticipate that Ms. Turner will provide testimony about the negotiations between Democrats and Republicans regarding H.B. 369.

4. Mark Salling

Plaintiffs anticipate that Dr. Salling will provide testimony about the database containing historical election data created by Cleveland State University for use in the redistricting process.

5. Andre Washington

Plaintiffs anticipate that Mr. Washington will provide testimony as to the impact of the 2011 congressional map on the Ohio A. Phillip Randolph Institute and its Democratic members.

6. Jen Miller

Plaintiffs anticipate that Ms. Miller will provide testimony as to the impact of the 2011 congressional map on the League of Women Voters of Ohio and its Democratic members.

7. Nathaniel Simon

Plaintiffs anticipate that Mr. Simon will provide testimony as to the impact of the 2011 congressional map on the Hamilton County Young Democrats and its Democratic members.

8. Linda Goldenhar

Plaintiffs anticipate that Ms. Goldenhar will provide testimony as to the impact of the 2011 congressional map on herself.

9. Douglas J. Burks

Plaintiffs anticipate that Mr. Burks will provide testimony as to the impact of the 2011 congressional map on himself.

**APPENDIX D: Plaintiffs' Live Witnesses**

    10. Kathryn Deitsch

Plaintiffs anticipate that Ms. Deitsch will provide testimony as to the impact of the 2011 congressional map on herself.

    11. Mark John Griffiths

Plaintiffs anticipate that Mr. Griffiths will provide testimony as to the impact of the 2011 congressional map on himself.

    12. Ria Megnin

Plaintiffs anticipate that Ms. Megnin will provide testimony as to the impact of the 2011 congressional map on herself.

    13. Andrew Harris

Plaintiffs anticipate that Mr. Harris will provide testimony as to the impact of the 2011 congressional map on himself.

    14. Aaron Dagres

Plaintiffs anticipate that Mr. Dagres will provide testimony as to the impact of the 2011 congressional map on himself.

    15. Elizabeth Myer

Plaintiffs anticipate that Dr. Myer will provide testimony as to the impact of the 2011 congressional map on herself.

    16. Beth Hutton

Plaintiffs anticipate that Ms. Hutton will provide testimony as to the impact of the 2011 congressional map on herself.

    17. Stephanie White

Plaintiffs anticipate that Ms. White will provide testimony as to the impact of the 2011 congressional map on herself.

    18. John Fitzpatrick

Plaintiffs anticipate that Mr. Fitzpatrick will provide testimony as to the impact of the 2011 congressional map on himself.

**APPENDIX D: Plaintiffs' Live Witnesses**

19. Dr. Wendy K. Tam Cho

Plaintiffs anticipate that Dr. Cho will testify concerning her simulated map analysis of Ohio's congressional districts.

20. William S. Cooper

Plaintiffs anticipate that Mr. Cooper will testify to the remedial and hypothetical maps for Ohio's congressional districts.

21. Dr. Lisa Handley

Plaintiffs anticipate that Dr. Handley will testify to the Voting Right Act (VRA) analysis she did for Ohio's congressional district that includes Cuyahoga County.

22. Dr. David Niven

Plaintiffs anticipate that Dr. Niven will testify to the analysis he did of Ohio's congressional boundaries.

23. Dr. Christopher Warshaw

Plaintiffs anticipate that Dr. Warshaw will testify to the partisan bias and responsiveness of Ohio's congressional districts.  He will further testify to the effects that gerrymandering has representation in Congress.