# APPENDIX E

## Appendix E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, | ) | |
| LEAGUE OF WOMEN VOTERS OF OHIO, | ) | |
| THE OHIO STATE UNIVERSITY COLLEGE | ) | |
| DEMOCRATS, NORTHEAST OHIO YOUNG | ) | |
| BLACK DEMOCRATS, HAMILTON COUNTY | ) | |
| YOUNG DEMOCRATS, LINDA GOLDENHAR, | ) | |
| DOUGLAS BURKS, SARAH INSKEEP, | ) | |
| CYNTHIA LIBSTER, KATHRYN DEITSCH, | ) | |
| LUANN BOOTHE, MARK JOHN GRIFFITHS, | ) | |
| LAWRENCE NADLER, CHITRA WALKER, | ) | |
| TRISTAN RADER, RIA MEGNIN, | ) | No. 1:18-cv-00357-TSB |
| ANDREW HARRIS, AARON DAGRES, | ) | |
| ELIZABETH MYER, BETH HUTTON, | ) | Judge Timothy S. Black |
| TERESA THOBABEN, | ) | Judge Karen Nelson Moore |
| and CONSTANCE RUBIN, | ) | Judge Michael H. Watson |
| | ) | Magistrate Judge Karen L. Litkovitz |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN SMITH, Speaker of the Ohio House | ) | |
| of Representatives, LARRY OBHOF, | ) | |
| President of the Ohio Senate, and | ) | |
| JON HUSTED, Secretary of State of Ohio, | ) | |
| in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' INITIAL WITNESS LIST

Pursuant to the Court's Standing Order regarding Cincinnati Civil Procedures, Defendants identify the following witnesses who they may call to testify live at the trial in this matter:

1. The Honorable William Batchelder
   21 West Broad Street, Suite 300
   Columbus, OH 43215

Mr. Batchelder was Speaker of the Ohio House of Representatives from 2006 to 2015. Mr. Batchelder may be called to provide testimony regarding the 2011 Ohio congressional redistricting process and his involvement regarding the same.

2. Ray DiRossi
   Senate Building
   1 Capitol Square, 2nd floor
   Columbus, OH 43215

Mr. DiRossi was retained by the Ohio General Assembly as a consultant by the Republican members of the Task Force to assist in redrawing the Ohio congressional map in 2011. Mr. DiRossi may be called to provide testimony regarding the 2011 Ohio congressional redistricting process and his involvement regarding the same, as well as his prior involvement in the 2001 Ohio congressional redistricting process.

3. Troy Judy
   21 West Broad Street, Suite 300
   Columbus, OH 43215

Mr. Judy served as the Chief of Staff of the Ohio House of Representatives from 2009 to 2014. Mr. Judy may be called to provide testimony regarding the 2011 Ohio congressional redistricting process and his involvement regarding the same.

4. The Honorable Keith Faber
   77 S. High Street, 13th Floor
   Columbus, OH 43215

Mr. Faber was a member of the Ohio Senate and served on the Senate Select Committee on Redistricting in 2011. Mr. Faber may be called to provide testimony regarding the 2011 Ohio congressional redistricting process and his involvement regarding the same.

5. The Honorable Matthew Huffman
   Senate Building
   1 Capitol Square, 1st Floor
   Columbus, OH 43215

Mr. Huffman was a member of the Ohio House of Representatives for the 4th District from 2007 to 2014, and served as the Chairman of the House Redistricting Subcommittee in 2011.  Mr. Huffman may be called to provide testimony regarding the 2011 Ohio congressional redistricting process and his involvement regarding the same.

6. M.V. (Trey) Hood, III
   Department of Political Science
   180 Baldwin Hall
   University of Georgia
   Athens, Georgia, 30602

Dr. Hood is a tenured Professor at the University of Georgia and the Director of the SPIA Research Center.  He will provide expert testimony as disclosed in his initial and supplemental reports.

7. Douglas Johnson
   1520 North Pacific Avenue
   Glendale, CA, 91202

Dr. Johnson is the President of the National Demographics Corporation and a Fellow at the Rose Institute of State and Local Government.  He will provide expert testimony as disclosed in his report.

8. Sean Trende
   1146 Elderberry Loop
   Delaware, OH 43015

Mr. Trende is a Senior Elections Analyst for RealClearPolitics and a Gerald R. Ford Visiting Scholar at the American Enterprise Institute.  He will provide expert testimony as disclosed in his report.

9. Janet Thornton
   2457 Care Drive, Suite A-200
   Tallahassee, FL 32308

Dr. Thornton is the Managing Director of Berkeley Research Group, LLC. She will provide expert testimony as disclosed in her report.

Defendants reserve the right, to the fullest extent permitted under the Federal Rules of Civil Procedure and the orders of this Court, to supplement this list.

This the 18th day of January, 2019.

                DAVE YOST
                Ohio Attorney General

                By: /s/Phillip J. Strach
                Phillip J. Strach*
                N.C. State Bar No. 29456
                phil.strach@ogletree.com
                *Lead and Trial Counsel*

                By: /s/Michael D. McKnight
                Michael McKnight
                N.C. State Bar No. 36932
                michael.mcknight@ogletree.com

                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                4208 Six Forks Road, Suite 1100
                Raleigh, NC 27609
                Tel.: (919) 787-9700
                Facsimile: (919) 783-9412

                *Attorneys for Legislative Defendants*

                /s/Steven T. Voigt
                Steven T. Voigt (0092879)
                Principal Assistant Attorney General
                Ohio State Bar No. 0092879
                Nicole M. Koppitch
                Ohio State Bar No. 0082129
                Ann Yackshaw

Ohio State Bar No. 0090623
Ohio Attorney General's Office
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872
Fax: (614) 728-7592
steven.voigt@ohioattorneygeneral.gov

*Attorneys for Defendants*

37063719.1