# APPENDIX F

**Appendix F**
# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| **Ohio A. Philip Randolph Institute**, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**Ryan Smith**, Speaker of the Ohio House of Representatives, *et al.*,<br><br>Defendants. | Case No.: 1:18-cv-00357-TSB<br><br>Judge Timothy S. Black<br>Judge Karen Nelson Moore<br>Judge Michael H. Watson<br><br>Magistrate Judge Karen L. Litkovitz |

## INTERVENORS' INITIAL WITNESS LIST

Pursuant to the Court's Standing Order regarding Cincinnati Civil Procedures, Intervenors identify the following witnesses who they may call to testify live at the trial in this matter:

(1)     The Honorable John Boehner
          c/o Squire Patton Boggs
          201 E. Fourth Street, Suite 1900
          Cincinnati, OH 45202

Mr. Boehner was the U.S. representative for Ohio's 8th congressional district from 1991 to 2015 and served as the Speaker of the U.S. House of Representatives from 2011 to 2015. Mr. Boehner may be called to testify regarding the 2011 Ohio congressional redistricting process and his involvement regarding the same.

(2)     Thomas Brunell
          The University of Texas at Dallas
          800 W. Campbell Road
          Richardson, TX 75080

Dr. Brunell is a Professor of Political Science at the University of Texas at Dallas. He will provide expert testimony as disclosed in his report.

Intervenors reserve the right to make use of and/or compel testimony from any of the individuals listed in Plaintiffs' or Defendants' initial witness lists. Intervenors reserve the right, to

the fullest extent permitted under the Federal Rules of Civil Procedure and the orders of this Court, to supplement this list.

Dated: January 18, 2019

Respectfully submitted,

**BAKERHOSTETLER LLP**

*/s/ Patrick T. Lewis*
Patrick T. Lewis (0078314)
*Trial Attorney*
Email: plewis@bakerlaw.com
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200 / Fax (216) 696-0740

Robert J. Tucker (0082205)
Email: rtucker@bakerlaw.com
200 Civic Center Drive, Suite 1200
Columbus, OH  43215-4138
(614) 228-1541 / Fax (614) 462-2616

Katherine L. McKnight(*)
Email: kmcknight@bakerlaw.com
Richard B. Raile(*)
Email: rraile@bakerlaw.com
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403
(202) 861-1500 / Fax (202) 861-1783
(*) admitted pro hac vice

*Counsel for Intervenors*