# APPENDIX H

**Appendix H**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, | ) | |
| LEAGUE OF WOMEN VOTERS OF OHIO, | ) | |
| THE OHIO STATE UNIVERSITY COLLEGE | ) | |
| DEMOCRATS, NORTHEAST OHIO YOUNG | ) | |
| BLACK DEMOCRATS, HAMILTON COUNTY | ) | |
| YOUNG DEMOCRATS, LINDA GOLDENHAR, | ) | |
| DOUGLAS BURKS, SARAH INSKEEP, | ) | |
| CYNTHIA LIBSTER, KATHRYN DEITSCH, | ) | |
| LUANN BOOTHE, MARK JOHN GRIFFITHS, | ) | |
| LAWRENCE NADLER, CHITRA WALKER, | ) | |
| TRISTAN RADER, RIA MEGNIN, | ) | No. 1:18-cv-00357-TSB |
| ANDREW HARRIS, AARON DAGRES, | ) | |
| ELIZABETH MYER, BETH HUTTON, | ) | Judge Timothy S. Black |
| TERESA THOBABEN, | ) | Judge Karen Nelson Moore |
| and CONSTANCE RUBIN, | ) | Judge Michael H. Watson |
| | ) | Magistrate Judge Karen L. Litkovitz |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN SMITH, Speaker of the Ohio House | ) | |
| of Representatives, LARRY OBHOF, | ) | |
| President of the Ohio Senate, and | ) | |
| JON HUSTED, Secretary of State of Ohio, | ) | |
| in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANTS' INITIAL TRIAL EXHIBIT LIST

| Trial Exhibit # | Description | Case/Deposition Reference |
|---|---|---|
| D1 | Map of H.B. 369 Plan | |
| D2 | Map of H.B 319 Plan | |
| D3 | Map of Enacted Congressional Plan Used in 2002 through 2012 Election Cycles | |

1

| | | |
|---|---|---|
| D4 | Official Secretary of State Election Return Data for 2002 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2002-elections-results/ |
| D5 | Official Secretary of State Election Return Data for 2004 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2004-elections-results/ |
| D6 | Official Secretary of State Election Return Data for 2006 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2006-elections-results/ |
| D7 | Official Secretary of State Election Return Data for 2008 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2008-election-results/ |
| D8 | Official Secretary of State Election Return Data for 2010 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2010-elections-results/ |
| D9 | Official Secretary of State Election Return Data for 2012 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2012-elections-results/ |
| D10 | Official Secretary of State Election Return Data for 2014 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2014-elections-results/ |
| D11 | Official Secretary of State Election Return Data for 2016 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2016-official-elections-results/ |
| D12 | Official Secretary of State Election Return Data for August 8, 2018 Special Election for Congressional District 12 | https://www.sos.state.oh.us/elections/election-results-and-data/2018-official-elections-results/ |
| D13 | Official Secretary of State Election Return Data for 2018 General Election (Statewide and Congressional Races) | https://www.sos.state.oh.us/elections/election-results-and-data/2018-official-elections-results/ |
| D14 | 9/15/2011 - Ohio House and Senate Session Transcripts (Parts 1 & 2) with Errata Sheet | |
| D15 | 9/21/2011 - Ohio House Session Transcript with Errata Sheet | |
| D16 | 9/21/2011 - Ohio Senate Session Transcript with Errata Sheet | |
| D17 | 11/3/2011 - Ohio House Session Transcript with Errata Sheet | |
| D18 | 12/14/2011 - Ohio House Session Transcript with Errata Sheet | |
| D19 | 12/14/2011 - Ohio Senate Session Transcript with Errata Sheet | |

| D20 | Expert Report of M.V. Hood, III (11/12/2018) | Hood Exhibit 1 |
|---|---|---|
| D21 | Supplemental Expert Report of M.V. Hood III (12/28/2018) | |
| D22 | Expert Report of Douglas Johnson, Ph.D. (11/10/2018) | Johnson Exhibit 1 |
| D23 | Resume of Douglas Johnson, Ph.D. | Johnson Exhibit 2 |
| D24 | Rebuttal Report of Janet R. Thornton, Ph.D. | Thornton Exhibit 1 |
| D25 | Chart - "District/Plaintiff's Original Districts" Dr. Cho's 3+ Million Outcome for Plaintiffs Revised Districts, Percentage from 2008-2010 Statewide Elections | Thornton Exhibit 8 |
| D26 | Expert Report of Sean Trende (11/12/2018) | Trende Exhibit 1 |
| D27 | Curriculum Vitae of Sean Trende | Trende Exhibit 5 |
| D28 | 2/12/2018 - E-mail from Brad Wenstrup to Burks, Bates-Stamped INDPLTS_0015960 | Burks Exhibit 2 |
| D29 | 3/7/2018 - E-mail from Douglas Burks to Rapach, Smith and Others, Bates-Stamped INDPLTS_0015983 | Burks Exhibit 3 |
| D30 | 3/7/2018 - FCNL memo, Bates-Stamped INDPLTS_0015984-15985 | Burks Exhibit 4 |
| D31 | 8/23/2018 - E-mail from Douglas Burks to Wenstrup, Bates-Stamped INDPLTS_0016034 | Burks Exhibit 6 |
| D32 | 2/28/2018 - E-mail from Douglas Burks to Rapach, Bates-Stamped INDPLTS_0016084 | Burks Exhibit 9 |
| D33 | 5/23/2018 - E-mail from Douglas Burks to Paul Moke, Bates-Stamped INDPLTS_0016023-16025 | Burks Exhibit 11 |
| D34 | 5/23/2018 - E-mail from Douglas Burks to steve@careerfastrack.com, Bates-Stamped INDPLTS_0016093-16094 | Burks Exhibit 12 |
| D35 | Address-searchable Google map of Ohio 2012 Plan | Dagres Exhibit 2 |
| D36 | Address-searchable Google map of Ohio Proposed Remedial Plan | Dagres Exhibit 4 |
| D37 | Comments from Aaron Dagres, Bates-Stamped INDPLTS_0013073 | Dagres Exhibit 6 |
| D38 | 7/14/2018 - E-Mail from Patrick Barnacle to Aaron Dagres, Bates-Stamped INDPLTS_0002971-2995 | Dagres Exhibit 14 |
| D39 | 11/17/2016 - E-mail from Kathy Deitsch to Debbie Sneddon and others, Bates-Stamped INDPLTS_0018871-18874 | Deitsch Exhibit 2 |
| D40 | 10/31/2017 - E-mail from Kathy Deitsch to Rep48@ohiohouse.gov and Others, Bates-Stamped INDPLTS_0024143-24144 | Deitsch Exhibit 6 |
| D41 | 4/29/2018 - E-mail from Kathy Deitsch to newsroom@dailystandard.com, Bates-Stamped INDPLTS_0021432 | Deitsch Exhibit 7 |

3

| | | |
|---|---|---|
| D42 | 5/25/2018 - E-mail from Kathy Deitsch to Catherine Turcer and others, Bates-Stamped INDPLTS_0021536-21537 | Deitsch Exhibit 8 |
| D43 | 8/31/2018 - E-mail from Kathy Deitsch to mrotondorn@yahoo.com, Bates-Stamped INDPLTS_0021692 | Deitsch Exhibit 10 |
| D44 | 5/30/2018 - E-mail from Kathy Deitsch to adkinsandaffilies@yahoo.com, Bates-Stamped INDPLTS_0022390-22391 | Deitsch Exhibit 12 |
| D45 | 1/24/2018 - M. Griffiths' Statement to Government Oversight and Reform Committee, Bates-Stamped INDPLTS_0000173 | Griffiths Exhibit 4 |
| D46 | 1/22/2018 - E-Mail from Megan Griffiths to Mark Griffiths Re: Draft Version of M. Griffiths' 1/4/2018 Statement to Government Oversight and Reform Committee, Bates-Stamped INDPLTS_0001279-1280 | Griffiths Exhibit 5 |
| D47 | 11/3/2017 - Letter to the Editor - Elyria Chronicle, Bates-Stamped INDPLTS_0001114 | Griffiths Exhibit 6 |
| D48 | M. Griffiths' Notes Re: Mileage to representatives, Bates-Stamped INDPLTS_0000161-162 | Griffiths Exhibit 7 |
| D49 | Lorain Chronicle Letter to the Editor "Gerrymandering Must be Stopped", Bates-Stamped INDPLTS_0001116 | Griffiths Exhibit 8 |
| D50 | Warbaugh Campaign - Tally Sheet- Ohio 7th County (Lorain), Bates-Stamped INDPLTS_0003100-3103 | Griffiths Exhibit 10 |
| D51 | 5/29/2018 - E-Mail chain from Alison Ricker to Hutton regarding the lawsuit, Bates-Stamped INDPLTS_0026808-26809 | Hutton Exhibit 1 |
| D52 | Written Statement, Larry Nadler, Bates-Stamped INDPLTS_0002909 | Nadler Exhibit 1 |
| D53 | Notice of 30(b)(6) deposition of League of Women Voters of Ohio | Miller Exhibit 1 |
| D54 | Ohio Redistricting Transparency Report The Elephant in the Room, Bates-Stamped LWVOH_00018400-18421 | Miller Exhibit 2 |
| D55 | Plaintiffs' Privilege Log | Miller Exhibit 3 |
| D56 | Ohio redistricting reform history, Bates-Stamped LWVOH_0074306 | Miller Exhibit 4 |
| D57 | 11/26/2012 - Letter from Dina Schoomaker and Linda Slocum to William Batchelder and Vernon Sykes, Bates-Stamped LWVOH_0022920 | Miller Exhibit 5 |
| D58 | 11/25/2014 - Press Release, A. Henkener, C. Turcer, Bates-Stamped LWVOH_0086183-86184 | Miller Exhibit 6 |
| D59 | Plaintiffs' responses and objections to legislative defendants' first set of interrogatories and first set of requests for production of documents | Miller Exhibit 7 |

4

| D60 | 4/30/2015 - E-mail chain from A. Henkener to C. Turcer, R. Gunther, Bates-Stamped LWVOH_0050826-50827 | Miller Exhibit 8 |
|---|---|---|
| D61 | 7/23/2015 - E-mail chain from A. Henkener to C. Davis, Bates-Stamped LWVOH_0050401-50404 | Miller Exhibit 9 |
| D62 | PowerPoint- Ohio Redistricting Competition, Bates-Stamped LWVOH_0074117-74132 | Miller Exhibit 10 |
| D63 | Brennan Center for Justice Don't Judge a Book by Its Cover Alone document, Bates-Stamped LWVOH_0044874-44875 | Miller Exhibit 11 |
| D64 | Ohio redistricting competition rules and scoring 2011, Bates-Stamped LWVOH_0044516-44533 | Miller Exhibit 12 |
| D65 | Document - Membership Surge Continues Statewide, Bates-Stamped LWVOH_0099889-99890 | Miller Exhibit 13 |
| D66 | Individual independent contractor agreement between Ohio Environmental Council Action Fund, Inc. and League of Women Voters of Ohio, Bates-Stamped LWVOH_0095013-95015 | Miller Exhibit 17 |
| D67 | Notice of 30(b)(6) Deposition of Ohio State University College Democrats | Oberdorf Exhibit 1 |
| D68 | Notice of 30(b)(6) Deposition of Ohio A. Philip Randolph Institute | Washington Exhibit 1 |
| D69 | 11/8/2011 -  Election Campaign Report, Bates-Stamped OAPRI_0000047 | Washington Exhibit 8 |
| D70 | APRI Columbus Chapter Monthly Report, Bates-Stamped OAPRI_0000049 | Washington Exhibit 9 |
| D71 | Letter from David Morgan to the APRI State Educational Conference, Bates-Stamped OAPRI_0000059 | Washington Exhibit 10 |
| D72 | 12/9/2011 - E-mail from Delores Freeman to Andre Washington, Bates-Stamped OAPRI_0000066 | Washington Exhibit 11 |
| D73 | Plaintiff Ohio A. Philip Randolph Institute's responses and objections to legislative defendants' first set of interrogatories and first set of requests for production of documents | Washington Exhibit 12 |
| D74 | 12/9/2011 - E-mail from Kimberly Daniels to Andre Washington, Bates-Stamped OAPRI_0000031 | Washington Exhibit 13 |
| D75 | Document - The Toledo Federation of Teachers Salutes the Ohio A. Philip Randolph Institute, Bates-Stamped OAPRI_0000033 | Washington Exhibit 14 |
| D76 | Letter from Andre Washington to sisters and brothers, Bates-Stamped OAPRI_0000035-36 | Washington Exhibit 15 |
| D77 | 1/6/2011 - E-mail from Andre Washington to all APRI chapters, Bates-Stamped OAPRI_0000067-68 | Washington Exhibit 16 |
| D78 | A Philip Randolph Institute - People Get Ready: 2012 Is Coming, Our One Year Plan, Bates-Stamped OAPRI_0000128 | Washington Exhibit 17 |

5

| | | |
|---|---|---|
| D79 | Document - Youngstown APRI chapter, Bates-Stamped OAPRI_0000135 | Washington Exhibit 18 |
| D80 | Ohio Unity 2018 black voter empowerment campaign, Bates-Stamped OAPRI_0000145 | Washington Exhibit 19 |

37090082.1

6