**Appendix 1**
**Intervenors' Trial Exhibit List**

| Exhibit Number | Document Description | Document Date | Bates Number | Deposition | Deposition Exhibit Number | Objection |
|---|---|---|---|---|---|---|
| | Wendy K. Tam Cho, Ph.D. Curriculum Vitae | | | Wendy K. Tam Cho, Ph.D. | Exhibit 1 | |
| | Wendy K. Tam Cho, Ph.D. Expert Report (10/5/2018) | October 5, 2018 | | Wendy K. Tam Cho, Ph.D. | Exhibit 2 | |
| | Wendy K. Tam Cho, Ph.D. Rebuttal Expert Report (11/26/2018) | November 26, 2018 | | Wendy K. Tam Cho, Ph.D. | Exhibit 3 | |
| | Confidential Source Code | | | Wendy K. Tam Cho, Ph.D. | Exhibit 4 | |
| | 10/12/18 - Letter from E. Zhang to P. Lewis, et al. Re: Ohio A. Philip Randolph Institute v. Smith | October 12, 2018 | | Wendy K. Tam Cho, Ph.D. | Exhibit 5 | |
| | Dr. Cho's Run Output File | | | Wendy K. Tam Cho, Ph.D. | Exhibit 6 | |
| | Wendy K. Tam Cho, Ph.D. Supplemental Expert Report (12.28.18) | December 28, 2018 | | | | |
| | 10/9/2018 - Letter from N. Subhedar to P. Lewis, et al. Re: Ohio A. Philip Randolph Institute v. Smith | October 9, 2018 | | | | |
| | Native of Dr. Cho's Run Output File- File Name "run1.txt" | | | | | |
| | Errata to Wendy K. Tam Cho, Ph.D Expert Report (10/18/2018) | October 18, 2018 | | | | |
| | Declaration of William S. Cooper (10/5/2018) (also Niven Exhibit 10) | October 5, 2018 | | William S. Cooper | Exhibit 1 | |
| | Brennan Center for Justice Overview: Ohio Redistricting Reform Proposal | February 2018 | | William S. Cooper | Exhibit 2 | |
| | Ohio U.S. House Zero Deviation 2012 Plan | | | William S. Cooper | Exhibit 3 | |
| | Ohio U.S. House Proposed Remedial Plan | | | William S. Cooper | Exhibit 4 | |
| | Exhibit A - Documents Re: William S. Cooper Declaration | | | William S. Cooper | Exhibit 5 | |
| | Errata to Declaration of William S. Cooper (11/30/2018) | November 30, 2018 | | William S. Cooper | Exhibit 6 | |
| | Ohio U.S. House Proposed Remedial Plan 11/30/2018 Mod | November 30, 2018 | | William S. Cooper | Exhibit 7 | |
| | Supplemental Declaration of William S. Cooper (11/26/2018) | November 26, 2018 | | William S. Cooper | Exhibit 8 | |
| | Second Supplemental Declaration of William S. Cooper (11/27/2018) | November 27, 2018 | | William S. Cooper | Exhibit 9 | |
| | Ohio U.S. House Zero Deviation Hypothetical Plan 1A | | | William S. Cooper | Exhibit 10 | |
| | Ohio U.S. House Zero Deviation Hypothetical Plan 2A | | | William S. Cooper | Exhibit 11 | |
| | Demonstrative Re: 2012, 2014, 2016 AVG | | | William S. Cooper | Exhibit 12 | |
| | Third Supplemental Declaration of William S. Cooper (12.28.18) | December 28, 2018 | | | | |
| | Lisa Handley Expert Report (10/5/2018) | October 5, 2018 | | Lisa Handley | Exhibit 1 | |
| | Lisa Handley Expert Report (U.S. v. City of Euclid) (2/1/2007) | February 1, 2007 | | Lisa Handley | Exhibit 2 | |
| | Lisa Handley Rebuttal Expert Report (U.S. v. City of Euclid) (5/10/2007) | May 10, 2007 | | Lisa Handley | Exhibit 3 | |
| | Lisa Handley Expert Report (U.S. v. Euclid City School District) (3/1/2009) | March 1, 2009 | | Lisa Handley | Exhibit 4 | |
| | Lisa Handley Rebuttal Expert Report (U.S. v. Euclid City School District) (4/15/2009) "Declaration of Dr. Lisa R. Handley" | April 15, 2009 | | Lisa Handley | Exhibit 5 | |
| | Analysis of 2009 Election for Euclid City School Board District Board of Education | March 5, 2010 | | Lisa Handley | Exhibit 6 | |
| | Rebuttal to Engstrom Report (U.S. v. Euclid City School District) (7/22/2010) "Declaration of D. Lisa R. Handley" | July 22, 2010 | | Lisa Handley | Exhibit 7 | |
| | 2009 Paper - Legislative Studies Quarterly " Has the Voting Rights Act Outlived its Usefulness? In a Word, "No" - by Lublin, Brunell, Grofman, Handley | November 1, 2009 | | Lisa Handley | Exhibit 8 | |
| | David H. Niven, Ph.D. Report (10/5/2018) - Dividing Neighbors and Diminishing Voices: An Analysis of Ohio's Congressional Districts | October 5, 2018 | | David Niven, Ph.D. | Exhibit 1 | |
| | David H. Niven, Ph.D. Curriculum Vitae | October 2018 | | David Niven, Ph.D. | Exhibit 2 | |
| | David H. Niven, Ph.D. Response to Thornton and Brunell (11/26/2018) | November 26, 2018 | | David Niven, Ph.D. | Exhibit 3 | |
| | Rebuttal Expert Report of Janet R. Thornton, Ph.D. (11/12/2018) | November 12, 2018 | | David Niven, Ph.D. | Exhibit 5 | |
| | Geographic Terms and Concepts - Census Tract [www.census.gov] | December 18, 2018 | | David Niven, Ph.D. | Exhibit 6 | |
| | Niven Save File Exports | | | David Niven, Ph.D. | Exhibit 7 | |
| | Ohio Congressional District Map, 2002-2012 | | SOS_001054 | David Niven, Ph.D. | Exhibit 8 | |
| | Ohio Congressional District Map, 2012-2022 | | | David Niven, Ph.D. | Exhibit 9 | |
| | davidniven.com Website Printout | December 18, 2018 | | David Niven, Ph.D. | Exhibit 11 | |
| | HarperCollins Publishing Website - Printout Re: David Niven | December 19, 2018 | | David Niven, Ph.D. | Exhibit 12 | |
| | Niven Tweets, 12/12/2017 | December 12, 2017 | | David Niven, Ph.D. | Exhibit 13 | |
| | Niven Tweets, 11/16/2017 | November 16, 2017 | | David Niven, Ph.D. | Exhibit 14 | |
| | Niven Tweets, 3/6/2018 | March 6, 2018 | | David Niven, Ph.D. | Exhibit 15 | |
| | Niven Tweets, 11/14/2018 | November 14, 2018 | | David Niven, Ph.D. | Exhibit 16 | |
| | Niven Tweets, 6/13/2018 | June 13, 2018 | | David Niven, Ph.D. | Exhibit 17 | |
| | Christopher Warshaw Expert Report (10/5/2018) "An Evaluation of the Partisan Bias in Ohio's 2011 Congressional Districting Plan and its Effects on Representation in Congress" | October 5, 2018 | | Christopher Warshaw | Exhibit 1 | |
| | Figure 1  Ohio Partisan Distribution 2004 to 2010 | | | Christopher Warshaw | Exhibit 2 | |
| | Figure 7 Ohio Partisan Distribution 2012 to 2016 | | | Christopher Warshaw | Exhibit 3 | |
| | Essay by Wendy Cho "Measuring Partisan Fairness: How Well Does the Efficiency Gap Guard Against Sophisticated As Well As Simple  Minded Modes of Partisan Discrimination" | | | Christopher Warshaw | Exhibit 4 | |
| | Figure 5 Cleveland Area | | | Christopher Warshaw | Exhibit 5 | |
| | Christopher Warshaw Rebuttal Report (11/26/2018) | November 26, 2018 | | Christopher Warshaw | Exhibit 6 | |
| | Christopher Warshaw Expert Report (11/27/2017) in *League of Women Voters of Pennsylvania v. the Commonwealth of Pennsylvania,* 159 MM 2017 (Pa.) | November 27, 2017 | | Christopher Warshaw | Exhibit 7 | |
| | Christopher Warshaw Expert Report (6/1/2018) Michigan case in *League of Women Voters of Michigan v. Johnson* , No. 2:2017cv14148 (E.D. Mich.) | June 1, 2018 | | Christopher Warshaw | Exhibit 8 | |
| | 2017 Article of Gregory Warrington "Quantifying gerrymandering using the vote distribution" (5/15/2017) | May 15, 2017 | | Christopher Warshaw | Exhibit 9 | |
| | U.S. House of Representatives Roll Call Votes 114th Congress - 1st Session (2015) | November 29, 2018 | | Christopher Warshaw | Exhibit 10 | |
| | VoteView.com - Lindsay Graham Entry | | | Christopher Warshaw | Exhibit 11 | |
| | Pew Research Center Article "From the very start, sharp partisan divisions over Obamacare" (6/25/2015) | June 25, 2015 | | Christopher Warshaw | Exhibit 12 | |
| | Christopher Warshaw Supplemental  Expert Report (12.28.18) | December 28, 2018 | | | | |
| | Expert Report of Thomas Brunell (11/12/2018) (also Niven Exhibit 4) | November 12, 2018 | | Thomas Brunell | Exhibit 1 | |
| | July 20, 2011 Columbus Regional Hearing Testimony- File Name "2011-07-20 Columbus Regional Hearing Testimony.pdf" | July 20, 2011 | DIROSSI_0000151-201 | | | |
| | House Bill 319 Rep. Matt Huffman Sponsor Testimony- File Name "2011-09-13 Huffman Sponsor Testimony.docx" | | LENZO_000041-42 | | | |
| | H.B. 369 Rep. Matt Huffman Sponsor Testimony | | | Matthew Huffman | Exhibit 19 | |
| | Ohio House Republican Caucus, How the Problem Started- File Name "MCGREGOR000001-MCGREGOR000007.pdf" | | MCGREGOR000002-7 | Troy Judy | Exhibit 30 | |
| | OHIO House of Representatives JOURNAL Thursday, September 15, 2011, available at http://archives.legislature.state.oh.us/JournalText129/HJ-09-15-11.pdf | September 15, 2011 | | | | |
| | OHIO House of Representatives JOURNAL Wednesday, September 21, 2011, available at http://archives.legislature.state.oh.us/JournalText129/HJ-09-21-11.pdf | September 21, 2011 | | | | |
| | OHIO House of Representatives JOURNAL CORRECTED VERSION Wednesday, December 14, 2011, available at http://archives.legislature.state.oh.us/JournalText129/HJ-12-14-11.pdf | December 14, 2011 | | | | |
| | OHIO SENATE JOURNAL Wednesday, September 21, 2011, available at http://archives.legislature.state.oh.us/JournalText129/SJ-09-21-11.pdf | September 21, 2011 | | | | |
| | OHIO SENATE JOURNAL Wednesday, December 14, 2011, available at http://archives.legislature.state.oh.us/JournalText129/SJ-12-14-11.pdf | December 14, 2011 | | | | |
| | Screenshot of Original Map Produced in Maptitude [Original_CD01] and associated native files | | GLASSBURN_0020 | Christopher Glassburn | Exhibit 21 | |
| | Maptitude screenshot - HB 369 Map Revised December 14th.map - 2010 Final Census Blocks (Ohio)(Template) [Map Revised December 14th]_001 and associated native files | | BLESSING0012635 | Heather Blessing | Exhibit 13 | |
| | Demonstrative Exhibit – Maptitude Comparison of 319 to 369 | | | | | |
| | File Name "FINAL HB 319.map" and associated files | | BLESSING0000003170 | | | |
| | File Name "HB 319 As Enacted - Congressional Districts.map" and associated files | | BLESSING0000008229 | | | |
| | File Name "HB 369 as Enacted FINAL.map" and associated files | | BLESSING0000002450 | | | |
| | File Name "HB 369 Map Revised December 14th.map" and associated files | | BLESSING0000007750 | | | |
| | Christopher Glassburn Production: Memorex USB \ 319 Original.map | | | | | |
| | Christopher Glassburn Production: Memorex USB \ OFFICIAL 369 ADOPTED FINAL.map | | | | | |
| | Compromise Proposal to Draw Fair Congressional Districts | | SMC-KM-000363-372 | Matthew Szollosi | Exhibit 5 | |
| | 11/2/2011 - E-Mail chain from McCarthy to Glassburn and Budish | November 2, 2011 | SMC-KM-000263, 409-413 | Matthew Szollosi | Exhibit 6 | |
| | 11/23/2011 - E-Mail from McCarthy to Budish | November 23, 2011 | SMC-KM-000184, 167-168 | Matthew Szollosi | Exhibit 8 | |
| | PowerPoint - Summary of Compromise Efforts to Resolve Redistricting Impasse | | SMC-KM-000155-165 | Matthew Szollosi | Exhibit 9 | |
| | 11/18/2011 - E-mail chain from McCarthy to Judy | November 18, 2011 | JUDY_0001655 | Matthew Szollosi | Exhibit 18 | |
| | 12/3/2011 - E-Mail chain from Cherry to McCarthy, Hoyt and Others | December 3, 2011 | SMC-AH-000067-68 | Matthew Szollosi | Exhibit 22 | |
| | 7/11/2011 - E-Mail chain from Bonier to Routt, Burke, Hoyt | July 11, 2011 | SMC-RR-029803 | Randall Routt | Exhibit 3 | |
| | 7/15/2011 - E-Mail Routt to Hoyt | July 15, 2011 | SMC-RR-031375-31378 | Randall Routt | Exhibit 4 | |
| | 7/18/2011 - E-Mail chain from Smoot to Routt | July 18, 2011 | SMC-RR-029783 | Randall Routt | Exhibit 5 | |
| | 7/19/2011 - E-Mail chain from Routt to Hoyt | July 19, 2011 | SMC-RR-031366-31368 | Randall Routt | Exhibit 6 | |
| | 7/21/2011 - E-Mail chain from Peterson to Bonier, Routt, Burke and Hoyt | July 21, 2011 | SMC-RR-029095-29096 | Randall Routt | Exhibit 7 | |
| | 9/8/2011 - E-Mail from Routt to Pavan | September 8, 2011 | SMC-RR-028740-28742 | Randall Routt | Exhibit 9 | |
| | 11/17/2011 - E-Mail from Routt to McCarthy, Rowe and Cherry | November 17, 2011 | SMC-KM-000204, 146-147 | Randall Routt | Exhibit 12 | |
| | 10/31/2011 - E-Mail from Routt to Hoyt | October 31, 2011 | SMC-AH-000137-138 | Randall Routt | Exhibit 15 | |

| Exhibit Number | Document Description | Document Date | Bates Number | Deposition | Deposition Exhibit Number | Objection |
|---|---|---|---|---|---|---|
| | 11/1/2011 Maps, E-Mail, Spreadsheet | November 1, 2011 | SMC-RR-000447, 451, 452, 10785, 28680, 28681 | Randall Routt | Exhibit 16 | |
| | 11/3/2011 - Email from Routt to Hoyt and Others | November 3, 2011 | SMC-AH-000267-000303 | Randall Routt | Exhibit 17 | |
| | 11/3/2011 - E-Mail from Routt to Hoyt and Others | November 3, 2011 | SMC-AH-000241-266 | Randall Routt | Exhibit 18 | |
| | 11/3/2011 - E-Mail from Routt to Hoyt and Others | November 3, 2011 | SMC-AH-000220-240 | Randall Routt | Exhibit 19 | |
| | 11/17/2011 - E-Mail from Hoyt to Routt and Others | November 17, 2011 | SMC-RR-028279-28280 | Randall Routt | Exhibit 20 | |
| | 12/9/2011 - E-Mail from Routt to Hoyt, Rowe | December 9, 2011 | SMC-AH-000437-438 | Randall Routt | Exhibit 21 | |
| | 12/14/2011 - Maps, E-Mail chain | December 14, 2011 | SMC-RR-016520, 16522, 16673-16675 | Randall Routt | Exhibit 24 | |
| | 12/14/2011 - E-Mail chain from Routt to Peterson | December 14, 2011 | SMC-RR-028384-28385 | Randall Routt | Exhibit 25 | |
| | 12/22/2011 - E-Mail chain from Routt to Hoyt, Cherry, McCarthy | December 22, 2011 | SMC-AH-000341-346 | Randall Routt | Exhibit 27 | |
| | OAKS Voucher Worksheet, FY 12, Voucher ID: 00004784 | | LENZO 0002404-2415 | Keary McCarthy | Exhibit 3 | |
| | Overview, Objectives, Project Overview | | SMC-KM-000436-438 | Keary McCarthy | Exhibit 5 | |
| | 7/25/2011 - E-Mail chain from Glassburn to McCarthy and Cherry | July 25, 2011 | SMC-KM-000036 | Keary McCarthy | Exhibit 7 | |
| | 8/9/2011 - E-Mail from McCarthy to Budish and Cherry | | SMC-KM-000068 | Keary McCarthy | Exhibit 8 | |
| | 8/5/2011 - E-Mail from McCarthy to Hoyt | | SMC-KM-000067 | Keary McCarthy | Exhibit 9 | |
| | 10/16/2011 - E-Mail from Cherry to McCarthy and Brown | October 16, 2011 | SMC-KM-000226, 399 | Keary McCarthy | Exhibit 13 | |
| | Compromise Proposal to Draw Fair Congressional Districts | | SMC-KM-000363-372 | Keary McCarthy | Exhibit 15 | |
| | 11/2/2011 - E-Mail from McCarthy to Glassburn and Budish | November 2, 2011 | SMC-KM-000263, 174-178 | Keary McCarthy | Exhibit 16 | |
| | 11/10/2011 - E-Mail from McCarthy to Glassburn | November 10, 2011 | SMC-KM-000195, 171-172 | Keary McCarthy | Exhibit 17 | |
| | 11/14/2011 - E-Mail from Glassburn to McCarthy | November 14, 2011 | SMC-KM-000291, 450, 331, 332 | Keary McCarthy | Exhibit 18 | |
| | PowerPoint - Summary of Compromise Efforts | | SMC-KM-000155-165 | Keary McCarthy | Exhibit 20 | |
| | 12/15/2011 - E-Mail chain from Routt to McCarthy and Hoyt | December 15, 2011 | SMC-AH-000335-336 | Keary McCarthy | Exhibit 24 | |
| | 7/16/2018 Letter to Ben Guess from K. McCarthy, Heather Taylor-Miesle | July 16, 2018 | | Keary McCarthy | Exhibit 25 | |
| | 7/5/2011 - E-Mail from Glassburn to M. Keary | July 5, 2011 | SMC-KM-000029-30 | Christopher Glassburn | Exhibit 5 | |
| | 2010 Ohio Common and Unified Redistricting Database Technical Documentation, V3_08_10_2011.pdf | | CTRL0000012608 | Christopher Glassburn | Exhibit 7 | |
| | 8/31/2011 - E-Mail from Glassburn to M. Keary, S. Cherry | August 31, 2011 | SMC-KM-000015-16 | Christopher Glassburn | Exhibit 8 | |
| | 9/6/2011 - E-Mail chain from T. Borier to R. Routt, C. Glassburn and Others | September 6, 2011 | SMC-RR-0029994-29995 | Christopher Glassburn | Exhibit 9 | |
| | 9/16/2011 - E-Mail from S. Cherry to Glassburn | September 16, 2011 | SMC-KM-000251-255, 484 | Christopher Glassburn | Exhibit 11 | |
| | Compromise Proposal to Draw Fair Congressional Districts | | SMC-KM-000363-372 | Christopher Glassburn | Exhibit 12 | |
| | 11/2/2011 - E-Mail from K. McCarthy to Glassburn | November 2, 2011 | SMC-KM-000263, 409-413 | Christopher Glassburn | Exhibit 13 | |
| | Major Map Files from 2010-2011 | | CTRL0000011317 | Christopher Glassburn | Exhibit 14 | |
| | Listing of files produced in a folder called Memorex USB\Offers | | | Christopher Glassburn | Exhibit 15 | |
| | Screenshot - Nov 2 Dmap - Block Split-Blcok-Block Group-Tract BOE County | | | Christopher Glassburn | Exhibit 16 | |
| | 11/10/2011 - E-Mail from K. McCarthy to Glassburn | November 10, 2011 | SMC-KM-000195, 171-172 | Christopher Glassburn | Exhibit 17 | |
| | 11/14/2011 - E-Mail from Glassburn to K. McCarthy | November 14, 2011 | SMC-KM-000291, 450, 331-332 | Christopher Glassburn | Exhibit 18 | |
| | Summary of Compromise Efforts to Resolve Redistricting Impasse… | | SMC-KM-000155-165 | Christopher Glassburn | Exhibit 19 | |
| | 11/23/2011 - E-Mail from K. McCarthy to Glassburn | November 23, 2011 | SMC-KM-000278, 169 | Christopher Glassburn | Exhibit 20 | |
| | Screen Shot_ADOPTED FINAL.map [OFFICIAL_ADOPTED FINAL_CD16]_01-03 | | GLASSBURN_0051 | Christopher Glassburn | Exhibit 22 | |