Exhibit PP

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Current |  | HB 319 |  | HB 369 |  | December 14 Revision |  | Difference from HB 369 | Difference from HB 319 |
| District | Unified Index | 08 McCain | Unified Index | 08 McCain | Unified Index | 08 McCain | Unified Index | 08 McCain |  |  |
| 1 (Chabot) | 49.72% | 44.39% | 56.91% | 52.10% | 56.59% | 51.77% | 56.59% | 51.77% | 0.00% | -0.33% |
| 2 (Schmidt) | 61.68% | 58.58% | 56.92% | 53.99% | 57.09% | 54.23% | 57.09% | 54.23% | 0.00% | 0.24% |
| 3 (Franklin County) | n/a | n/a | 36.01% | 29.53% | 37.81% | 31.39% | 37.79% | 31.35% | -0.02% | 1.82% |
| 4 (Jordan) | 60.87% | 59.83% | 55.39% | 53.26% | 56.65% | 54.43% | 56.65% | 54.43% | 0.00% | 1.17% |
| 5 (Latta) | 56.28% | 52.93% | 54.95% | 51.33% | 55.63% | 52.20% | 55.63% | 52.20% | 0.00% | 0.87% |
| 6 (Johnson) | 46.05% | 50.30% | 48.98% | 53.08% | 48.98% | 53.08% | 48.98% | 53.08% | 0.00% | 0.00% |
| 7 (Gibbs) | 53.19% | 52.73% | 53.13% | 50.95% | 53.18% | 50.94% | 53.18% | 50.94% | 0.00% | -0.01% |
| 8 (Boehner) | 62.33% | 60.52% | 59.78% | 57.65% | 61.56% | 60.25% | 61.56% | 60.25% | 0.00% | 2.60% |
| 9 (Kaptur/Kucinich) | 41.02% / 43.35% | 36.17% / 39.15% | 37.57% | 32.79% | 36.46% | 31.58% | 36.46% | 31.58% | 0.00% | -1.21% |
| 10 (Turner/Austria) | 54.54% / 55.79% | 51.36% / 53.71% | 55.83% | 53.13% | 52.78% | 49.31% | 52.78% | 49.31% | 0.00% | -3.82% |
| 11 (Fudge) | 19.73% | 14.32% | 22.51% | 17.21% | 22.51% | 17.21% | 22.51% | 17.21% | 0.00% | 0.00% |
| 12 (Tiberi) | 50.81% | 44.47% | 59.50% | 54.97% | 57.97% | 53.75% | 57.97% | 53.75% | 0.00% | -1.22% |
| 13 (Ryan) | 35.39% | 36.02% | 35.40% | 35.77% | 35.40% | 35.77% | 35.40% | 35.77% | 0.00% | 0.00% |
| 14 (LaTourette) | 52.22% | 49.34% | 52.04% | 49.45% | 52.04% | 49.45% | 52.04% | 49.45% | 0.00% | 0.00% |
| 15 (Stivers) | 50.15% | 44.70% | 55.71% | 53.31% | 54.91% | 52.21% | 54.93% | 52.23% | 0.03% | -1.07% |
| 16 (Renacci) | 53.09% | 50.32% | 53.84% | 51.35% | 53.91% | 51.32% | 53.91% | 51.32% | 0.00% | -0.03% |


EXHIBIT 101  10-212-18  PENGAD 800-631-6989

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Current | HB 319 | | HB 369 | | Ours (Nov Modified) | | 11/6 Dems | | 11/8 Ours | |
| 2 | District | Unified Index | 08 McCain | Unified Index | 08 McCain | Unified Index | 08 McCain | Unified Index | 08 McCain | Unified Index | 08 McCain | Unified Index | 08 McCain |
| 3 | 1 (Chabot) | 49.72% | 44.39% | 56.91% | 52.10% | 56.59% | 51.77% | 53.81% | 48.85% | 53.81% | 48.85% | 53.81% | 48.85% |
| 4 | 2 (Schmidt) | 61.68% | 58.58% | 56.92% | 53.99% | 57.09% | 54.23% | 59.84% | 57.11% | 59.84% | 57.11% | 59.84% | 57.11% |
| 5 | 3 (Franklin County) | n/a | n/a | 36.01% | 29.53% | 37.81% | 31.39% | 38.74% | 32.27% | 38.62% | 32.13% | 38.62% | 32.13% |
| 6 | 4 (Jordan) | 60.87% | 59.83% | 55.39% | 53.26% | 56.65% | 54.43% | 56.65% | 54.43% | 56.68% | 54.43% | 56.68% | 54.43% |
| 7 | 5 (Latta) | 56.28% | 52.93% | 54.95% | 51.33% | 55.63% | 52.20% | 55.63% | 52.20% | 55.65% | 52.20% | 55.63% | 52.20% |
| 8 | 6 (Johnson) | 46.05% | 50.30% | 48.98% | 53.08% | 48.98% | 53.08% | 48.60% | 52.55% | 48.97% | 53.08% | 48.98% | 53.08% |
| 9 | 7 (Gibbs) | 53.19% | 52.73% | 53.13% | 50.95% | 53.18% | 50.94% | 54.07% | 51.99% | 52.82% | 50.50% | 53.77% | 51.59% |
| 10 | 8 (Boehner) | 62.33% | 60.52% | 59.78% | 57.65% | 61.56% | 60.25% | 61.56% | 60.25% | 61.56% | 60.25% | 61.56% | 60.25% |
| 11 | 9 (Kaptur/Kucinich) | 41.02% / 43.35% | 36.17% / 39.15% | 37.57% | 32.79% | 36.46% | 31.58% | 37.05% | 31.98% | 37.26% | 32.21% | 37.26% | 32.21% |
| 12 | 10 (Turner/Austria) | 54.54% / 55.79% | 51.36% / 53.71% | 55.83% | 53.13% | 52.78% | 49.31% | 52.78% | 49.31% | 52.78% | 49.31% | 52.78% | 49.31% |
| 13 | 11 (Fudge) | 19.73% | 14.32% | 22.51% | 17.21% | 22.51% | 17.21% | 22.51% | 17.21% | 22.51% | 17.21% | 22.51% | 17.21% |
| 14 | 12 (Tiberi) | 50.81% | 44.47% | 59.50% | 54.97% | 57.97% | 53.75% | 59.66% | 55.29% | 59.66% | 55.29% | 59.66% | 55.29% |
| 15 | 13 (Ryan) | 35.39% | 36.02% | 35.40% | 35.77% | 35.40% | 35.77% | 36.87% | 37.17% | 39.07% | 39.33% | 36.20% | 36.53% |
| 16 | 14 (LaTourette) | 52.22% | 49.34% | 52.04% | 49.45% | 52.04% | 49.45% | 51.36% | 48.74% | 51.38% | 48.74% | 51.38% | 48.74% |
| 17 | 15 (Stivers) | 50.15% | 44.70% | 55.71% | 53.31% | 54.91% | 52.21% | 52.66% | 50.04% | 52.82% | 50.21% | 52.82% | 50.21% |
| 18 | 16 (Renacci) | 53.09% | 50.32% | 53.84% | 51.35% | 53.91% | 51.32% | 52.70% | 50.16% | 51.79% | 49.14% | 52.96% | 50.42% |