EXHIBIT QQ

Ohio Changes

### Current

| District | McCain | Bush | 10 Gov | 10 AG | 06 AG | 06 Aud | Average | PVI |
|---|---|---|---|---|---|---|---|---|
| 1 - Chabot | 44.85% | 50.16% | 47.98% | 46.90% | 50.75% | 54.69% | 49.68% | D+1 |
| 2 - Schmidt | 59.38% | 63.90% | 60.20% | 56.77% | 58.35% | 62.12% | 60.79% | R+13 |
| 3 - Turner | 52.06% | 54.86% | 53.10% | 54.65% | 53.48% | 55.54% | 53.81% | R+5 |
| 4 - Jordan | 61.05% | 65.48% | 58.64% | 58.02% | 55.58% | 58.69% | 59.89% | R+15 |
| 5 - Latta | 54.00% | 61.30% | 52.86% | 56.22% | 50.27% | 58.36% | 55.36% | R+9 |
| 6 - Johnson | 51.37% | 51.12% | 43.73% | 47.00% | 39.98% | 40.45% | 45.33% | R+2 |
| 7 - Austria | 54.58% | 57.37% | 53.79% | 53.10% | 54.43% | 55.44% | 55.12% | R+7 |
| 8 - Boehner | 61.52% | 65.11% | 61.18% | 61.57% | 57.64% | 61.36% | 61.36% | R+14 |
| 9 - Kaptur | 36.74% | 41.56% | 38.72% | 40.03% | 37.60% | 46.55% | 40.23% | D+10 |
| 10 - Kucinich | 39.73% | 41.51% | 44.56% | 42.43% | 41.18% | 45.43% | 42.48% | D+8 |
| 11 - Fudge | 14.41% | 17.52% | 18.24% | 18.19% | 23.74% | 22.96% | 19.37% | D+32 |
| 12 - Tiberi | 44.97% | 51.25% | 50.67% | 44.12% | 53.71% | 53.22% | 50.77% | D+1 |
| 13 - Sutton | 42.51% | 44.15% | 46.26% | 43.65% | 42.01% | 46.82% | 44.35% | D+5 |
| 14 - LaTourette | 50.09% | 52.79% | 53.08% | 49.70% | 47.04% | 53.55% | 51.31% | R+3 |
| 15 - Stivers | 45.39% | 50.46% | 48.64% | 41.24% | 52.39% | 52.07% | 49.79% | D+1 |
| 16 - Renacci | 51.34% | 54.03% | 53.60% | 51.23% | 48.26% | 53.47% | 52.14% | R+4 |
| 17 - Ryan | 36.76% | 37.08% | 35.05% | 31.84% | 28.94% | 35.05% | 34.57% | D+12 |
| 18 - Gibbs | 54.03% | 57.32% | 50.84% | 50.01% | 49.16% | 49.50% | 52.17% | R+7 |

### HB319

| District | McCain | Bush | 10 Governor | 10 Att. Gen. | 06 Att. Gen. | 06 Auditor | Ohio GOP Average | PVI | |
|---|---|---|---|---|---|---|---|---|---|
| 1 - Chabot | 52.10% | 7.25% | 57.16% | 7.00% | 56.09% | 8.11% | 53.98% | 7.08% | 56.16% | 5.41% | 60.35% | 5.66% | 56.37% | 6.69% | R+6 | 7 |
| 2 - Schmidt | 53.99% | -5.39% | 59.27% | -4.63% | 54.81% | -5.38% | 52.69% | -4.08% | 54.48% | -3.87% | 57.85% | -4.26% | 56.08% | -4.71% | R+8 | -5 |
| 10 - Turner/Austria | 53.13% | 1.07% | 56.16% | 1.30% | 54.14% | 1.04% | 55.29% | 0.64% | 54.92% | 1.44% | 56.45% | 0.92% | 54.96% | 1.16% | R+6 | 1 |
| 4 - Jordan | 53.26% | -7.79% | 58.21% | -7.27% | 52.80% | -5.84% | 54.61% | -3.41% | 50.82% | -4.76% | 55.50% | -3.18% | 54.12% | -5.77% | R+8 | -7 |
| 5 - Latta | 51.33% | -2.67% | 58.76% | -2.54% | 51.20% | -1.66% | 54.24% | -1.98% | 49.90% | -0.37% | 58.39% | 0.03% | 53.91% | -1.44% | R+7 | -2 |
| 6 - Johnson | 53.08% | 1.71% | 53.74% | 2.62% | 46.64% | 2.91% | 49.90% | 2.90% | 43.05% | 3.07% | 42.81% | 2.37% | 47.86% | 2.54% | R+5 | 3 |
| 8 - Boehner | 57.65% | -3.87% | 61.45% | -3.66% | 58.84% | -2.34% | 59.17% | -2.40% | 56.07% | -1.57% | 59.49% | -1.87% | 58.70% | -2.66% | R+11 | -3 |
| 9 - Kaptur/Kucinich | 32.79% | -3.95% | 36.67% | -4.89% | 37.44% | -1.28% | 36.88% | -3.15% | 36.31% | -1.29% | 41.19% | -5.35% | 36.88% | -3.35% | D+13 | -3 |
| 11 - Fudge | 17.21% | 2.80% | 20.31% | 2.79% | 21.50% | 3.26% | 21.00% | 2.81% | 26.04% | 2.29% | 25.83% | 2.87% | 22.18% | 2.80% | D+29 | 3 |
| 12 - Tiberi | 54.97% | 10.00% | 61.16% | 9.91% | 59.26% | 8.58% | 52.40% | 8.28% | 57.93% | 4.23% | 58.94% | 5.72% | 58.45% | 7.69% | D+10 | 11 |
| 14 - LaTourette | 49.45% | -0.64% | 52.35% | -0.44% | 52.93% | -0.15% | 49.58% | -0.12% | 46.86% | -0.18% | 53.29% | -0.27% | 50.98% | -0.33% | R+3 | 0 |
| 15 - Stivers | 53.31% | 7.92% | 57.27% | 6.81% | 53.57% | 4.93% | 49.03% | 7.80% | 53.89% | 1.50% | 54.09% | 2.01% | 54.42% | 4.63% | R+7 | 8 |
| 16 - Renacci/Sutton | 51.35% | 0.01% | 54.22% | 0.19% | 54.96% | 1.36% | 51.46% | 0.23% | 48.94% | 0.68% | 54.52% | 1.05% | 52.80% | 0.66% | R+5 | 1 |
| 13 - Ryan | 35.77% | -0.99% | 36.91% | -0.17% | 34.55% | -0.50% | 32.35% | 0.51% | 29.67% | 0.74% | 35.46% | 0.41% | 34.47% | -0.10% | D+12 | 0 |
| 7 - Gibbs | 50.95% | -3.08% | 54.89% | -2.43% | 52.89% | 2.05% | 50.37% | 0.35% | 47.65% | -1.51% | 52.51% | 3.01% | 51.78% | -0.39% | R+5 | -2 |
| 3 - Open | 29.53% | | 35.46% | | 33.80% | | 29.29% | | 39.95% | | 38.06% | | 35.36% | | D+16 | |

NRCC000013

Kinsaid
Exhibit No. 27
Date: 12-4-13
T. Alfaro