EXHIBIT RR

22

| Current Districts | 08 McCain | 04 Bush | 10 GOV Kasich | 10 AG DeWine | 06 AG Montgomery | 06 AUD Taylor | Unified Average | PVI |
|---|---|---|---|---|---|---|---|---|
| 1 - Chabot | 44.85% | 50.16% | 47.98% | 46.90% | 50.75% | 54.69% | 49.68% | D+1 |
| 2 - Schmidt | 59.38% | 63.90% | 60.20% | 56.77% | 58.35% | 62.12% | 60.79% | R+13 |
| 3 - Turner | 52.06% | 54.86% | 53.10% | 54.65% | 53.48% | 55.54% | 53.81% | R+5 |
| 4 - Jordan | 61.05% | 65.48% | 58.64% | 58.02% | 55.58% | 58.69% | 59.89% | R+15 |
| 5 - Latta | 54.00% | 61.30% | 52.86% | 56.22% | 50.27% | 58.36% | 55.36% | R+9 |
| 6 - Johnson | 51.37% | 51.12% | 43.73% | 47.00% | 39.98% | 40.45% | 45.33% | R+2 |
| 7 - Austria | 54.58% | 57.37% | 53.79% | 53.10% | 54.43% | 55.44% | 55.12% | R+7 |
| 8 - Boehner | 61.52% | 65.11% | 61.18% | 61.57% | 57.64% | 61.36% | 61.36% | R+14 |
| 9 - Kaptur | 36.74% | 41.56% | 38.72% | 40.03% | 37.60% | 46.55% | 40.23% | D+10 |
| 10 - Kucinich | 39.73% | 41.51% | 44.56% | 42.43% | 41.18% | 45.43% | 42.48% | D+8 |
| 11 - Fudge | 14.41% | 17.52% | 18.24% | 18.19% | 23.74% | 22.96% | 19.37% | D+32 |
| 12 - Tiberi | 44.97% | 51.25% | 50.67% | 44.12% | 53.71% | 53.22% | 50.77% | D+1 |
| 13 - Sutton | 42.51% | 44.15% | 46.26% | 43.65% | 42.01% | 46.82% | 44.35% | D+5 |
| 14 - LaTourette | 50.09% | 52.79% | 53.08% | 49.70% | 47.04% | 53.55% | 51.31% | R+3 |
| 15 - Stivers | 45.39% | 50.46% | 48.64% | 41.24% | 52.39% | 52.07% | 49.79% | D+1 |
| 16 - Renacci | 51.34% | 54.03% | 53.60% | 51.23% | 48.26% | 53.47% | 52.14% | R+4 |
| 17 - Ryan | 36.76% | 37.08% | 35.05% | 31.84% | 28.94% | 35.05% | 34.57% | D+12 |
| 18 - Gibbs | 54.03% | 57.32% | 50.84% | 50.01% | 49.16% | 49.50% | 52.17% | R+7 |

R +5 is Likely Republican  # of districts R+5  7
upto R+5 is Swing  # of districts R+3  9

| Current Districts | 08 McCain | 04 Bush | 10 GOV Kasich | 10 AG DeWine | 06 AG Montgomery | 06 AUD Taylor | Unified Average | PVI | Delta |
|---|---|---|---|---|---|---|---|---|---|
| 1 - Chabot | 52.10% | 57.16% | 56.09% | 53.98% | 56.16% | 60.35% | 56.37% | R+6 | +7 |
| 2 - Schmidt | 53.99% | 59.27% | 54.81% | 52.69% | 54.48% | 57.85% | 56.08% | R+8 | -5 |
| 3 - Open | 29.53% | 35.46% | 33.80% | 29.29% | 39.95% | 38.06% | 35.36% | D+16 | |
| 4 - Jordan | 53.26% | 58.21% | 52.80% | 54.61% | 50.82% | 55.50% | 54.12% | R+8 | -7 |
| 5 - Latta | 51.33% | 58.76% | 51.20% | 54.24% | 49.90% | 58.39% | 53.91% | R+7 | -2 |
| 6 - Johnson | 53.08% | 53.74% | 46.64% | 49.90% | 43.05% | 42.81% | 47.86% | R+5 | +3 |
| 7 - Gibbs | 50.95% | 54.89% | 52.89% | 50.37% | 47.65% | 52.51% | 51.78% | R+5 | -2 |
| 8 - Boehner | 57.65% | 61.45% | 58.84% | 59.17% | 56.07% | 59.49% | 58.70% | R+11 | -3 |
| 9 - Kaptur/Kucinich | 32.79% | 36.67% | 37.44% | 36.88% | 36.31% | 41.19% | 36.88% | D+13 | -3 |
| 10 - Turner/Austria | 53.13% | 56.16% | 54.14% | 55.29% | 54.92% | 56.45% | 54.96% | R+6 | +1 |
| 11 - Fudge | 17.21% | 20.31% | 21.50% | 21.00% | 26.04% | 25.83% | 22.18% | D+29 | +3 |
| 12 - Tiberi | 54.97% | 61.16% | 59.26% | 52.40% | 57.93% | 58.94% | 58.45% | R+10 | +11 |
| 13 - Ryan | 35.77% | 36.91% | 34.55% | 32.35% | 29.67% | 35.46% | 34.47% | D+12 | 0 |
| 14 - LaTourette | 49.45% | 52.35% | 52.93% | 49.58% | 46.86% | 53.29% | 50.98% | R+3 | 0 |
| 15 - Stivers | 53.31% | 57.27% | 53.57% | 49.03% | 53.89% | 54.09% | 54.42% | R+7 | +8 |
| 16 - Renacci/Sutton | 51.35% | 54.22% | 54.96% | 51.46% | 48.94% | 54.52% | 52.80% | R+5 | +1 |

R +5 is Likely Republican  # of districts R+5  11
upto R+5 is Swing  # of districts R+3  12

DIROSSI_0000010
DIROSSI_0000010