# EXHIBIT J

| | |
|---|---|
| **From:** | Braden, E. Mark <MBraden@bakerlaw.com> |
| **To:** | Tom Hofeller - Redistricting |
| **Sent:** | 9/8/2011 8:06:15 PM |
| **Subject:** | RE: New Idea III |

I like III but is it being changed by Adam ?

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, September 08, 2011 4:00 PM
**To:** Braden, E. Mark
**Subject:** RE: New Idea III

New idea III is 52.3% 18+ any part black and 51.23% 18+ BLK

**From:** Braden, E. Mark [mailto:MBraden@bakerlaw.com]
**Sent:** Thursday, September 08, 2011 3:53 PM
**To:** Tom Hofeller - Redistricting
**Subject:** RE: New Idea III

50.04 is lower than I want

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, September 08, 2011 3:51 PM
**To:** Braden, E. Mark
**Subject:** RE: New Idea III

Well, it now just barely over 50%, but Adam is trying to raise it back up.

**From:** Braden, E. Mark [mailto:MBraden@bakerlaw.com]
**Sent:** Thursday, September 08, 2011 3:44 PM
**To:** Tom Hofeller - Redistricting
**Subject:** RE: New Idea III

The 11th really can not get any thinner NHBVAP

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, September 08, 2011 3:42 PM
**To:** Braden, E. Mark
**Subject:** RE: New Idea III

Right, we know that now.  It's all being factored in.  Adam is changing the NE – including the Black district.  I guess the incumbents are wanting preferences included.  You are running into some "version" control.  Maybe Adam should have the controlling map, but you need to talk with him directly about his changes in the NE.

1

REV_00023234

**From:** Braden, E. Mark [mailto:MBraden@bakerlaw.com]
**Sent:** Thursday, September 08, 2011 3:39 PM
**To:** Tom Hofeller - Redistricting
**Subject:** RE: New Idea III

The address I send is the right one he just bought the house.

---

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, September 08, 2011 3:18 PM
**To:** Braden, E. Mark
**Subject:** RE: New Idea III

For some reason Adam told me he lived in Grandview Heights instead of Upper Arlington, where you told me he lives (even though he has a Columbus address).  He lives on the corner of ███████████████████████  The area Adam has on his version included Grandview Heights and some more of the "downtown" area, which I took out of the map I sent – as it was "dog meat" voting territory.  I guess then, unless there is some inexplicable reason they want that awful-voting territory in the 15th, the map I sent is OK.   They should check though.

---

**From:** Braden, E. Mark [mailto:MBraden@bakerlaw.com]
**Sent:** Thursday, September 08, 2011 2:58 PM
**To:** Tom Hofeller - Redistricting
**Subject:** RE: New Idea III

Steve stivers address ██████████████████ Columbus Ohio ██████ that is  in Upper Arlington. do you have the right address ?

---

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, September 08, 2011 2:51 PM
**To:** Braden, E. Mark
**Subject:** RE: New Idea III

Whoever's in 15

---

**From:** Braden, E. Mark [mailto:MBraden@bakerlaw.com]
**Sent:** Thursday, September 08, 2011 2:40 PM
**To:** Tom Hofeller - Redistricting
**Subject:** RE: New Idea III

who?

---

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, September 08, 2011 2:25 PM
**To:** Braden, E. Mark
**Subject:** RE: New Idea III

My Franklin won't work because one of the cities I moved in the county has our incumbent in it.

---

**From:** Braden, E. Mark [mailto:MBraden@bakerlaw.com]
**Sent:** Thursday, September 08, 2011 1:10 PM
**To:** Tom Hofeller - Redistricting
**Subject:** RE: New Idea III

REV_00023234

thank you

---

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, September 08, 2011 1:05 PM
**To:** Braden, E. Mark
**Subject:** New Idea III

Mark:

Here is the DBF Plan File.  I put Hamilton back the way it was except for 5 persons needed to reunite three cities.  I gave the plan to Adam as directed.  He is working on a new Akron now too – but to please an incumbent.

Tom

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

REV_00023234

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

REV_00023234