# EXHIBIT K

## Ohio Changes

| | Current | | | | | | | | | New Map as of September 9th | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | McCain | Bush | 10 Gov | 10 AG | 06 AG | 06 Aud | Average | PVI | District | McCain | | Bush | | 10 Governor | | 10 Att. Gen. | | 06 Att. Gen. | | 06 Auditor | | Ohio GOP Average | | PVI | |
| 1 - Chabot | 44.85% | 50.16% | 47.98% | 46.90% | 50.75% | 54.69% | 49.68% | D+1 | 1 - Chabot | 51.23% | 6.38% | 56.22% | 6.06% | 55.30% | 7.33% | 53.18% | 6.28% | 55.54% | 4.79% | 59.63% | 4.95% | 55.59% | 5.90% | R+6 | 7 |
| 2 - Schmidt | 59.38% | 63.90% | 60.20% | 56.77% | 58.35% | 62.12% | 60.79% | R+13 | 2 - Schmidt | 55.51% | -3.87% | 60.96% | -2.94% | 56.47% | -3.72% | 54.38% | -2.39% | 55.48% | -2.87% | 59.29% | -2.83% | 57.54% | -3.25% | R+10 | -3 |
| 3 - Turner | 52.06% | 54.86% | 53.10% | 54.65% | 53.48% | 55.54% | 53.81% | R+5 | 3 - Turner/Austria | 53.13% | 1.07% | 56.16% | 1.30% | 54.14% | 1.04% | 55.29% | 0.64% | 54.92% | 1.44% | 56.45% | 0.92% | 54.96% | 1.16% | R+6 | 1 |
| 4 - Jordan | 61.05% | 65.48% | 58.64% | 58.02% | 55.58% | 58.69% | 59.89% | R+15 | 4 - Jordan | 53.16% | -7.89% | 57.81% | -7.67% | 52.24% | -6.39% | 54.26% | -3.77% | 50.52% | -5.05% | 55.17% | -3.52% | 53.78% | -6.11% | R+7 | -8 |
| 5 - Latta | 54.00% | 61.30% | 52.86% | 56.22% | 50.27% | 58.36% | 55.36% | R+9 | 5 - Latta | 51.42% | -2.58% | 58.72% | -2.58% | 51.28% | -1.58% | 54.32% | -1.90% | 49.90% | -0.37% | 58.45% | 0.09% | 53.96% | -1.40% | R+7 | -2 |
| 6 - Johnson | 51.37% | 51.12% | 43.73% | 47.00% | 39.98% | 40.45% | 45.33% | R+2 | 6 - Johnson | 53.08% | 1.71% | 53.74% | 2.62% | 46.64% | 2.91% | 49.90% | 2.90% | 43.05% | 3.07% | 42.81% | 2.37% | 47.86% | 2.54% | R+5 | 3 |
| 7 - Austria | 54.58% | 57.37% | 53.79% | 53.10% | 54.43% | 55.44% | 55.12% | R+7 | | | | | | | | | | | | | | | | | |
| 8 - Boehner | 61.52% | 65.11% | 61.18% | 61.57% | 57.64% | 61.36% | 61.36% | R+14 | 8 - Boehner | 57.65% | -3.87% | 61.45% | -3.66% | 58.84% | -2.34% | 59.17% | -2.40% | 56.07% | -1.57% | 59.49% | -1.87% | 58.70% | -2.66% | R+11 | -3 |
| 9 - Kaptur | 36.74% | 41.56% | 38.72% | 40.03% | 37.60% | 46.55% | 40.23% | D+10 | 9 - Kaptur/Kucinich | 32.77% | -3.97% | 36.68% | -4.88% | 37.43% | -1.28% | 36.87% | -3.16% | 36.31% | -1.29% | 41.19% | -5.36% | 36.88% | -3.36% | D+13 | -3 |
| 10 - Kucinich | 39.73% | 41.51% | 44.56% | 42.43% | 41.18% | 45.43% | 42.48% | D+8 | | | | | | | | | | | | | | | | | |
| 11 - Fudge | 14.41% | 17.52% | 18.24% | 18.19% | 23.74% | 22.96% | 19.37% | D+32 | 11 - Fudge | 17.84% | 3.43% | 20.89% | 3.37% | 22.27% | 4.03% | 21.75% | 3.56% | 26.57% | 2.82% | 26.47% | 3.51% | 22.81% | 3.43% | D+29 | 3 |
| 12 - Tiberi | 44.97% | 51.25% | 50.67% | 44.12% | 53.71% | 53.22% | 50.77% | D+1 | 12 - Tiberi | 54.93% | 9.96% | 61.11% | 9.86% | 59.21% | 8.54% | 52.34% | 8.23% | 57.88% | 4.17% | 58.90% | 5.67% | 58.41% | 7.64% | R+10 | 11 |
| 13 - Sutton | 42.51% | 44.15% | 46.26% | 43.65% | 42.01% | 46.82% | 44.35% | D+5 | | | | | | | | | | | | | | | | | |
| 14 - LaTourette | 50.09% | 52.79% | 53.08% | 49.70% | 47.04% | 53.55% | 51.31% | R+3 | 14 - LaTourette | 49.55% | -0.54% | 52.43% | -0.36% | 53.00% | -0.08% | 49.58% | -0.12% | 46.84% | -0.21% | 53.33% | -0.22% | 51.03% | -0.28% | R+3 | 0 |
| 15 - Stivers | 45.39% | 50.46% | 48.64% | 41.24% | 52.39% | 52.07% | 49.79% | D+1 | 15 - Stivers | 52.81% | 7.42% | 57.02% | 6.56% | 53.30% | 4.66% | 48.45% | 7.21% | 53.92% | 1.53% | 53.63% | 1.56% | 54.14% | 4.35% | R+7 | 8 |
| 16 - Renacci | 51.34% | 54.03% | 53.60% | 51.23% | 48.26% | 53.47% | 52.14% | R+4 | 16 - Renacci/Sutton | 51.46% | 0.12% | 54.33% | 0.30% | 55.11% | 1.51% | 51.57% | 0.34% | 49.08% | 0.83% | 54.67% | 1.20% | 52.93% | 0.79% | R+5 | 1 |
| 17 - Ryan | 36.76% | 37.08% | 35.05% | 31.84% | 28.94% | 35.05% | 34.57% | D+12 | 13 - Ryan | 35.20% | -1.56% | 36.43% | -0.65% | 33.99% | -1.06% | 31.85% | 0.01% | 29.41% | 0.47% | 35.11% | 0.07% | 34.03% | -0.55% | D+12 | 0 |
| 18 - Gibbs | 54.03% | 57.32% | 50.84% | 50.01% | 49.16% | 49.50% | 52.17% | R+7 | 7 - Gibbs | 50.82% | -3.21% | 54.77% | -2.55% | 52.72% | 1.88% | 50.24% | 0.23% | 47.49% | -1.67% | 52.34% | 2.84% | 51.63% | -0.54% | R+5 | -2 |
| | | | | | | | | | 10 - Open | 29.43% | | 35.34% | | 33.70% | | 29.20% | | 39.84% | | 37.95% | | 35.25% | | D+16 | |

REV_00023188