# EXHIBIT L

| | |
|---|---|
| **From:** | Adam Kincaid <akincaid@NRCC.org> |
| **To:** | Mike Wild - Redistricting; Tom Hofeller - Redistricting |
| **Sent:** | 12/14/2011 9:26:11 PM |
| **Subject:** | New Ohio Map |

Adam Kincaid
Redistricting Coordinator
National Republican Congressional Committee
320 First Street, SE
Washington, DC 20003
(202) 479-7039