# EXHIBIT M

HB369_Data

| District | Voting Age Population | | | 2008 President | | 2004 President | | 2010 Governor | | 2010 Att. Gen. | | 2006 Att. Gen. | | 2006 Auditor | | PVI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | White | Hispanic | Black | McCain | Obama | Bush | Kerry | Kasich | Strickland | DeWine | Cordray | Mont. | Dann | Taylor | Sykes | |
| 1 - Chabot | 74.41% | 2.17% | 20.75% | 51.77% | 47.22% | 56.81% | 42.81% | 55.80% | 40.89% | 53.68% | 40.08% | 55.92% | 44.08% | 60.08% | 39.92% | R+6 |
| 2 - Schmidt | 89.00% | 1.34% | 8.02% | 54.23% | 44.33% | 59.42% | 40.13% | 55.06% | 41.34% | 52.84% | 39.80% | 54.57% | 45.42% | 57.88% | 42.11% | R+9 |
| 3 - Open | 61.96% | 5.00% | 29.59% | 31.39% | 67.33% | 37.46% | 61.78% | 35.76% | 61.16% | 31.27% | 64.38% | 41.36% | 58.67% | 39.25% | 60.78% | D+14 |
| 4 - Jordan | 92.05% | 2.47% | 5.07% | 54.43% | 43.66% | 59.91% | 39.55% | 54.52% | 40.39% | 54.53% | 37.79% | 51.84% | 48.15% | 56.16% | 43.83% | R+9 |
| 5 - Latta | 94.08% | 3.43% | 2.34% | 52.20% | 46.03% | 59.75% | 39.78% | 51.91% | 43.88% | 54.97% | 38.27% | 50.39% | 49.61% | 58.87% | 41.13% | R+8 |
| 6 - Johnson | 96.14% | 0.70% | 2.23% | 53.08% | 44.67% | 53.74% | 45.72% | 46.63% | 49.51% | 49.89% | 43.73% | 43.04% | 56.95% | 42.81% | 57.19% | R+5 |
| 7 - Gibbs | 94.22% | 1.41% | 3.61% | 50.94% | 46.87% | 54.96% | 44.48% | 53.07% | 41.71% | 50.51% | 41.70% | 47.63% | 52.37% | 52.51% | 47.49% | R+5 |
| 8 - Boehner | 90.76% | 2.29% | 5.31% | 60.25% | 38.12% | 63.42% | 36.14% | 60.19% | 35.41% | 60.87% | 32.30% | 57.01% | 42.99% | 60.56% | 39.44% | R+14 |
| 9 - Kaptur/Kucinich | 79.12% | 7.49% | 14.55% | 31.58% | 66.85% | 35.59% | 64.06% | 35.86% | 59.79% | 35.99% | 58.55% | 35.19% | 64.82% | 40.80% | 59.21% | D+15 |
| 10 - Turner/Austria | 79.50% | 1.84% | 16.14% | 49.31% | 49.31% | 52.03% | 47.55% | 51.01% | 45.39% | 53.35% | 41.46% | 52.80% | 47.21% | 54.26% | 45.74% | R+2 |
| 11 - Fudge | 43.19% | 3.35% | 51.31% | 17.21% | 82.03% | 20.31% | 79.01% | 21.50% | 75.64% | 21.00% | 75.79% | 26.04% | 73.97% | 25.83% | 74.17% | D+29 |
| 12 - Tiberi | 90.67% | 1.53% | 4.51% | 53.75% | 44.74% | 59.52% | 39.97% | 57.50% | 39.20% | 50.85% | 42.96% | 56.57% | 43.43% | 57.53% | 42.46% | R+8 |
| 13 - Ryan | 86.36% | 2.16% | 10.42% | 35.77% | 62.27% | 36.91% | 62.50% | 34.55% | 61.41% | 32.35% | 61.35% | 29.67% | 70.32% | 35.46% | 64.54% | D+12 |
| 14 - LaTourette | 92.98% | 1.71% | 3.63% | 49.45% | 49.06% | 52.35% | 47.18% | 52.93% | 42.89% | 49.58% | 43.82% | 46.86% | 53.14% | 53.29% | 46.72% | R+3 |
| 15 - Stivers | 92.36% | 1.51% | 3.71% | 52.21% | 46.09% | 56.55% | 42.80% | 53.00% | 43.55% | 47.92% | 46.27% | 53.57% | 46.42% | 53.73% | 46.26% | R+6 |
| 16 - Renacci/Sutton | 95.07% | 1.48% | 1.73% | 51.32% | 47.20% | 54.29% | 45.28% | 54.99% | 40.84% | 51.49% | 42.06% | 49.13% | 50.88% | 54.68% | 45.33% | R+5 |

REV_00023430