# EXHIBIT N

## Ohio Changes

| | Current | | | | | | | | | New Ohio Map | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | McCain | Bush | 10 Gov | 10 AG | 06 AG | 06 Aud | Average | PVI | District | McCain | | Bush | | 10 Governor | | 10 Att. Gen. | | 06 Att. Gen. | | 06 Auditor | | Ohio GOP Average | | PVI | |
| 1 - Chabot | 44.85% | 50.16% | 47.98% | 46.90% | 50.75% | 54.69% | 49.68% | D+1 | 1 - Chabot | 51.77% | 6.92% | 56.81% | 6.65% | 55.80% | 7.82% | 53.68% | 6.79% | 55.92% | 5.17% | 60.08% | 5.39% | 56.07% | 6.39% | R+6 | 7 |
| 2 - Schmidt | 59.38% | 63.90% | 60.20% | 56.77% | 58.35% | 62.12% | 60.79% | R+13 | 2 - Schmidt | 54.23% | -5.15% | 59.42% | -4.48% | 55.06% | -5.14% | 52.84% | -3.93% | 54.57% | -3.78% | 57.88% | -4.23% | 56.23% | -4.56% | R+9 | -4 |
| 3 - Turner | 52.06% | 54.86% | 53.10% | 54.65% | 53.48% | 55.54% | 53.81% | R+5 | 10 - Turner/Austria | 49.31% | -2.75% | 52.03% | -2.83% | 51.01% | -2.10% | 53.35% | -1.30% | 52.80% | -0.68% | 54.26% | -1.27% | 51.88% | -1.93% | R+2 | -3 |
| 4 - Jordan | 61.05% | 65.48% | 58.64% | 58.02% | 55.58% | 58.69% | 59.89% | R+15 | 4 - Jordan | 54.43% | -6.62% | 59.91% | -5.57% | 54.52% | -4.12% | 54.53% | -3.49% | 51.84% | -3.74% | 56.16% | -2.52% | 55.37% | -4.52% | R+9 | -6 |
| 5 - Latta | 54.00% | 61.30% | 52.86% | 56.22% | 50.27% | 58.36% | 55.36% | R+9 | 5 - Latta | 52.20% | -1.80% | 59.75% | -1.55% | 51.91% | -0.95% | 54.97% | -1.25% | 50.39% | 0.12% | 58.87% | 0.50% | 54.62% | -0.74% | R+8 | -1 |
| 6 - Johnson | 51.37% | 51.12% | 43.73% | 47.00% | 39.98% | 40.45% | 45.33% | R+2 | 6 - Johnson | 53.08% | 1.71% | 53.74% | 2.62% | 46.63% | 2.91% | 49.89% | 2.90% | 43.04% | 3.07% | 42.81% | 2.36% | 47.86% | 2.53% | R+5 | 3 |
| 7 - Austria | 54.58% | 57.37% | 53.79% | 53.10% | 54.43% | 55.44% | 55.12% | R+7 | | | | | | | | | | | | | | | | | |
| 8 - Boehner | 61.52% | 65.11% | 61.18% | 61.57% | 57.64% | 61.36% | 61.36% | R+14 | 8 - Boehner | 60.25% | -1.27% | 63.42% | -1.69% | 60.19% | -0.99% | 60.87% | -0.71% | 57.01% | -0.63% | 60.56% | -0.80% | 60.29% | -1.07% | R+14 | 0 |
| 9 - Kaptur | 36.74% | 41.56% | 38.72% | 40.03% | 37.60% | 46.55% | 40.23% | D+10 | 9 - Kaptur/Kucinich | 31.58% | -5.16% | 35.59% | -5.97% | 35.86% | -2.85% | 35.99% | -4.04% | 35.19% | -2.41% | 40.80% | -5.75% | 35.80% | -4.43% | D+15 | -5 |
| 10 - Kucinich | 39.73% | 41.51% | 44.56% | 42.43% | 41.18% | 45.43% | 42.48% | D+8 | | | | | | | | | | | | | | | | | |
| 11 - Fudge | 14.41% | 17.52% | 18.24% | 18.19% | 23.74% | 22.96% | 19.37% | D+32 | 11 - Fudge | 17.21% | 2.80% | 20.31% | 2.79% | 21.50% | 3.26% | 21.00% | 2.81% | 26.04% | 2.29% | 25.83% | 2.87% | 22.18% | 2.80% | D+29 | 3 |
| 12 - Tiberi | 44.97% | 51.25% | 50.67% | 44.12% | 53.71% | 53.22% | 50.77% | D+1 | 12 - Tiberi | 53.75% | 8.78% | 59.52% | 8.27% | 57.50% | 6.83% | 50.85% | 6.73% | 56.57% | 2.86% | 57.53% | 4.31% | 56.97% | 6.21% | R+8 | 9 |
| 13 - Sutton | 42.51% | 44.15% | 46.26% | 43.65% | 42.01% | 46.82% | 44.35% | D+5 | | | | | | | | | | | | | | | | | |
| 14 - LaTourette | 50.09% | 52.79% | 53.08% | 49.70% | 47.04% | 53.55% | 51.31% | R+3 | 14 - LaTourette | 49.45% | -0.64% | 52.35% | -0.44% | 52.93% | -0.15% | 49.58% | -0.12% | 46.86% | -0.18% | 53.29% | -0.27% | 50.98% | -0.33% | R+3 | 0 |
| 15 - Stivers | 45.39% | 50.46% | 48.64% | 41.24% | 52.39% | 52.07% | 49.79% | D+1 | 15 - Stivers | 52.21% | 6.82% | 56.55% | 6.09% | 53.00% | 4.36% | 47.92% | 6.68% | 53.57% | 1.18% | 53.73% | 1.66% | 53.81% | 4.02% | R+6 | 7 |
| 16 - Renacci | 51.34% | 54.03% | 53.60% | 51.23% | 48.26% | 53.47% | 52.14% | R+4 | 16 - Renacci/Sutton | 51.32% | -0.02% | 54.29% | 0.26% | 54.99% | 1.40% | 51.49% | 0.26% | 49.13% | 0.87% | 54.68% | 1.20% | 52.88% | 0.74% | R+5 | 1 |
| 17 - Ryan | 36.76% | 37.08% | 35.05% | 31.84% | 28.94% | 35.05% | 34.57% | D+12 | 13 - Ryan | 35.77% | -0.99% | 36.91% | -0.17% | 34.55% | -0.50% | 32.35% | 0.51% | 29.67% | 0.74% | 35.46% | 0.41% | 34.47% | -0.10% | D+12 | 0 |
| 18 - Gibbs | 54.03% | 57.32% | 50.84% | 50.01% | 49.16% | 49.50% | 52.17% | R+7 | 7 - Gibbs | 50.94% | -3.09% | 54.96% | -2.36% | 53.07% | 2.23% | 50.51% | 0.49% | 47.63% | -1.53% | 52.51% | 3.00% | 51.82% | -0.35% | R+5 | -2 |
| | | | | | | | | | 3 - Open | 31.39% | | 37.46% | | 35.76% | | 31.27% | | 41.36% | | 39.25% | | 37.04% | | D+14 | |

REV_00023431