IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives,** *et al.* <br><br> **Defendants.** | Case No. 1:18-cv-357 <br><br> Judge Timothy S. Black <br> Judge Karen Nelson Moore <br> Judge Michael H. Watson <br><br> Magistrate Judge Karen L. Litkovitz |
| **IN RE: SUBPOENAS SERVED ON REPUBLICAN NATIONAL COMMITTEE,** <br> **NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE** <br> **AND** <br> **ADAM KINCAID** <br><br> **Respondents.** | |

## NOTICE OF AMENDED FILING

In their January 18, 2019 Pretrial Filing, Plaintiffs redacted certain information obtained from Respondents, which had been designated as "Attorneys' Eyes Only" pursuant to this Court's December 21, 2018 Order. ECF No. 128. Specifically, they redacted information contained in Appendix A (Plaintiffs' Proposed Uncontroverted Facts), ECF No. 157-1, Appendix C (Plaintiffs' Contested Facts), ECF No. 157-3, and Appendix G (Plaintiffs' Trial Exhibit List), ECF No. 157-7. In their Motion to File Under Seal, ECF No. 144, Plaintiffs stated that "In the event that a reviewing Court affirms this Court's Order to Compel, ECF No. 128, Plaintiffs will promptly file an updated version of the joint Proposed Pretrial Order removing the redactions

applicable to such information." On January 18, 2019, the Court of Appeals for the Sixth Circuit dismissed Respondents' appeal to this Court's December 21, 2018 Order to Compel Documents. ECF No. 128.

Plaintiffs have conferred with counsel for Respondents and informed them of their intent to file unredacted versions of the aforementioned documents. Respondents do not intend to seek leave of the Court to keep these documents under seal. Accordingly, Plaintiffs' hereby provide notice to the Court of these unredacted filings.[1]

Dated: January 28, 2019                     Respectfully submitted,

                                                                /s/ Michael Baker

| | |
|---|---|
| Jeremy Goldstein | Michael Baker |
| Robert Fram | Perrin Cooke |
| Nitin Subhedar | Robert Day |
| Alexia Romero | Peter Rechter |
| Covington & Burling LLP | Covington & Burling LLP |
| One Front Street | 850 Tenth Street, NW |
| San Francisco, CA 94111 | Washington, DC 20001 |
| Tel.: (415) 591-6000 | Tel.: (202) 662-6000 |
| rfram@cov.com | mbaker@cov.com |
| nsubhedar@cov.com | pcooke@cov.com |
| jgoldstein@cov.com | rday@cov.com |
| aromero@cov.com | prechter@cov.com |
| | |
| T. Alora Thomas-Lundborg | Freda J. Levenson (0045916) |
| Dale E. Ho | Elizabeth Bonham (0093733) |
| Theresa J. Lee | David Carey (0088787) |
| Emily Rong Zhang | American Civil Liberties Union of Ohio Fdtn. |
| American Civil Liberties Union Foundation | 4506 Chester Avenue |
| 125 Broad Street, 18th Floor | Cleveland, OH 44103 |
| New York, NY 10004 | Tel.: (614) 586-1958 |
| Tel.: (212) 549-2500 | Facsimile: (216) 472-2210 |
| athomas@aclu.org | flevenson@acluohio.org |
| dho@aclu.org | ebonham@acluohio.org |
| tlee@aclu.org | dcarey@acluohio.org |
| erzhang@aclu.org | |

---

[1] The filings still contain some redactions reflecting confidential information of Intervenors.

>Paul Moke (0014099)
> Cooperating Attorney for ACLU of Ohio
> Wilmington College*
> 1252 Pyle Center
> Wilmington, OH 45177
> Tel.: 937-725-7501
> paul.moke@gmail.com
> * Institutional affiliation for the purpose of identification only
> *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, a true and correct copy of the foregoing was served via ECF to all counsel of record in the above-captioned case.

> /s/ Michael Baker
> Michael Baker
>
> *Attorney for Plaintiffs*