UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-357<br><br>Judge Timothy S. Black<br>Judge Karen Nelson Moore<br>Judge Michael H. Watson |

### ORDER REQUIRING CHRISTOPHER GLASSBURN TO TESTIFY AT TRIAL IN RESPONSE TO A TRIAL SUBPOENA

This case is before the Court upon Plaintiffs' Unopposed Motion (Doc. 146) to Require Christopher Glassburn to Comply with a Trial Subpoena, which Plaintiffs will timely serve. After considering the Motion, the Court **ORDERS** that the Motion is **GRANTED**.

Dated this 5th day of February, 2019.        *s/ Timothy S. Black*
                                               Timothy S. Black
                                               United States District Judge