# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives,** *et al.* <br><br> **Defendants.** | No. 1:18-cv-00357-TSB-KNM-MHW <br><br> Judge Timothy S. Black <br> Judge Karen Nelson Moore <br> Judge Michael H. Watson <br> Magistrate Judge Karen L. Litkovitz |

## NOTICE OF FILING OF JOINT UNCONTROVERTED FACTS

The parties hereby give notice that, pursuant to this Court's notation order of February 4, 2019, attached hereto as Appendix A are their Joint Uncontroverted Facts.

February 7, 2019                                           Respectfully submitted,

/s/ Freda J. Levenson
Freda J. Levenson (0045916)
(Trial Attorney)
American Civil Liberties
Union of Ohio
Foundation
4506 Chester Avenue
Cleveland, Ohio 44103
Tel.: (614) 586-1958
flevenson@acluohio.org
*Counsel for Plaintiffs*

/s/ Phillip J. Strach
Phillip J. Strach (Trial Attorney)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Tel.: (919) 787-9700
phil.strach@ogletree.com
*Counsel for Defendants*

/s/ Patrick T. Lewis
Patrick T. Lewis (0078314) (Trial Attorney)
Baker Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Tel.: (216) 621-0200
plewis@bakerlaw.com
*Counsel for Intervenors*

1

2

## **CERTIFICATE OF SERVICE**

I, Freda J. Levenson, hereby certify the foregoing document was served upon all counsel of record in this case via ECF.

*/s/ Freda J. Levenson*
Trial Attorney for Plaintiffs