# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, *et al.*, <br> Defendants. | No. 1:18-cv-00357-TSB-KNM-MHW <br><br> Judge Timothy S. Black <br> Judge Karen Nelson Moore <br> Judge Michael H. Watson <br> Magistrate Judge Karen L. Litkovitz |

## ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE LARRY HOUSEHOLDER AND FRANK LAROSE AS DEFENDANTS SUED IN THEIR OFFICIAL CAPACITIES

Before the Court is Plaintiffs' unopposed Motion to Substitute Larry Householder and Frank LaRose as Defendants sued in their official capacities, in place of Jon Husted and Ryan Smith. After having considered the Motion, the Court ORDERS that the Motion to Substitute is GRANTED. Larry Householder, in his official capacity as Speaker of the Ohio House of Representatives, is hereby substituted for Ryan Smith as a Defendant in this action. Frank LaRose, in his official capacity as Ohio Secretary of State, is hereby substituted for Jon Husted as a Defendant. Messrs. Smith and Husted are terminated as parties.

SIGNED this 11TH day of FEB, 2019

*Timothy S. Black*
UNITED STATES DISTRICT JUDGE