# EXHIBIT B

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | | | | | |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | White | Hispanic | Black | Asian | AmIndian |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - Chabot | 56.09% | 40.58% | 53.98% | 39.76% | 52.10% | 46.89% | 56.16% | 43.84% | 60.35% | 39.65% | 57.16% | 42.45% | R+6 | 74.83% | 2.17% | 20.32% | 2.51% | 0.20% |
| 2 - Schmidt | 54.81% | 41.58% | 52.69% | 39.95% | 53.99% | 44.59% | 54.48% | 45.51% | 57.85% | 42.14% | 59.27% | 40.29% | R+8 | 88.52% | 1.35% | 8.48% | 1.21% | 0.25% |
| 3 - Open | 33.80% | 63.29% | 29.29% | 66.63% | 29.53% | 69.18% | 39.95% | 60.04% | 38.06% | 61.93% | 35.46% | 63.73% | D+16 | 64.23% | 4.78% | 27.47% | 3.33% | 0.28% |
| 4 - Jordan | 52.80% | 42.17% | 54.61% | 37.98% | 53.26% | 44.85% | 50.82% | 49.21% | 55.50% | 44.53% | 58.21% | 41.27% | R+8 | 91.60% | 3.25% | 5.21% | 0.52% | 0.25% |
| 5 - Latta | 51.20% | 44.67% | 54.24% | 39.13% | 51.33% | 46.93% | 49.90% | 50.08% | 58.39% | 41.58% | 58.76% | 40.79% | R+7 | 92.84% | 3.46% | 3.37% | 1.30% | 0.23% |
| 6 - Johnson | 46.64% | 49.51% | 49.90% | 43.73% | 53.08% | 44.67% | 43.05% | 56.95% | 42.81% | 57.19% | 53.74% | 45.72% | R+5 | 96.14% | 0.70% | 2.23% | 0.36% | 0.22% |
| 7 - Gibbs | 52.89% | 41.86% | 50.37% | 41.81% | 50.95% | 46.84% | 47.65% | 52.35% | 52.51% | 47.49% | 54.89% | 44.56% | R+5 | 93.92% | 1.30% | 3.97% | 0.53% | 0.25% |
| 8 - Boehner | 58.84% | 37.04% | 59.17% | 34.32% | 57.65% | 40.80% | 56.07% | 43.93% | 59.49% | 40.52% | 61.45% | 38.13% | R+11 | 86.07% | 2.24% | 9.79% | 1.73% | 0.21% |
| 9 - Kaptur/Kucinich | 37.44% | 58.12% | 36.88% | 57.70% | 32.79% | 65.66% | 36.31% | 63.69% | 41.19% | 58.80% | 36.67% | 62.96% | D+13 | 80.41% | 6.81% | 13.73% | 1.27% | 0.30% |
| 10 - Turner/Austria | 54.14% | 42.13% | 55.29% | 39.08% | 53.13% | 45.41% | 54.92% | 45.09% | 56.45% | 43.55% | 56.16% | 43.39% | R+6 | 85.43% | 1.65% | 10.72% | 1.73% | 0.23% |
| 11 - Fudge | 21.50% | 75.64% | 21.00% | 75.79% | 17.21% | 82.03% | 26.04% | 73.97% | 25.83% | 74.17% | 20.31% | 79.01% | D+29 | 43.19% | 3.35% | 51.31% | 2.32% | 0.22% |
| 12 - Tiberi | 59.26% | 37.49% | 52.40% | 41.26% | 54.97% | 43.54% | 57.93% | 42.06% | 58.94% | 41.05% | 61.16% | 38.36% | R+10 | 88.94% | 1.77% | 5.73% | 3.42% | 0.18% |
| 13 - Ryan | 34.55% | 61.41% | 32.35% | 61.35% | 35.77% | 62.27% | 29.67% | 70.32% | 35.46% | 64.54% | 36.91% | 62.50% | D+12 | 86.36% | 2.16% | 10.42% | 1.11% | 0.21% |
| 14 - Latourette | 52.93% | 42.89% | 49.58% | 43.82% | 49.45% | 49.06% | 46.86% | 53.14% | 53.29% | 46.72% | 52.35% | 47.18% | R+3 | 92.98% | 1.71% | 3.63% | 1.83% | 0.12% |
| 15 - Stivers | 53.57% | 42.66% | 49.03% | 44.80% | 53.31% | 44.90% | 53.89% | 46.11% | 54.09% | 45.92% | 57.27% | 42.11% | R+7 | 91.90% | 1.59% | 4.33% | 1.64% | 0.25% |
| 16 - Renacci/Sutton | 54.96% | 40.83% | 51.46% | 42.02% | 51.35% | 47.15% | 48.94% | 51.07% | 54.52% | 45.49% | 54.22% | 45.34% | R+5 | 95.06% | 1.48% | 1.74% | 1.87% | 0.14% |



Plaintiffs' Trial Exhibit
**P599**
Case No. 1:18-cv-00357



EXHIBIT 66
013119 P

REV_00000022