# EXHIBIT C



Plaintiffs' Trial Exhibit P600
Case No. 1:18-cv-00357

EXHIBIT 71
013119 P

REV_00023432