# EXHIBIT D

Case: 1:18-cv-00357-TSB-KNM-MHW Doc #: 237-6 Filed: 03/02/19 Page: 2 of 2  PAGEID #: 19791





Plaintiffs' Trial Exhibit P601
Case No. 1:18-cv-00357



EXHIBIT 79
013119 P

REV_00023347