# EXHIBIT E

|  | Election Results ||||||||||||| PVI | Voting Age Populations |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 10 Governor || 10 Att. General || 08 President || 06 Att. General || 06 Auditor || 04 President ||  |  |  |  |  |  |
| District | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry |  | White | Hispanic | Black | Asian | AmIndian |
| 12 - Tiberi | 59.26% | 37.49% | 52.40% | 41.26% | 54.97% | 43.54% | 57.93% | 42.06% | 58.94% | 41.05% | 61.16% | 38.36% | R+10 | 88.94% | 1.77% | 5.73% | 3.42% | 0.18% |

| County | Population | % of District |
|---|---|---|
| Franklin | 216,382 | 30.01% |
| Licking | 166,492 | 23.09% |
| Delaware | 174,214 | 24.16% |
| Marion | 54,387 | 7.54% |
| Morrow | 34,827 | 4.83% |
| Richland | 74,730 | 10.36% |
| Total | 721,032 |  |



Plaintiffs' Trial Exhibit P602
Case No. 1:18-cv-00357



EXHIBIT 88
D13119

REV_00000034