# EXHIBIT F

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 8 - Boehner | 58.84% | 37.04% | 59.17% | 34.32% | 57.65% | 40.80% | 56.07% | 43.93% | 59.49% | 40.52% | 61.45% | 38.13% | R+11 | 86.07% | 2.24% | 9.79% | 1.73% | 0.21% |

| County | Population | % of District |
|---|---|---|
| Butler | 368,130 | 51.06% |
| Preble | 42,270 | 5.86% |
| Montgomery | 144,540 | 20.05% |
| Miami | 102,506 | 14.22% |
| Darke | 52,959 | 7.34% |
| Mercer | 10,626 | 1.47% |
| Total | 721,031 | |


Plaintiffs' Trial Exhibit P603
Case No. 1:18-cv-00357


EXHIBIT 89
013119

REV_00000030