# EXHIBIT G

| District | Election Results | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 4 - Jordan | 52.80% | 42.17% | 54.61% | 37.98% | 53.26% | 44.85% | 50.82% | 49.21% | 55.50% | 44.53% | 58.21% | 41.27% | R+8 | 91.60% | 3.25% | 5.21% | 0.52% | 0.25% |

| County | Population | % of District |
|---|---|---|
| Clark | 92,476 | 12.83% |
| Champaign | 40,097 | 5.56% |
| Logan | 45,858 | 6.36% |
| Shelby | 49,423 | 6.85% |
| Mercer | 2,917 | 0.40% |
| Auglaize | 45,949 | 6.37% |
| Allen | 106,331 | 14.75% |
| Hardin | 8,152 | 1.13% |
| Marion | 12,114 | 1.68% |
| Wyandot | 13,585 | 1.88% |
| Crawford | 43,784 | 6.07% |
| Huron | 43,671 | 6.06% |
| Erie | 6,236 | 0.86% |
| Seneca | 56,745 | 7.87% |
| Sandusky | 60,944 | 8.45% |
| Ottawa | 19,868 | 2.76% |
| Lucas | 68,911 | 9.56% |
| Hancock | 2,932 | 0.41% |
| Wood | 1,038 | 0.14% |
| **Total** | **721,031** | |



Plaintiffs' Trial Exhibit  
**P604**  
Case No. 1:18-cv-00357



EXHIBIT  
90  
013119 P

REV_00000026