# EXHIBIT H

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 6 - Johnson | 46.64% | 49.51% | 49.90% | 43.73% | 53.08% | 44.67% | 43.05% | 56.95% | 42.81% | 57.19% | 53.74% | 45.72% | R+5 | 96.14% | 0.70% | 2.23% | 0.36% | 0.22% |

| County | Population | % of District |
|---|---|---|
| Scioto | 37,601 | 5.21% |
| Lawrence | 62,450 | 8.66% |
| Jackson | 33,225 | 4.61% |
| Gallia | 30,934 | 4.29% |
| Meigs | 23,770 | 3.30% |
| Athens | 4,149 | 0.58% |
| Washington | 61,778 | 8.57% |
| Noble | 14,645 | 2.03% |
| Monroe | 14,642 | 2.03% |
| Muskingum | 27,272 | 3.78% |
| Guernsey | 40,087 | 5.56% |
| Belmont | 70,400 | 9.76% |
| Harrison | 15,864 | 2.20% |
| Jefferson | 69,709 | 9.67% |
| Tuscarawas | 25,915 | 3.59% |
| Carroll | 28,836 | 4.00% |
| Columbiana | 107,841 | 14.96% |
| Mahoning | 51,913 | 7.20% |
| Total | 721,031 | |


EXHIBIT 91 013119P


Plaintiffs' Trial Exhibit P605
Case No. 1:18-cv-00357

REV_00000028