# EXHIBIT I

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 2 - Schmidt | 54.81% | 41.58% | 52.69% | 39.95% | 53.99% | 44.59% | 54.48% | 45.51% | 57.85% | 42.14% | 59.27% | 40.29% | R+8 | 88.52% | 1.35% | 8.48% | 1.21% | 0.25% |

| County | Population | % of District |
|---|---|---|
| Hamilton | 294,036 | 40.78% |
| Clermont | 197,363 | 27.37% |
| Clinton | 42,040 | 5.83% |
| Brown | 44,846 | 6.22% |
| Adams | 28,550 | 3.96% |
| Pike | 28,709 | 3.98% |
| Ross | 43,589 | 6.05% |
| Scioto | 41,898 | 5.81% |
| Total | 721,031 | |



Plaintiffs' Trial Exhibit
**P606**
Case No. 1:18-cv-00357



EXHIBIT 92
013119Y

REV_00000024