# EXHIBIT J

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 5 - Latta | 51.20% | 44.67% | 54.24% | 39.13% | 51.33% | 46.93% | 49.90% | 50.08% | 58.39% | 41.58% | 58.76% | 40.79% | R+7 | 92.84% | 3.46% | 3.37% | 1.30% | 0.23% |

| County | Population | % of District |
|---|---|---|
| Defiance | 39,037 | 5.41% |
| Fulton | 42,698 | 5.92% |
| Hancock | 71,850 | 9.96% |
| Hardin | 23,906 | 3.32% |
| Henry | 28,215 | 3.91% |
| Lucas | 234,075 | 32.46% |
| Mercer | 27,271 | 3.78% |
| Paulding | 19,614 | 2.72% |
| Putnam | 34,499 | 4.78% |
| Van Wert | 28,744 | 3.99% |
| Williams | 37,642 | 5.22% |
| Wood | 124,450 | 17.26% |
| Wyandot | 9,030 | 1.25% |
| Total | 721,031 | |


Plaintiffs' Trial Exhibit P607
Case No. 1:18-cv-00357


EXHIBIT 93
01/31/19
PENGAD 800-631-6989

REV_00000027