# EXHIBIT K

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 7 - Gibbs | 52.89% | 41.86% | 50.37% | 41.81% | 50.95% | 46.84% | 47.65% | 52.35% | 52.51% | 47.49% | 54.89% | 44.56% | R+5 | 93.92% | 1.30% | 3.97% | 0.53% | 0.25% |

| County | Population | % of District |
|---|---|---|
| Knox | 60,921 | 8.45% |
| Coshocton | 36,901 | 5.12% |
| Holmes | 42,366 | 5.88% |
| Tuscarawas | 66,667 | 9.25% |
| Stark | 240,454 | 33.35% |
| Ashland | 53,139 | 7.37% |
| Richland | 49,745 | 6.90% |
| Huron | 15,955 | 2.21% |
| Medina | 45,720 | 6.34% |
| Erie | 2,448 | 0.34% |
| Lorain | 106,716 | 14.80% |
| Total | 721,032 | |



Plaintiffs' Trial Exhibit
P608
Case No. 1:18-cv-00357



EXHIBIT 94
9/31/19

REV_00000029