# EXHIBIT L

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 1 - Chabot | 56.09% | 40.58% | 53.98% | 39.76% | 52.10% | 46.89% | 56.16% | 43.84% | 60.35% | 39.65% | 57.16% | 42.45% | R+6 | 74.83% | 2.17% | 20.32% | 2.51% | 0.20% |

| County | Population | % of District |
|---|---|---|
| Hamilton | 508,338 | 70.50% |
| Warren | 212,693 | 29.50% |
| Total | 721,031 | |



Plaintiffs' Trial Exhibit P609
Case No. 1:18-cv-00357



EXHIBIT 95
D13119Y

REV_00000023