# EXHIBIT M

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 15 - Stivers | 53.57% | 42.66% | 49.03% | 44.80% | 53.31% | 44.90% | 53.89% | 46.11% | 54.09% | 45.92% | 57.27% | 42.11% | R+7 | 91.90% | 1.59% | 4.33% | 1.64% | 0.25% |

| County | Population | % of District |
|---|---|---|
| Highland | 43,589 | 6.05% |
| Ross | 34,475 | 4.78% |
| Vinton | 13,435 | 1.86% |
| Hocking | 29,380 | 4.07% |
| Athens | 60,608 | 8.41% |
| Morgan | 15,054 | 2.09% |
| Muskingum | 58,802 | 8.16% |
| Perry | 36,058 | 5.00% |
| Fairfield | 62,038 | 8.60% |
| Franklin | 226,000 | 31.34% |
| Madison | 43,435 | 6.02% |
| Union | 52,300 | 7.25% |
| Clark | 45,857 | 6.36% |
| Total | 721,031 | |


Plaintiffs' Trial Exhibit P610
Case No. 1:18-cv-00357


EXHIBIT 96
013119 P

REV_00000037