# EXHIBIT N

| District | Election Results ||||||||||||| PVI | Voting Age Populations |||||
| | 10 Governor || 10 Att. General || 08 President || 06 Att. General || 06 Auditor || 04 President || | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 - Turner/Austria | 54.14% | 42.13% | 55.29% | 39.08% | 53.13% | 45.41% | 54.92% | 45.09% | 56.45% | 43.55% | 56.16% | 43.39% | R+6 | 85.43% | 1.65% | 10.72% | 1.73% | 0.23% |

| County | Population | % of District |
|---|---|---|
| Montgomery | 390,613 | 54.17% |
| Greene | 161,573 | 22.41% |
| Fayette | 29,030 | 4.03% |
| Pickaway | 55,698 | 7.72% |
| Fairfield | 84,118 | 11.67% |
| Total | 721,032 | |



Plaintiffs' Trial Exhibit
**P611**
Case No. 1:18-cv-00357



EXHIBIT
97
013119 P

REV_00000032