# EXHIBIT O

| District | Election Results | | | | | | | | | | | | PVI | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | White | Hispanic | Black | Asian | AmIndian |
| | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | | | | | | |
| 16 - Renacci/Sutton | 54.96% | 40.83% | 51.46% | 42.02% | 51.35% | 47.15% | 48.94% | 51.07% | 54.52% | 45.49% | 54.22% | 45.34% | R+5 | 95.06% | 1.48% | 1.74% | 1.87% | 0.14% |

| County | Population | % of District |
|---|---|---|
| Stark | 107,343 | 14.89% |
| Portage | 32,579 | 4.52% |
| Summit | 83,554 | 11.59% |
| Wayne | 114,520 | 15.88% |
| Medina | 126,612 | 17.56% |
| Cuyahoga | 256,424 | 35.56% |
| Total | 721,032 | |



Plaintiffs' Trial Exhibit P612
Case No. 1:18-cv-00357



EXHIBIT 98
013119

REV_00000038