# EXHIBIT P

| | Election Results | | | | | | | | | | | | | Voting Age Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 Governor | | 10 Att. General | | 08 President | | 06 Att. General | | 06 Auditor | | 04 President | | | | | | | |
| District | Kasich | Strickland | DeWine | Cordray | McCain | Obama | Mont. | Dann | Taylor | Sykes | Bush | Kerry | PVI | White | Hispanic | Black | Asian | AmIndian |
| 14 - Latourette | 52.93% | 42.89% | 49.58% | 43.82% | 49.45% | 49.06% | 46.86% | 53.14% | 53.29% | 46.72% | 52.35% | 47.18% | R+3 | 92.98% | 1.71% | 3.63% | 1.83% | 0.12% |

| County | Population | % of District |
|---|---|---|
| Ashtabula | 101,497 | 14.08% |
| Lake | 230,041 | 31.90% |
| Cuyahoga | 104,689 | 14.52% |
| Summit | 132,043 | 18.31% |
| Geauga | 93,389 | 12.95% |
| Portage | 36,357 | 5.04% |
| Trumbull | 23,016 | 3.19% |
| **Total** | **721,032** | |

Plaintiffs' Trial Exhibit
**P613**
Case No. 1:18-cv-00357

