## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.,* | Case No. 1:18-cv-357 |
| | Judge Timothy S. Black |
| Plaintiffs, | Judge Karen Nelson Moore |
| | Judge Michael H. Watson |
| v. | |
| LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, *et al.,* | |
| Defendants. | |

## ORDER REGARDING POST-TRIAL BRIEFING

On March 23, 2019, Plaintiffs shall file: (1) one document containing their proposed findings of fact (which is not subject to any page limitation); and (2) one document that incorporates proposed conclusions of law into a post-trial brief (not exceeding seventy-five pages).

On March 28, 2019, Defendants and Intervenors shall jointly file: (1) one document containing their proposed findings of fact (which is not subject to any page limitation); (2) one document that incorporates proposed conclusions of law into a post-trial brief (not exceeding seventy-five pages).  The proposed findings of fact and post-trial brief containing conclusions of law shall each note when Defendants and Intervenors adopt Plaintiffs' proposed findings; and (3) one spreadsheet containing all of their objections to evidence cited by Plaintiffs ("D/I Spreadsheet"), which may be supplemented by a brief (not exceeding forty pages).

On April 2, 2019, Plaintiffs shall file: (1) their response, in a new column in the D/I Spreadsheet, to Defendants' and Intervenors' evidentiary objections, which may be supplemented by a brief (not exceeding forty pages); (2) a separate spreadsheet containing all of Plaintiffs' objections to evidence cited by Defendants and Intervenors ("P Spreadsheet"); and (3) any reply post-trial brief addressing conclusions of law and/or findings of fact (not exceeding forty pages).  If Plaintiffs need to include additional proposed findings of fact in order to respond to Defendants' and Intervenors' post-trial brief, Plaintiffs may include such additional proposed findings of fact with the reply brief, but additional proposed findings of fact must be limited to only those necessary for rebuttal.

On April 7, 2019, Defendants and Intervenors shall file their response to Plaintiffs' evidentiary objections in a new column in the P Spreadsheet, which may be supplemented by a brief (not exceeding forty pages).

All existing evidentiary objections—and only existing objections—shall be included in the spreadsheets.  All objections shall be explained sufficiently to permit the opposing party to offer a substantive response and to permit the Court to rule on the objection.  Each party lodging an evidentiary objection shall cite the record as well as supporting authority for the objection (the Court envisions a few sentences or paragraphs explaining the basis for each objection).  The Court will summarily overrule any conclusory objection.

Finally, each citation to evidence filed on the docket shall include the pertinent docket number.  Citations to evidence not filed on the docket shall be sufficiently described to permit the Court to easily locate the cited evidence.

**IT IS SO ORDERED.**

Date:  March 14, 2019                                s/ *Timothy S. Black*
                                                                 TIMOTHY S. BLACK
                                                                 United States District Judge

                                                                 s/ *Karen Nelson Moore*
                                                                 KAREN NELSON MOORE
                                                                 United States Circuit Judge

                                                                 s/ *Michael H. Watson*
                                                                 MICHAEL H. WATSON
                                                                 United States District Judge