# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:18-cv-357 |
| LARRY HOUSEHOLDER, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs are granted judgment against Defendants as expressed in the Order and Opinion of today's date of the three-judge panel of Circuit Judge Moore and District Judges Black and Watson.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  three-judge panel  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 5/3/2019

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*