# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, LEAGUE OF WOMEN VOTERS OF OHIO, THE OHIO STATE UNIVERSITY COLLEGE DEMOCRATS, NORTHEAST OHIO YOUNG BLACK DEMOCRATS, HAMILTON COUNTY YOUNG DEMOCRATS, LINDA GOLDENHAR, DOUGLAS BURKS, SARAH INSKEEP, CYNTHIA LIBSTER, KATHRYN DEITSCH, LUANN BOOTHE, MARK JOHN GRIFFITHS, LAWRENCE NADLER, CHITRA WALKER, TRISTAN RADER, RIA MEGNIN, ANDREW HARRIS, AARON DAGRES, ELIZABETH MYER, BETH HUTTON, TERESA THOBABEN, and CONSTANCE RUBIN, | |
| | No. 1:18-cv-00357-TSB |
| Plaintiffs, | Judge Timothy S. Black |
| | Judge Karen Nelson Moore |
| v. | Judge Michael H. Watson |
| | Magistrate Judge Karen L. Litkovitz |
| LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, LARRY OBHOF, President of the Ohio Senate, and FRANK LAROSE, Secretary of State of Ohio, in their official capacities, | |
| Defendants. | |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Larry Householder, Larry Obhof, and Frank LaRose ("Defendants") in the above-captioned action hereby give notice of their appeal to the Supreme Court of the United States from the Opinion and Order [Doc. 262] and Final Judgment [Doc. 263] entered by the Court on May 3, 2019.

This appeal is taken under 28 U.S.C. § 1253.

Respectfully submitted this 6th day of May, 2019.

        DAVE YOST
        Ohio Attorney General

        By: /s/Phillip J. Strach
        Phillip J. Strach*
        N.C. State Bar No. 29456
        phil.strach@ogletree.com
        *Lead and Trial Counsel

        By: /s/Michael D. McKnight
        Michael McKnight
        N.C. State Bar No. 36932
        michael.mcknight@ogletree.com

        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        4208 Six Forks Road, Suite 1100
        Raleigh, NC 27609
        Tel.: (919) 787-9700
        Facsimile: (919) 783-9412
        *Attorneys for Defendants Householder & Obhof*

        /s/Ann Yackshaw
        Ann Yackshaw
        Ohio State Bar No. 0090623
        Ohio Attorney General's Office
        Constitutional Offices Section
        30 E. Broad Street, 16th Floor
        Columbus, Ohio 43215
        Tel: (614) 466-2872
        Fax: (614) 728-7592
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Alyssa Riggins, hereby certify that I have this day filed the foregoing document with the CM/ECF system which will provide notice to all counsel of record in this matter including the following:

T. Alora Thomas-Lundborg
Dale E. Ho
Theresa J. Lee
Emily Rong Zhang
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
athomas@aclu.org
dho@aclu.org
tlee@aclu.org
erzhang@aclu.org

Freda J. Levenson (0045916)
American Civil Liberties Union of Ohio Fdtn.
4506 Chester Avenue
Cleveland, OH 44103
Tel.: (216) 472-2220
Facsimile: (216) 472-2210
flevenson@acluohio.org

Paul Moke (0014099)
Cooperating Attorney for ACLU of Ohio
Wilmington College*
1252 Pyle Center
Wilmington, OH 45177
Tel.: 937-725-7501
paul.moke@gmail.com
* Institutional affiliation for the purpose of identification only

Robert Fram
Nitin Subhedar
Jeremy Goldstein
Covington & Burling LLP
415 Mission Street, Suite 4500
San Francisco, CA 94105
Tel.: (415) 591-6000
rfram@cov.com
nsubhedar@cov.com
jgoldstein@cov.com

Michael Baker
Perrin Cooke
Peter Rechter
Isaac Wood
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
mbaker@cov.com
pcooke@cov.com
prechter@cov.com
iwood@cov.com

*Attorneys for Plaintiffs*

By: /s/Alyssa Riggins
Alyssa Riggins
N.C. State Bar No. 52366
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Tel.: (919) 787-9700
Facsimile: (919) 783-9412

*Attorney for Defendants Householder & Obhof*

38414754.1