```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN036712
Cashier ID: beaverc
Transaction Date: 05/08/2019
Payer Name: Ogletree Deakins, Nash

NOTICE OF APPEAL/DOCKETING FEE
 For: Ogletree Deakins, Nash
 Case/Party: D-OHS-1-18-CV-000357-001
 Amount:         $505.00

CHECK
 Remitter: Ogletree Deakins, Nash
 Check/Money Order Num: 84007694
 Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

A fee of $53.00 will be assessed on
all returned checks.
```