# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, *et al.*<br><br>Defendants. | Case No. 1:18-cv-357<br><br>Judge Timothy S. Black<br>Judge Karen Nelson Moore<br>Judge Michael H. Watson<br>Magistrate Judge Karen L. Litkovitz |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL**
**PURSUANT TO S.D. OHIO LOCAL RULE 83.4(d).**

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective May 31, 2019, the following attorney has withdrawn as counsel for Plaintiffs in the above-entitled action:

> Jacob Canter (Bar No. 324330)
> Covington & Burling, LLP
> 850 Tenth Street, NW
> Washington, DC 20001
> Tel: (202) 662-6000
> *Member of the Bar of California. District of Columbia bar application pending; supervised by principals of the Firm.*

Plaintiffs will continue to be represented by the American Civil Liberties Union Foundation, the American Civil Liberties Union of Ohio Foundation, and Covington & Burling, LLP.  Therefore, please remove Jacob Canter from your service list for this action.

May 31, 2019                                    Respectfully submitted,

                                                                */s/ Jacob Canter, withdrawing attorney*

                                                                */s/ Freda J. Levenson*, trial attorney

| | |
|---|---|
| T. Alora Thomas-Lundborg<br>Theresa J. Lee<br>Emily Rong Zhang<br>Dale E. Ho<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel.: (212) 549-2500<br>athomas@aclu.org<br>tlee@aclu.org<br>erzhang@aclu.org<br>dho@aclu.org<br><br>Robert Fram<br>Nitin Subhedar<br>Jeremy Goldstein<br>Covington & Burling LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Tel.: (415) 591-6000<br>rfram@cov.com<br>nsubhedar@cov.com<br>jgoldstein@cov.com | Freda J. Levenson (0045916)<br>Elizabeth Bonham (0093733)<br>American Civil Liberties Union of Ohio Fdtn.<br>4506 Chester Avenue<br>Cleveland, OH 44103<br>Tel.: (216) 472-2220<br>Facsimile: (216) 472-2210<br>flevenson@acluohio.org<br>ebonham@acluohio.org<br><br>David Carey (0088787)<br>American Civil Liberties Union of Ohio Fdtn.<br>1108 City Park Avenue<br>Columbus, OH 43206<br>Tel.: (614) 586-1972<br>dcarey@acluohio.org<br><br>Michael Baker<br>Perrin Cooke<br>Peter J. Rechter<br>Robert S. Day<br>Jacob Canter<br>Isaac Wood<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Tel.: (202) 662-6000<br>mbaker@cov.com<br>pcooke@cov.com<br>prechter@cov.com<br>rday@cov.com<br>jcanter@cov.com<br>iwood@cov.com |