# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO V. PHILIP RANDOLPH INSTITUTE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN SMITH, Speaker of the Ohio House of Representatives, et al., <br><br> Defendants. | Case No.: 1:18-cv-00357-TSB <br><br> Judge Timothy S. Black <br><br> Circuit Judge Karen Nelson Moore <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Karen L. Litkovitz |
| IN RE: SUBPOENAS SERVED ON REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, <br><br> AND <br><br> ADAM KINCAID | Transferred from the United States District Court for the District of Columbia, <br><br> Civil Action No. 18-mc-00031 |

### THE RNC'S, NRCC'S, AND KINCAID' NOTICE OF APPEAL

The district court issued its final order and judgment on May 3, 2019. ECF 262 (PageID# 23358-23658) and ECF 263 (PageID# 23659). Pursuant to Fed. R. App. P. 3

1

and 4, the Republican National Committee ("RNC"), the National Republican Congressional Committee ("NRCC"), and Adam Kincaid ("Kincaid") (collectively "Respondents"), all non-parties in this case, notice their appeal to the United States Court of Appeals for the Sixth Circuit from the December 21, 2018 order of the Southern District of Ohio compelling Respondents to comply with Plaintiffs' Motion to Compel, (ECF 128) (Page ID 3465-3483), and the January 30, 2019 order denying Non-Party Adam Kincaid's Motion for a Protective Order (ECF 188) (Page ID 11114-11129).

Respectfully submitted,                                                          DATED: June 3, 2019

/s/ *Shawn T. Sheehy*
Shawn Sheehy *admitted pro hac vice*
Phillip M. Gordon *admitted pro hac vice*
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Phone: (540) 341-8808
Fax: (540) 341-8809
ssheehy@hvjt.law
pgordon@hvjt.law

*Counsel for Non-Party*
*Republican National Committee,*
*National Republican*
*Congressional Committee,*
*and Adam Kincaid*

/s/ *Jason R. Stuckey*
Jason Stuckey
Bricker & Eckler LLP
201 East Fifth Street, Suite 1110
Cincinnati, OH 45202
Phone: 513-870-6683
jstuckey@bricker.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been filed through the CM/ECF system which instantaneously sent a Notice of Electronic Filing (NEF) to all counsel required to be served.

/s/ Jason Stuckey
Jason Stuckey
