IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-357<br><br>Judge Timothy S. Black<br>Judge Karen Nelson Moore<br>Judge Michael H. Watson<br>Magistrate Judge Karen L. Litkovitz |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL
PURSUANT TO S.D. OHIO LOCAL RULE 83.4(d).**

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective August 6, 2019, the following attorney has withdrawn as counsel for Plaintiffs in the above-entitled action:

> Emily Rong Zhang
> American Civil Liberties Union Foundation
> 125 Broad Street, 18th Floor
> New York, NY 10004
> Tel: (212) 549-2500

Plaintiffs will continue to be represented by the American Civil Liberties Union Foundation, the American Civil Liberties Union of Ohio Foundation, and Covington & Burling, LLP.  Therefore, please remove Emily Rong Zhang from your service list for this action.

1

| | |
|---|---|
| August 6, 2019 | Respectfully submitted, |
| | |
| | */s/ Emily Rong Zhang*, withdrawing attorney |
| | |
| | */s/ Freda J. Levenson*, trial attorney |
| | |
| T. Alora Thomas-Lundborg | Freda J. Levenson (0045916) |
| Theresa J. Lee | Elizabeth Bonham (0093733) |
| Emily Rong Zhang | American Civil Liberties Union of Ohio Fdtn. |
| Dale E. Ho | 4506 Chester Avenue |
| American Civil Liberties Union Foundation | Cleveland, OH 44103 |
| 125 Broad Street, 18th Floor | Tel.: (216) 472-2220 |
| New York, NY 10004 | Facsimile: (216) 472-2210 |
| Tel.: (212) 549-2500 | flevenson@acluohio.org |
| athomas@aclu.org | ebonham@acluohio.org |
| tlee@aclu.org | |
| erzhang@aclu.org | David Carey (0088787) |
| dho@aclu.org | American Civil Liberties Union of Ohio Fdtn. |
| | 1108 City Park Avenue |
| Robert Fram | Columbus, OH 43206 |
| Nitin Subhedar | Tel.: (614) 586-1972 |
| Jeremy Goldstein | dcarey@acluohio.org |
| Covington & Burling LLP | |
| 415 Mission Street, Suite 5400 | Michael Baker |
| San Francisco, CA 94105 | Perrin Cooke |
| Tel.: (415) 591-6000 | Peter J. Rechter |
| rfram@cov.com | Robert S. Day |
| nsubhedar@cov.com | Isaac Wood |
| jgoldstein@cov.com | Covington & Burling LLP |
| | 850 Tenth Street, NW |
| | Washington, DC 20001 |
| | Tel.: (202) 662-6000 |
| | mbaker@cov.com |
| | pcooke@cov.com |
| | prechter@cov.com |
| | rday@cov.com |
| | iwood@cov.com |