# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, *et al.* <br><br> Defendants. | Case No. 1:18-cv-357 <br><br> Judge Timothy S. Black <br> Judge Karen Nelson Moore <br> Judge Michael H. Watson <br> Magistrate Judge Karen L. Litkovitz |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL
## PURSUANT TO S.D. OHIO LOCAL RULE 83.4(d).

**TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective September 19, 2019, the following attorney has withdrawn as counsel for Plaintiffs in the above-entitled action:

Peter Rechter (Bar No. 187496)
Covington & Burling, LLP
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000

Plaintiffs will continue to be represented by the American Civil Liberties Union Foundation, the American Civil Liberties Union of Ohio Foundation, and Covington & Burling, LLP.  Therefore, please remove Peter Rechter from your service list for this action.

|  |  |
|---|---|
| September 19, 2019 | Respectfully submitted, |
|  | */s/ Peter Rechter, withdrawing attorney* |
|  | */s/ Freda J. Levenson*, trial attorney |
| T. Alora Thomas-Lundborg<br>Theresa J. Lee<br>Dale E. Ho<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel.: (212) 549-2500<br>athomas@aclu.org<br>tlee@aclu.org<br>dho@aclu.org | Freda J. Levenson (0045916)<br>Elizabeth Bonham (0093733)<br>American Civil Liberties Union of Ohio Fdtn.<br>4506 Chester Avenue<br>Cleveland, OH 44103<br>Tel.: (216) 472-2220<br>Facsimile: (216) 472-2210<br>flevenson@acluohio.org<br>ebonham@acluohio.org |
| Robert Fram<br>Nitin Subhedar<br>Jeremy Goldstein<br>Covington & Burling LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Tel.: (415) 591-6000<br>rfram@cov.com<br>nsubhedar@cov.com<br>jgoldstein@cov.com | David Carey (0088787)<br>American Civil Liberties Union of Ohio Fdtn.<br>1108 City Park Avenue<br>Columbus, OH 43206<br>Tel.: (614) 586-1972<br>dcarey@acluohio.org |
|  | Perrin Cooke<br>Peter J. Rechter<br>Robert S. Day<br>Isaac Wood<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Tel.: (202) 662-6000<br>pcooke@cov.com<br>prechter@cov.com<br>rday@cov.com<br>iwood@cov.com |