IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Ohio A. Philip Randolph Institute**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **Larry Householder**, Speaker of the Ohio House of Representatives, *et al.*, <br><br> Defendants. | Case No.: 1:18-cv-00357-TSB <br><br> Judge Timothy S. Black <br> Judge Karen Nelson Moore <br> Judge Michael H. Watson <br><br> Magistrate Judge Karen L. Litkovitz |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF CO-COUNSEL**

Pursuant to S.D. Ohio Civ. R. 83.4(d), please take notice that Erika Dackin Prouty of Baker & Hostetler LLP hereby withdraws as co-counsel for Intervenors in the above-captioned matter. Intervenors will continue to be represented by all other counsel of record from Baker & Hostetler LLP.

Date: September 16, 2019

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ Erika Dackin Prouty (withdrawing attorney)

/s/ Patrick T. Lewis (trial attorney)
Patrick T. Lewis (0078314)
Email: plewis@bakerlaw.com
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
(216) 621-0200 / Fax (216) 696-0740

Robert J. Tucker (0082205)
Email: rtucker@bakerlaw.com
Erika Dackin Prouty (0095821)
Email: eprouty@bakerlaw.com
200 Civic Center Drive, Suite 1200
Columbus, OH  43215-4138
(614) 228-1541 / Fax (614) 462-2616

E. Mark Braden(*)
Email: mbraden@bakerlaw.com
Katherine L. McKnight(*)
Email: kmcknight@bakerlaw.com
Richard B. Raile(*)
Email: rraile@bakerlaw.com
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5403
(202) 861-1500 / Fax (202) 861-1783
(*) admitted pro hac vice

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I certify that on September 16, 2019, the foregoing was filed via the Court's CM/ECF system and served via electronic filing upon all counsel of record in this case.

/s/ Erika Dackin Prouty