# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 7, 2019

Clerk
United States District Court for the Southern
District of Ohio
260 United States Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Re: Steve Chabot, et al.
v. Ohio A. Philip Randolph Institute, et al.
No. 19-110
(Your No. 1:18-cv-357)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Stephen M. Shapiro for leave to file a brief as *amicus curiae* is granted. The judgment is vacated, and the case is remanded to the United States District Court for the Southern District of Ohio for further consideration in light of *Rucho* v. *Common Cause*, 588 U.S. ___ (2019).

Sincerely,

Scott S. Harris, Clerk