# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.*, | No. 1:18-cv-357 |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| LARRY HOUSEHOLDER, *et al.*, | |
| Defendants. | |

## ORDER

Pursuant to the Supreme Court's order remanding this case for further consideration in light of the Supreme Court's ruling in *Rucho v. Common Cause*, 588 U.S. ___, 139 S. Ct. 2484, 204 L. Ed. 2d 931 (2019), (Docs. 283, 284), this case is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 29th day of October, 2019.

*s/ Karen Nelson Moore*
HONORABLE KAREN NELSON MOORE
United States Circuit Judge

*s/ Timothy S. Black*
HONORABLE TIMOTHY S. BLACK
United States District Judge

*s/ Michael H. Watson*
HONORABLE MICHAEL H. WATSON
United States District Judge