IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| OHIO A. PHILIP RANDOLPH INSTUTUTE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-357 |
| v. | ) ) | |
| LARRY HOUSEHOLDER, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF PHILLIP J. STRACH, ESQ.
## IN SUPPORT OF BILL OF COSTS

1. My name is Phillip J. Strach. I am over the age of eighteen and am otherwise competent to testify to the facts set forth in this Declaration. All statements contained in this Declaration are true and correct and are based upon my personal knowledge.

2. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak, and Stewart, P.C. I am an attorney of record in the above-captioned case for Legislative Defendants Larry Obhof and Larry Householder. This case was dismissed on October 29, 2019 [D.E. #287].

3. Given the fact intensive nature of this case, both Plaintiffs and Legislative Defendants took numerous depositions. Plaintiffs and Defendants filed designations and Counter-Designations of these depositions with the Court at D.E. #230-D.E.- #230-52. Additionally, depositions of all experts were either taken or defended by Legislative Defendants. Portions of these transcripts were also attached to summary judgment

motions by Plaintiffs, Legislative Defendants and Intervenors, as well as other filings. Additionally, Plaintiffs' Experts Dr. Handley, Dr. Cho, Dr. Niven, Dr. Warshaw, and Mr. Cooper, Intervenor Expert Dr. Brunell, and Legislative Defendants' Experts Dr. Hood, and Dr. Thornton testified live at trial.  In taking depositions and procuring the deposition transcripts and exhibits for filing with the Court, Legislative Defendants incurred a cost of $50,320.40.  Attached hereto as **Exhibit A** are true and accurate copies of the invoices from TSG Reporting for the depositions mentioned above.

4.  Taking or defending the depositions mentioned above was reasonably necessary for Legislative Defendants' defense in this matter.  As such, under 28 USC §1920(2) these fees are taxable by the Clerk.

5.  Legislative Defendants obtained trial and hearing transcripts for the purpose of trial and post-trial briefing. Legislative Defendants used these transcripts extensively in their brief filed on March 28, 2019.  [D.E. #252-253]. An expedited, daily, copy of the transcript was necessary given the short amount of time between the end of trial (March 13, 2019) and Defendants' March 28, 2019 briefing deadline.[1] A copy of the invoices for the trial and hearing transcripts are attached hereto as **Exhibit B.** The total cost incurred for trial transcripts is $6,185.90. Under 28 USC §1920(2) these fees are taxable by the Clerk.

6.  Legislative Defendants also made copies of materials where the copies were necessarily obtained for use in the case under 28 U.S.C. §1920(4).   The total cost

---

[1] All parties agreed to split the cost of this expedited, daily copy evenly.

2

incurred for producing these copies was $13,867.97. A true an accurate copy of the invoices for the production is attached hereto as **Exhibit C.**[2]

7. Legislative Defendants also paid a fee to the Clerk for appeal which is taxable under 28 U.S.C. §1920(1). The total cost incurred for this fee is $505.00. A true and accurate copy of the receipt for that transaction is attached hereto as **Exhibit D.**

8. Legislative Defendants also seek their appellate fees in the amount of $300.00 as decreed in D.E. # 288, also attached hereto for convenience as **Exhibit E.**

9. The total amount of costs sought by Legislative Defendants as the prevailing party is **$71,179.27**

10. The client was billed for these costs.

## DECLARATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2019.

Phillip J. Strach

41044955.1

---

[2] The invoices contain a charge for materials produced in anticipation of testimony of Legislative Defendants' expert Dr. Johnson. Legislative Defendants have subtracted the $87.15 cost from this invoice from the amount sought given that Dr. Johnson ultimately did not testify at trial.

3

# Exhibit A



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/30/2018
**INVOICE #** 111518-658977
**JOB #** 151256

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Alexis Danielle Oberdorf (30B6: Ohio State University Democrats)
**DATE:** 11/15/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 124 | $4.45 | $551.80 |
| Reporter Appearance Fee / Hour | 2.5 | $60.00 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 94 | $0.15 | $14.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 124 | -$0.50 | -$62.00 |
| | | SUBTOTAL | $653.90 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $693.90 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID ███████

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 11/16/2018
**INVOICE #** 102418-801447
**JOB #** 149902

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Aaron J. Dagres
**DATE:**   10/24/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Includes shipping for materials sent to witness for read & sign purposes.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 193 | $4.95 | $955.35 |
| Reporter Appearance Fee / Hour | 4.5 | $65.00 | $292.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 36 | $0.25 | $9.00 |
| Exhibits - Scanned & Hyperlinked - Color | 14 | $1.00 | $14.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,270.85 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,350.85 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▓▓▓▓▓▓▓
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 11/26/2018
**INVOICE #** 110118-801737
**JOB #** 150287

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Douglas J. Burks / Nathaniel Simon
**DATE:** 11/1/2018
**LOCATION:** Cincinnati, OH

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 222 | $4.75 | $1,054.50 |
| Original Transcript - 6 Day Delivery | 222 | $2.40 | $532.80 |
| Reporter Appearance Fee / Hour | 6.5 | $70.00 | $455.00 |
| Reporter Waiting Time / Hour | 1 | $150.00 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 53 | $0.25 | $13.25 |
| Exhibits - Scanned & Hyperlinked - Color | 8 | $1.00 | $8.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,213.55 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $2,293.55 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ██████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2018
**INVOICE #** 111018-658606
**JOB #** 150290

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

| | |
|---|---|
| **CASE:** | Ohio A. Philip Randolph Institute v. Ryan Smith |
| **WITNESS:** | Gabrielle Jackson (30B6: Northeast Ohio Young Black Democrats) |
| **DATE:** | 11/10/2018 |
| **LOCATION:** | Cleveland, OH |

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 98 | $4.45 | $436.10 |
| Original Transcript - Weekend Pages | 98 | $2.00 | $196.00 |
| Rough Transcript | 98 | $1.50 | $147.00 |
| Reporter Appearance Fee / Weekend Hour | 2.5 | $82.50 | $206.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 4 | $0.15 | $0.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 98 | -$0.50 | -$49.00 |
| | | SUBTOTAL | $936.95 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,016.95 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▆▆▆▆▆▆▆
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

REPORTING

# INVOICE

**DATE:** 11/30/2018
**INVOICE #** 111618-658979
**JOB #** 151260

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Jennifer M. Miller / Andre Washington
**DATE:**   11/16/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 332 | $4.45 | $1,477.40 |
| Reporter Appearance Fee / Hour | 8 | $60.00 | $480.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 162 | $0.15 | $24.30 |
| Exhibits - Scanned & Hyperlinked - Color | 33 | $0.25 | $8.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 332 | -$0.50 | -$166.00 |
| | | SUBTOTAL | $1,823.95 |
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $1,923.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▉▉▉▉▉▉
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/12/2018
**INVOICE #** 111918-802326
**JOB #** 151262

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Sarah Marie Inskeep / Teresa Anne Thobaben
**DATE:** 11/19/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 167 | $4.45 | $743.15 |
| Reporter Appearance Fee / Hour | 5 | $60.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 60 | $0.15 | $9.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 167 | -$0.50 | -$83.50 |
| | | **SUBTOTAL** | $968.65 |
| | | **SHIPPING & HANDLING** | $80.00 |
| | | **TOTAL** | $1,048.65 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/12/2018
**INVOICE #** 112818-802329
**JOB #** 149798

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** John Morgan
**DATE:** 11/28/2018
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 163 | $3.45 | $562.35 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 318 | $0.15 | $47.70 |
| Exhibits - Scanned & Hyperlinked - Color | 13 | $0.25 | $3.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $613.30 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $653.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ████████

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/12/2018
**INVOICE #** 113018-802378
**JOB #** 151916

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Christopher Warshaw Ph.D.
**DATE:** 11/30/2018
**LOCATION:** Washington, DC

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 202 | $4.75 | $959.50 |
| Reporter Appearance Fee / Session | 2 | $55.00 | $110.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 239 | $0.25 | $59.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 404 | -$0.50 | -$202.00 |
| | | **SUBTOTAL** | $927.25 |
| | | **SHIPPING & HANDLING** | $90.00 |
| | | **TOTAL** | $1,017.25 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/14/2018
**INVOICE #** 113018-802428
**JOB #** 151725

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Linda Goldenhar / Larry Nadler
**DATE:** 11/30/2018
**LOCATION:** Cincinnati, OH

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period. Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 192 | $4.45 | $854.40 |
| Reporter Appearance Fee / Hour | 6 | $65.00 | $390.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 5 | $0.15 | $0.75 |
| Exhibits - Scanned & Hyperlinked - Color | 13 | $0.25 | $3.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 384 | -$0.50 | -$192.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1,056.40 |
| | SHIPPING & HANDLING | $80.00 |
| | TOTAL | $1,136.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ███████

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/18/2018
**INVOICE #** 120318-659509
**JOB #** 149801

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**  Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**  James Daniel Jordan
**DATE:**  12/3/2018
**LOCATION:**  Washington, DC

**Billing Comments / Instructions:**  Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 128 | $3.45 | $441.60 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 13 | $0.15 | $1.95 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $443.55 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $483.55 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/19/2018
**INVOICE #** 120318-659579
**JOB #** 151953

**Bill To:**    Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Kathryn Deitsch
**DATE:** 12/3/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:**    Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 113 | $4.45 | $502.85 |
| Reporter Appearance Fee / Hour | 3 | $60.00 | $180.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 56 | $0.15 | $8.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 226 | -$0.50 | -$113.00 |
| | | SUBTOTAL | $578.25 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $628.25 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID ▮▮▮▮▮▮

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

REPORTING

# INVOICE

**DATE:** 12/14/2018
**INVOICE #** 120318-802384
**JOB #** 149790

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Steven J. Chabot
**DATE:**   12/3/2018
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 152 | $3.45 | $524.40 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 49 | $0.15 | $7.35 |
| Exhibits - Scanned & Hyperlinked - Color | 35 | $0.25 | $8.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $540.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $580.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ███████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/14/2018
**INVOICE #** 120418-693379
**JOB #** 149802

**Bill To:**    Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**       Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**    Adam Kincaid
**DATE:**       12/4/2018
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 247 | $3.45 | $852.15 |
| Certified Transcript - 5 Day Delivery | 247 | $2.10 | $518.70 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 41 | $0.15 | $6.15 |
| Exhibits - Scanned & Hyperlinked - Color | 39 | $0.25 | $9.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,386.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,426.75 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID ▆▆▆▆▆▆▆
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/26/2018
**INVOICE #** 120518-659853
**JOB #** 151951

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Beth Hutton / Liz Myer
**DATE:** 12/5/2018
**LOCATION:** Cleveland, OH

**Billing Comments / Instructions:**   Exhibits shipped separately.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Original & 1 Certified Transcript | 156 | $4.45 | $694.20 |
| Rough Transcript | 156 | $1.50 | $234.00 |
| Reporter Appearance Fee / Hour | 4.5 | $55.00 | $247.50 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 2 | $0.15 | $0.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 156 | -$0.50 | -$78.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1,098.00 |
| | SHIPPING & HANDLING | $80.00 |
| | **TOTAL** | $1,178.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ███████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**REPORTING**

# INVOICE

**DATE:** 12/19/2018
**INVOICE #** 120618-659583
**JOB #** 149803

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Matt Schuler
**DATE:** 12/6/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 177 | $3.45 | $610.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 63 | $0.15 | $9.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $620.10 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.10 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**INVOICE**

**DATE:** 12/26/2018
**INVOICE #** 120618-659855
**JOB #** 151952

**Bill To:**

Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

| | |
|---|---|
| **CASE:** | Ohio A. Philip Randolph Institute v. Ryan Smith |
| **WITNESS:** | Tristan Rader / Mark Griffiths |
| **DATE:** | 12/6/2018 |
| **LOCATION:** | Cleveland, OH |

**Billing Comments / Instructions:**  Exhibits shipped separately.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 253 | $4.45 | $1,125.85 |
| Rough Transcript | 253 | $1.50 | $379.50 |
| Reporter Appearance Fee / Hour | 5.5 | $55.00 | $302.50 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 20 | $0.15 | $3.00 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $0.25 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 253 | -$0.50 | -$126.50 |
| | | SUBTOTAL | $1,685.35 |
| | | SHIPPING & HANDLING | $90.00 |
| | | TOTAL | $1,775.35 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID ████████

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/24/2018
**INVOICE #** 120718-659802
**JOB #** 149804

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**       Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Keith Faber
**DATE:**       12/7/2018
**LOCATION:**  Columbus, OH

**Billing Comments / Instructions:**        Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 247 | $3.45 | $852.15 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 158 | $0.15 | $23.70 |
| Exhibits - Scanned & Hyperlinked - Color | 20 | $0.25 | $5.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $880.85 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $920.85 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID ████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/19/2018
**INVOICE #** 120718-802537
**JOB #** 151503

**Bill To:**
Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Clark Bensen
**DATE:** 12/7/2018
**LOCATION:** Washington, DC

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 182 | $3.45 | $627.90 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 80 | $0.15 | $12.00 |
| Exhibits - Scanned & Hyperlinked - Color | 22 | $0.25 | $5.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $645.40 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $685.40 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ██████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/24/2018
**INVOICE #** 121018-659805
**JOB #** 152550

**Bill To:**     Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**      Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Janet R. Thornton, Ph.D.
**DATE:**      12/10/2018
**LOCATION:**  Chicago, IL

**Billing Comments / Instructions:**      Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 237 | $3.45 | $817.65 |
| Rough Transcript | 237 | $1.75 | $414.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 104 | $0.15 | $15.60 |
| Exhibits - Scanned & Hyperlinked - Color | 9 | $0.25 | $2.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,250.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,290.25 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/26/2018
**INVOICE #** 121118-659861
**JOB #** 151982

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**       Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Keary McCarthy
**DATE:**       12/11/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**       Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 175 | $3.45 | $603.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 103 | $0.15 | $15.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $619.20 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $659.20 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID ▮▮▮▮▮▮

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/27/2018
**INVOICE #** 121118-659934
**JOB #** 151096

**Bill To:**    Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**    Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**    William George Batchelder, III
**DATE:**    12/11/2018
**LOCATION:**    Columbus, OH

**Billing Comments / Instructions:**    Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 228 | $3.45 | $786.60 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 92 | $0.15 | $13.80 |
| Exhibits - Scanned & Hyperlinked - Color | 5 | $0.25 | $1.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $801.65 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $841.65 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID ██████

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/27/2018
**INVOICE #** 121218-659937
**JOB #** 152731

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Lisa R. Handley
**DATE:**   12/12/2018
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 121 | $3.45 | $417.45 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 76 | $0.15 | $11.40 |
| Exhibits - Scanned & Hyperlinked - Color | 74 | $0.25 | $18.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $447.35 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $487.35 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID ████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2018
**INVOICE #** 102218-801645
**JOB #** 149781

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**  Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**  Raymond E. DiRossi
**DATE:**  10/22/2018
**LOCATION:**  Columbus, OH

**Billing Comments / Instructions:**  Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 349 | $3.45 | $1,204.05 |
| Certified Transcript - Evening Pages | 10 | $1.25 | $12.50 |
| Rough Transcript | 349 | $1.95 | $680.55 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 118 | $0.25 | $29.50 |
| Exhibits - Scanned & Hyperlinked - Color | 13 | $1.00 | $13.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,939.60 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,979.60 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID ████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/20/2018
**INVOICE #** 102418-692895
**JOB #** 149783

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Heather Blessing
**DATE:**   10/24/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $375.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $395.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID █████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

REPORTING

# INVOICE

**DATE:** 11/20/2018
**INVOICE #** 102418-692894
**JOB #** 149783

**Bill To:**      Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**      Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Heather Blessing
**DATE:**      10/24/2018
**LOCATION:**  Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 177 | $3.45 | $610.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 102 | $0.25 | $25.50 |
| Exhibits - Scanned & Hyperlinked - Color | 116 | $1.00 | $116.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $752.15 |
| SHIPPING & HANDLING | $20.00 |
| TOTAL | $772.15 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/20/2018
**INVOICE #** 102518-801571
**JOB #** 149903

**Bill To:**  Michael D. McKnight Esq.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

4208 Six Forks Road, Suite 1100

Raleigh, NC 27609

| | |
|---|---|
| **CASE:** | Ohio A. Philip Randolph Institute v. Ryan Smith |
| **WITNESS:** | Ria D. Megnin / Cynthia R. Libster |
| **DATE:** | 10/25/2018 |
| **LOCATION:** | Columbus, OH |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

Includes shipping for materials sent to witness for read & sign purposes.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 202 | $4.95 | $999.90 |
| Reporter Appearance Fee / Hour | 6 | $65.00 | $390.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 18 | $0.25 | $4.50 |
| Exhibits - Scanned & Hyperlinked - Color | 14 | $1.00 | $14.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1,408.40 |
| | SHIPPING & HANDLING | $80.00 |
| | TOTAL | $1,488.40 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▮▮▮▮▮▮

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of

1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG** Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

**REPORTING**

# INVOICE

**DATE:** 11/21/2018
**INVOICE #** 103018-801647
**JOB #** 149786

**Bill To:**    Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**         Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**    Thomas E. Niehaus
**DATE:**         10/30/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**       Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 219 | $3.45 | $755.55 |
| Rough Transcript | 219 | $1.95 | $427.05 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 216 | $0.25 | $54.00 |
| Exhibits - Scanned & Hyperlinked - Color | 3 | $1.00 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,239.60 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,279.60 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID █████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# REPORTING

Worldwide – 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2018
**INVOICE #** 103118-801649
**JOB #** 149788

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Larry J. Obhof Jr.
**DATE:** 10/31/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 117 | $3.45 | $403.65 |
| Rough Transcript | 117 | $1.95 | $228.15 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 58 | $0.25 | $14.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $646.30 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $686.30 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/16/2018
**INVOICE #** 110118-801438
**JOB #** 150271

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Troy Judy
**DATE:** 11/1/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 201 | $3.45 | $693.45 |
| Rough Transcript | 201 | $1.95 | $391.95 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 106 | $0.25 | $26.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,111.90 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,151.90 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID ▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/20/2018
**INVOICE #** 110218-801651
**JOB #** 149789

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Michael T. Lenzo
**DATE:**   11/2/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 187 | $3.45 | $645.15 |
| Rough Transcript | 187 | $1.95 | $364.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 171 | $0.25 | $42.75 |
| Exhibits - Scanned & Hyperlinked - Color | 3 | $1.00 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,055.55 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,095.55 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID ▮▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/28/2018
**INVOICE #** 110818-658600
**JOB #** 150288

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Chitra Muliyil Walker
**DATE:**   11/8/2018
**LOCATION:**   Cleveland, OH

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 96 | $4.45 | $427.20 |
| Reporter Appearance Fee / Hour | 3 | $55.00 | $165.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 41 | $0.15 | $6.15 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 192 | -$0.50 | -$96.00 |
| | | SUBTOTAL | $502.35 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $582.35 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID ▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

REPORTING

# INVOICE

**DATE:** 11/28/2018
**INVOICE #** 110918-658603
**JOB #** 150289

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Luann Boothe / Constance Rubin / Andrew Harris
**DATE:** 11/9/2018
**LOCATION:** Cleveland, OH

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 305 | $4.45 | $1,357.25 |
| Reporter Appearance Fee / Hour | 9 | $55.00 | $495.00 |
| Compressed / ASCII / Word Index - Complimentary | 3 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 58 | $0.15 | $8.70 |
| Exhibits - Scanned & Hyperlinked - Color | 6 | $0.25 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 610 | -$0.50 | -$305.00 |
| | | SUBTOTAL | $1,557.45 |
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $1,657.45 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ███████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

 **REPORTING**

Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 11/30/2018
INVOICE # 111318-658940
JOB # 149792

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**   Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Matthew C. Huffman
**DATE:**   11/13/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 134 | $3.45 | $462.30 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 164 | $0.15 | $24.60 |
| Exhibits - Scanned & Hyperlinked - Color | 87 | $0.25 | $21.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $508.65 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $548.65 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

DATE: 12/20/2018
INVOICE # 120718-659667
JOB # 152485

**Bill To:**    Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**        Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**     Expert Wendy K. Tam Cho
**DATE:**        12/7/2018
**LOCATION:**    Chicago, IL

**Billing Comments / Instructions:**      Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 322 | $3.45 | $1,110.90 |
| Certified Transcript - Evening Pages | 36 | $1.25 | $45.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 171 | $0.15 | $25.65 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $0.25 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,182.55 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,222.55 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID █████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/24/2018
**INVOICE #** 121018-659809
**JOB #** 151981

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Matthew Szollosi
**DATE:** 12/10/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 197 | $3.45 | $679.65 |
| Rough Transcript | 197 | $1.50 | $295.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 130 | $0.15 | $19.50 |
| Exhibits - Scanned & Hyperlinked - Color | 5 | $0.25 | $1.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $995.90 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,035.90 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ███████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/29/2018
**INVOICE #** 121218-802896
**JOB #** 152650B

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Jim Slagle
**DATE:** 12/12/2018
**LOCATION:** Columbus, OH /// Marion, OH

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 137 | $3.45 | $472.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 62 | $0.15 | $9.30 |
| Exhibits - Scanned & Hyperlinked - Color | 0 | $0.25 | $0.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $481.95 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $521.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▬▬▬▬
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/31/2018
**INVOICE #** 121318-802922
**JOB #** 152610

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** William S. Cooper
**DATE:** 12/13/2018
**LOCATION:** Washington, DC

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 238 | $4.75 | $1,130.50 |
| Reporter Appearance Fee / Session | 2 | $55.00 | $110.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | $0.15 | $0.15 |
| Exhibits - Scanned & Hyperlinked - Color | 227 | $0.25 | $56.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 476 | -$0.50 | -$238.00 |

| | |
|---|---|
| SUBTOTAL | $1,059.40 |
| SHIPPING & HANDLING | $50.00 |
| TOTAL | $1,109.40 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/28/2018
**INVOICE #** 121418-660005
**JOB #** 151984

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Christopher Glassburn
**DATE:** 12/14/2018
**LOCATION:** Cleveland, OH

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 207 | $3.45 | $714.15 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 81 | $0.15 | $12.15 |
| Exhibits - Scanned & Hyperlinked - Color | 81 | $0.25 | $20.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $746.55 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $786.55 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ███████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/29/2018
**INVOICE #** 121418-802893
**JOB #** 152551

**Bill To:**   Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**       Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   Thomas L. Brunell, Ph.D.
**DATE:**       12/14/2018
**LOCATION:**  Washington, DC

**Billing Comments / Instructions:**       Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 188 | $3.45 | $648.60 |
| Rough Transcript | 188 | $1.75 | $329.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 584 | $0.15 | $87.60 |
| Exhibits - Scanned & Hyperlinked - Color | 72 | $0.25 | $18.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,083.20 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,123.20 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID ▆▆▆▆▆▆
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 12/28/2018
INVOICE # 121718-660049
JOB # 152562

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Douglas Johnson, Ph.D.
**DATE:** 12/17/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 177 | $3.45 | $610.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 210 | $0.15 | $31.50 |
| Exhibits - Scanned & Hyperlinked - Color | 239 | $0.25 | $59.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | SUBTOTAL | $701.90 |
|--|--|----------|---------|
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | **$741.90** |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 12/19/2018
**INVOICE #** 121718-660052
**JOB #** 152552

**Bill To:** Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** M.V. Hood III
**DATE:** 12/17/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 189 | $3.45 | $652.05 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 35 | $0.15 | $5.25 |
| Exhibits - Scanned & Hyperlinked - Color | 272 | $0.25 | $68.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $725.30 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $765.30 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/31/2018
**INVOICE #** 121718-802952
**JOB #** 152652

**Bill To:**
Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Mark Braden
**DATE:** 12/17/2018
**LOCATION:** Washington, DC

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 144 | $3.45 | $496.80 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 41 | $0.15 | $6.15 |
| Exhibits - Scanned & Hyperlinked - Color | 13 | $0.25 | $3.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $506.20 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $546.20 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/31/2018
**INVOICE #** 121818-802955
**JOB #** 152553

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Sean P. Trende
**DATE:** 12/18/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 201 | $3.45 | $693.45 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 206 | $0.15 | $30.90 |
| Exhibits - Scanned & Hyperlinked - Color | 180 | $0.25 | $45.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $769.35 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $809.35 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**

**REPORTING**

Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 1/3/2019
INVOICE # 121918-803017
JOB # 152611

**Bill To:**     Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**       Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**   David D. Niven Ph.D.
**DATE:**        12/19/2018
**LOCATION:**  Columbus, OH

**Billing Comments / Instructions:**      Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 206 | $3.45 | $710.70 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 16 | $0.15 | $2.40 |
| Exhibits - Scanned & Hyperlinked - Color | 151 | $0.25 | $37.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $750.85 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $790.85 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ████████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 1/3/2019
**INVOICE #** 121918-803015
**JOB #** 149805

**Bill To:**
Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Steven Stivers
**DATE:** 12/19/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 136 | $3.45 | $469.20 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 35 | $0.15 | $5.25 |
| Exhibits - Scanned & Hyperlinked - Color | 69 | $0.25 | $17.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $491.70 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $531.70 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ███████

Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2018
**INVOICE #** 121818-803056
**JOB #** 151983

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:** Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:** Randall W. Routt
**DATE:** 12/18/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:**    Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 223 | $3.45 | $769.35 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 63 | $0.15 | $9.45 |
| Exhibits - Scanned & Hyperlinked - Color | 111 | $0.25 | $27.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $806.55 |
| | | **SHIPPING & HANDLING** | $40.00 |
| | | **TOTAL** | $846.55 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ███████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
**(877) 702-9580**
www.tsgreporting.com

# INVOICE

**DATE:** 1/10/2019
**INVOICE #** 121918-660456
**JOB #** 153105

**Bill To:**    Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**        Ohio A. Philip Randolph Institute v. Ryan Smith
**WITNESS:**     Congressman William Johnson
**DATE:**        12/19/2018
**LOCATION:**    Columbus, OH

**Billing Comments / Instructions:**        Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 133 | $3.45 | $458.85 |
| Certified Transcript - Early AM Pages | 30 | $1.25 | $37.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 34 | $0.15 | $5.10 |
| Exhibits - Scanned & Hyperlinked - Color | 78 | $0.25 | $19.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $520.95 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $560.95 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID ▇▇▇▇▇▇
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 12/18/2018
**INVOICE #** 113018-659506
**JOB #** 149799

**Bill To:**  Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**  Ohio A. Philip Randolph Institute v. Larry Householder
**WITNESS:**  Chris Jankowski
**DATE:**  11/30/2018
**LOCATION:**  Washington, DC

**Billing Comments / Instructions:**  Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 168 | $3.45 | $579.60 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 92 | $0.15 | $13.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $593.40 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $633.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

DATE: 12/29/2018
INVOICE # 121218-802895
JOB # 152650C

**Bill To:**      Ann Yackshaw Esq.
Ohio Attorney General's Office
30 East Broad Street
14th Floor
Columbus, OH 43215

**CASE:**        Ohio A. Philip Randolph Institute v. Larry Householder
**WITNESS:**     Catherine Turcer / Ann Henkener
**DATE:**        12/12/2018
**LOCATION:**    Columbus, OH /// Marion, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 148 | $3.45 | $510.60 |
| Certified Transcript - Early AM Pages | 27 | $1.25 | $33.75 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 79 | $0.25 | $19.75 |
| Exhibits - Scanned & Hyperlinked - Color | 33 | $1.00 | $33.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $597.10 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $647.10 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID ███████
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com**

# INVOICE

DATE: 12/24/2018
INVOICE # 111418-705606
JOB # 149794

**Bill To:**      Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**        Ohio A. Philip Randolph Institute v. Larry Householder
**WITNESS:**     Thomas B. Whatman
**DATE:**        11/14/2018
**LOCATION:**    Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 228 | $3.45 | $786.60 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $786.60 |
|  | | SHIPPING & HANDLING | $0.00 |
|  | | TOTAL | $786.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID ▮▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 2/7/2019
**INVOICE #** 013119-661566
**JOB #** 154708

**Bill To:**      Michael D. McKnight Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609

**CASE:**        Ohio A. Philip Randolph Institute v. Larry Householder, et al
**WITNESS:**     Adam Kincaid cont w/pg 249
**DATE:**        1/31/2019
**LOCATION:**    Washington, DC

**Billing Comments / Instructions:**        Exhibits shipped separately.

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 340 | $3.45 | $1,173.00 |
| Certified Transcript - Daily Delivery | 340 | $3.45 | $1,173.00 |
| Certified Transcript - Early AM Pages | 15 | $1.25 | $18.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 73 | $0.25 | $18.25 |
| Exhibits - Scanned & Hyperlinked - Color | 49 | $1.00 | $49.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,432.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $2,472.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID ▮▮▮▮▮▮
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Exhibit B

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

INVOICE NO: 20190996

**MAKE CHECKS PAYABLE TO:**

Phillip J. Strach, Esq.
Ogletree, Deakins, Nash, Smoak &
  Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

Phone: (919) 789-3179
FAX: (919) 783-9412

*e-mail: ohil.strach@ogletree.com*

Luke T. Lavin, RDR, CRR
Official Court Reporter
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, OH 45202-3927

Phone: (513) 564-7675

Tax ID: ▮▮▮▮▮
e-mail: llavin1605@gmail.com

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 02-11-2019 | DATE DELIVERED: 02-15-2019 |

**Case Style:** 1:18-CV-357, OAPRI, et al. v Larry Householder, et al.

Reporter's Transcript of Proceedings had on February 11, 2019, before a Panel Consisting of The Honorable Timothy S. Black, The Honorable Karen Nelson Moore and The Honorable Michael H. Watson. Transcript delivered in PDF format via e-mail to phil.strach@ogletree.com.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 114 | 4.85 | 552.90 | | | | | | | 552.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 552.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $552.90 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/ Luke T. Lavin* | DATE 02-15-2019 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

0128||.|

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF OHIO |
|---|---|

INVOICE NO: 20191000

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Phillip J. Strach, Esq.<br>Ogletree, Deakins, Nash, Smoak &<br>Stewart, P.C.<br>2301 Sugar Bush Road, Suite 600<br>Raleigh, NC 27612<br><br>Phone: (919) 789-3179<br>FAX: (919) 783-9412<br><br>e-mail: phil.strach@ogletree.com | Luke T. Lavin, RDR, CRR<br>Official Court Reporter<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street, Room 103<br>Cincinnati, OH 45202-3927<br><br>Phone: (513) 564-7675<br><br>Tax ID: ▓▓▓▓<br>e-mail: llavin1605@gmail.com |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED:<br>02-15-2019 | DATE DELIVERED: |
|---|---|---|---|

**Case Style:** 1:18-CV-357, OAPRI, et al. v Householder, et al.

```
Deposit for Reporter's Daily Copy Transcripts of Proceedings held in the
above matter 03/04/19 through 03/15/19.  All transcripts to be delivered
in PDF format via e-mail.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 2000 | 6.05 | 12,100.00 | 4000 | 1.20 | 4,800.00 | | | | 16,900.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. Less Two-Thirds To Be Paid by Plaintiffs and Intervenors | MISC. CHARGES: | 11,267.00 |
|---|---|---|
| | TOTAL: | 5,633.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $5,633.00 |

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br><br>*s/ Luke T. Lavin* | DATE<br><br>02-15-2019 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# Exhibit C



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/7/2019 | 4132143 |

| Bill To |
|---------|
| OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 |

| Ship To |
|---------|
| OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| 8887 | 072811-000001 | L. Ostrander | Net 30 | 3/9/2019 | 02/06 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BLOWBACKS - B/W 8.5 x 11 | 2,920 | 0.07 | 204.40T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 232 | 0.50 | 116.00T |
| CUSTOM TABS | 512 | 0.35 | 179.20T |
| ELECTRONIC EXHIBIT STICKERS | 64 | 1.00 | 64.00T |
| 2" CLEARVIEW 3-RING BINDER D-RING BLACK | 8 | 6.75 | 54.00T |
| | | | |
| Lisa.Ostrander@ogletreedeakins.com<br>919.789.3168 | | | |

Remit Payment To:

**NOVA Office Strategies, Inc**

129 W. Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at

Phone #     704.347.0055

Fax #     704.347.3421

www.novaoffice.net

| Subtotal | $617.60 |
|----------|---------|
| **Sales Tax  (7.25%)** | $44.78 |
| **Total** | $662.38 |

Federal Tax ID# ████████



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2019 | 4132515 |

| Bill To | Ship To |
|---------|---------|
| OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 | OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| 8952/80343 | 072811-000001 | L. Ostrander | Net 30 | 3/29/2019 | 02/25 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 2/22/19 - Exhibit Binders | | | |
| Plaintiff / Joint / Intervenors - 3 sets of each | | | |
| BLOWBACKS - B/W 8.5 x 11 | 4,167 | 0.07 | 291.69T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 10,896 | 0.50 | 5,448.00T |
| CUSTOM TABS | 2,025 | 0.35 | 708.75T |
| 5" CLEARVIEW 3-RING BINDER D-RING BLACK | 9 | 30.80 | 277.20T |
| 4" CLEARVIEW 3-RING BINDER D-RING BLACK | 18 | 11.65 | 209.70T |
| AFTERHOURS LABOR | 14 | 25.00 | 350.00 |
| | | | |
| 02/24/19 - Deposition of Niven & Cooper, Witness Notebook of Hood - 7 sets | | | |
| BLOWBACKS - B/W 8.5 x 11 | 3,486 | 0.07 | 244.02T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 98 | 0.50 | 49.00T |
| CUSTOM TABS | 14 | 0.35 | 4.90T |
| 1" CLEARVIEW 3-RING BINDERS D-RING BLACK | 7 | 4.75 | 33.25T |
| | | | |
| 2/25/19 - Witness Notebook of Niven & Cooper - 7 sets | | | |
| BLOWBACKS - B/W 8.5 x 11 | 14 | 0.07 | 0.98T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 1,988 | 0.50 | 994.00T |
| CUSTOM TABS | 119 | 0.35 | 41.65T |
| 1" CLEARVIEW 3-RING BINDERS D-RING BLACK | 14 | 4.75 | 66.50T |
| | | | |
| 2/25/19 - Plaintiff Exhibits - 3 sets | | | |
| BLOWBACKS - B/W 8.5 x 11 | 111 | 0.07 | 7.77T |

Remit Payment To:

**NOVA Office Strategies, Inc**

129 W. Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at

Phone #    704.347.0055

Fax #    704.347.3421

www.novaoffice.net

| **Subtotal** | |
|---|---|
| **Sales Tax (7.25%)** | |
| **Total** | |

Federal Tax ID# ▮▮▮▮▮



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2019 | 4132515 |

| Bill To |
|---------|
| OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 |

| Ship To |
|---------|
| OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| 8952/80343 | 072811-000001 | L. Ostrander | Net 30 | 3/29/2019 | 02/25 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 804 | 0.50 | 402.00T |
| CUSTOM TABS | 333 | 0.35 | 116.55T |
| 3" CLEARVIEW 3-RING BINDER D-RING BLACK | 3 | 7.25 | 21.75T |
| | | | |
| 02/27/19 - Intervenors Exhibits - 3 sets | | | |
| Lisa.Ostrander@ogletreedeakins.com | | | |
| 919.789.3168 | | | |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 24 | 0.50 | 12.00T |
| CUSTOM TABS | 24 | 0.35 | 8.40T |
| 1" CLEARVIEW 3-RING BINDERS D-RING  BLACK | 3 | 4.75 | 14.25T |
| | | | |
| 02/27/19 - Deposition of Burks & Simon - 7 sets | | | |
| BLOWBACKS - B/W 8.5 x 11 | 1,554 | 0.07 | 108.78T |
| 1" CLEARVIEW 3-RING BINDERS D-RING  BLACK | 14 | 4.75 | 66.50T |
| | | | |
| 02/27/19 - Witness Notebook Johnson & Burks - 7 sets | | | |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 175 | 0.50 | 87.50T |
| CUSTOM TABS | 63 | 0.35 | 22.05T |
| 1" CLEARVIEW 3-RING BINDERS D-RING  BLACK | 14 | 4.75 | 66.50T |
| | | | |
| 02/28/19 - Transcripts - 2 sets | | | |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 3,132 | 0.50 | 1,566.00T |
| | | | |
| 02/28/19 - Defendants Exhibits - 3 sets | | | |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (7.25%)** | |
| **Total** | |

Remit Payment To:

**NOVA Office Strategies, Inc**

129 W. Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at

Phone #     704.347.0055

Fax #     704.347.3421

www.novaoffice.net

Federal Tax ID#



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2019 | 4132515 |

| Bill To | Ship To |
|---------|---------|
| OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 | OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| 8952/80343 | 072811-000001 | L. Ostrander | Net 30 | 3/29/2019 | 02/25 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BLOWBACKS - B/W 8.5 x 11 | 42 | 0.07 | 2.94T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 2,322 | 0.35 | 812.70T |
| CUSTOM TABS | 384 | 0.35 | 134.40T |
| 2" CLEARVIEW 3-RING BINDER D-RING BLACK | 6 | 6.75 | 40.50T |

Remit Payment To:

**NOVA Office Strategies, Inc**

129 W. Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at

| Phone # | 704.347.0055 |
| Fax # | 704.347.3421 |

www.novaoffice.net

| Subtotal | $12,210.23 |
|----------|-----------|
| Sales Tax  (7.25%) | $859.86 |
| **Total** | $13,070.09 |

Federal Tax ID# ▇▇▇▇▇▇



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2019 | 4132526 |

| Bill To | Ship To |
|---------|---------|
| OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 | OGLETREE DEAKINS<br>4208 Six Forks Road<br>Raleigh, NC 27609 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| 8944 | 072811-000001 | L. Ostrander | Net 30 | 3/27/2019 | 02/25 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BLOWBACKS - B/W 8.5 x 11 | 1,095 | 0.07 | 76.65T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 87 | 0.50 | 43.50T |
| CUSTOM TABS | 192 | 0.35 | 67.20T |
| 2" CLEARVIEW 3-RING BINDER D-RING BLACK | 3 | 6.75 | 20.25T |
| | | | |
| Lisa.Ostrander@ogletreedeakins.com<br>919.789.3168 | | | |

Remit Payment To:

**NOVA Office Strategies, Inc**

129 W. Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at

Phone #   704.347.0055

Fax #   704.347.3421

www.novaoffice.net

| Subtotal | $207.60 |
|----------|---------|
| **Sales Tax  (7.25%)** | $15.05 |
| **Total** | $222.65 |

Federal Tax ID# ████████

# Exhibit D

```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN036712
Cashier ID: beaverc
Transaction Date: 05/08/2019
Payer Name: Ogletree Deakins, Nash
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Ogletree Deakins, Nash
 Case/Party: D-OHS-1-18-CV-000357-001
 Amount:      $505.00
------------------------------------
CHECK
 Remitter: Ogletree Deakins, Nash
 Check/Money Order Num: 84007694
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


A fee of $53.00 will be assessed on
all returned checks.
```

# Exhibit E

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 8, 2019

Office of the Clerk
United States District Court for
 the Southern District of Ohio
Potter Stewart U. S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Re:  Larry Householder, et al.
  v. Ohio A. Philip Randolph Institute, et al.,
  No. 19-70 (Your docket No. 1:18-cv-357)

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 8, 2019

Mr. Benjamin Michael Flowers, Esq.
Office of the Ohio Attorney General
30 E. Broad Street
Columbus, Ohio 43215

> **Re:  Larry Householder, et al.**
> **v.  Ohio A. Philip Randolph Institute, et al.,**
> **No. 19-70**

Dear Mr. Flowers:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk, United States District Court for the Southern District of Ohio.

The appellants are given recovery of costs in this Court as follows:

> **Clerk's costs:     $300.00**

This amount may be recovered from the appellees.

Sincerely,

SCOTT S. HARRIS, Clerk

By _(signature)_

Herve Bocage
Judgments/Mandates Clerk

cc:     Clerk, United States District Court
for the Southern District of Ohio
(Your docket No. 1:18-cv-357)

# Supreme Court of the United States

### No. 19-70

### LARRY HOUSEHOLDER, ET AL.,

Appellants

### v.

### OHIO A. PHILIP RANDOLPH INSTITUTE, ET AL.

**ON APPEAL** from the United States District Court for the Southern District of Ohio.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to dismiss.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States District Court for the Southern District of Ohio for further consideration in light of *Rucho* v. *Common Cause,* 588 U. S. ___ (2019).

**IT IS FURTHER ORDERED** that the appellants Larry Householder, et al. recover from the Ohio A. Philip Randolph Institute, et al. Three Hundred Dollars ($300.00) for costs herein expended.

October 7, 2019

Clerk's costs:          $300.00

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States

Scott S. Harris