UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.*, | : |
| | : Case No. 1:18-cv-357 |
| Plaintiffs, | : |
| vs. | : |
| LARRY HOUSEHOLDER, *et al.*, | : |
| Defendants. | : |

## ORDER ESTABLISHING BRIEFING SCHEDULE FOR LEGISLATIVE DEFENDANTS' BILL OF COSTS

Before the Court is Defendants Larry Householder and Larry Obhof's (the "Legislative Defendants") Bill of Costs, filed on December 9, 2019. (Doc. 290). Notwithstanding the provision in the Local Rules that "[t]he Clerk shall tax costs after all parties have had an opportunity to be heard . . ." (S.D. Ohio Civ. R. 54.1), the Court itself will determine the taxation of costs without the benefit of the Clerk's analysis. Moreover, given Plaintiffs' unopposed motion to extend deadline and establish briefing schedule (Doc. 291), which is hereby GRANTED, the Court establishes the following briefing schedule: Plaintiffs' memorandum contra shall be due on or before January 15, 2020; the Legislative Defendants' reply brief shall be due on or before January 29, 2020. The Bill of Costs will then become ripe for adjudication by the Court.

DATE:  12/16/19

    *s/ Karen Nelson Moore*
KAREN NELSON MOORE
United States Circuit Judge

    *s/ Timothy S. Black*
TIMOTHY S. BLACK
United States District Judge

    *s/ Michael H. Watson*
MICHAEL H. WATSON
United States District Judge