IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTUTUTE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives, *et al.*<br><br>Defendants. | Case No. 1:18-cv-357<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge Timothy S. Black<br>Judge Karen Nelson Moore<br>Judge Michael H. Watson<br>Magistrate Judge Karen L. Litkovitz |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

    The undersigned counsel for Legislative Defendants in the above-captioned matter, having previously entered an appearance in this action, hereby give notice to the Court and to all parties of record of the change in counsel's office address, as indicated below:

> PHILLIP J. STRACH (phil.strach@ogletree.com)
> MICHAEL D. MCKNIGHT (michael.mcknight@ogletree.com)
> BRODIE D. ERWIN (brodie.erwin@ogletree.com)
> ALYSSA M. RIGGINS (alyssa.riggins@ogletree.com)
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> 8529 Six Forks Road, Forum IV, Suite 600
> Raleigh, NC 27615
> Tel.: (919) 787-9700
> Facsimile: (919) 783-9412

    The undersigned respectfully requests that the Clerk of the Court and counsel of record make note of this change on their service lists.

DATED: January 27, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                        /s/ Alyssa M. Riggins

                                        Phillip J. Strach
                                        Michael D. McKnight
                                        Brodie D. Erwin
                                        Alyssa M. Riggins
                                        *Counsel for Legislative Defendants*