# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 27, 2020

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

          Re:  Case No. 19-3551, *Ohio A. Philip Randolph Inst, et al v. Larry Obhof, et al*
                Originating Case No. : 1:18-cv-00357

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                                  Sincerely yours,

                                                  s/Maddison R Edelbrock
                                                  For Bryant Crutcher

cc:  Mr. Bruce D. Brown
      Mr. Dale Edwin Ho
       Theresa J. Lee
       Freda Levenson
      Mr. Shawn Toomey Sheehy
      Ms. Tiffany Alora Thomas
      Mr. Jason Brett Torchinsky

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-3551

_____

Filed: February 27, 2020

OHIO A. PHILIP RANDOLPH INSTITUTE; LEAGUE OF WOMEN VOTERS OF OHIO; LINDA GOLDENHAR; DOUGLAS BURKS; SARAH INSKEEP; CYNTHIA LIBSTER; KATHRYN DEITSCH; LUANN BOOTHE; MARK JOHN GRIFFITHS; LAWRENCE NADLER; CHITRA WALKER; RIA MEGNIN; ANDREW HARRIS; AARON DAGRES; ELIZABETH MYER; TERESA THOBABEN; CONSTANCE RUBIN; HAMILTON COUNTY YOUNG DEMOCRATS; TRISTAN RADER; NORTHEAST OHIO YOUNG BLACK DEMOCRATS; BETH HUTTON; THE OHIO STATE UNIVERSITY COLLEGE DEMOCRATS

    Plaintiffs - Appellees

v.

LARRY OBHOF, President of the Ohio Senate; LARRY HOUSEHOLDER, Speaker of the Ohio House of Representatives; FRANK LAROSE, Secretary of the State of Ohio, in their official capacities

    Defendants

 and

REPUBLICAN NATIONAL COMMITTEE; ADAM KINCAID; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE

    Movants - Appellants.

## MANDATE

Pursuant to the court's disposition that was filed 02/05/2020 the mandate for this case hereby issues today.

COSTS: None